B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>GoPicnic Brands, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>45-2676021 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>4011 N Ravenswood Ave.<br>Suite 112<br>Chicago, IL        ZIP Code 60613 | Street Address of Joint Debtor (No. and Street, City, and State):        ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):        ZIP Code | Mailing Address of Joint Debtor (if different from street address):        ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):        10517 United Parkway<br>Schiller Park, IL 60176 | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13  ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."  ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                  Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | GoPicnic Brands, Inc. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>  Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| GoPicnic Brands, Inc. |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Brian L. Shaw
Signature of Attorney for Debtor(s)

Brian L. Shaw 6216834
Printed Name of Attorney for Debtor(s)

Shaw Fishman Glantz & Towbin LLC
Firm Name

321 N. Clark Street
Suite 800
Chicago, IL 60654

Address

312-541-0151  Fax: 312-980-3888
Telephone Number

December  3, 2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Bret Lorenc
Signature of Authorized Individual

Bret Lorenc
Printed Name of Authorized Individual

Chief Financial Officer
Title of Authorized Individual

December  3, 2014
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B1 (Official Form 1)(04/13)

Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | GoPicnic Brands, Inc. |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

Brian L. Shaw 6216834
Printed Name of Attorney for Debtor(s)

Shaw Fishman Glantz & Towbin LLC
Firm Name

321 N. Clark Street
Suite 800
Chicago, IL 60654
Address

312-541-0151  Fax: 312-980-3888
Telephone Number

December 3, 2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Bret Lorenc_____
Signature of Authorized Individual

Bret Lorenc
Printed Name of Authorized Individual

Chief Financial Officer
Title of Authorized Individual

December 3, 2014
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    GoPicnic Brands, Inc.                 Case No. _____

                                   Debtor(s)       Chapter     11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Kirkland & Ellis LLC<br>300 N LaSalle St<br>Chicago, IL 60654 | Kirkland & Ellis LLC<br>300 N LaSalle St<br>Chicago, IL 60654 | Legal Services | | 165,846.87 |
| US Packaging, LLC<br>840 Walworth St.<br>Walworth, WI 53184 | US Packaging, LLC<br>840 Walworth St.<br>Walworth, WI 53184 | trade debt | | 153,587.71 |
| Ahold USA<br>Ahold Financial Services<br>3213 Paysphere Circle<br>Chicago, IL 60674 | Ahold USA<br>Ahold Financial Services<br>3213 Paysphere Circle<br>Chicago, IL 60674 | Trade debt | | 147,077.15 |
| Bolke Miller Company<br>1585 Lakeside Dr<br>Waukegan, IL 60085 | Bolke Miller Company<br>1585 Lakeside Dr<br>Waukegan, IL 60085 | Trade debt | | 121,658.88 |
| Synergy Law Group LLC<br>730 W Randolph St.<br>Suite 600<br>Chicago, IL 60661 | Synergy Law Group LLC<br>730 W Randolph St.<br>Suite 600<br>Chicago, IL 60661 | trade debt | | 107,106.65 |
| Partners Crackers<br>20232 72nd Ave S<br>Kent, WA 98032 | Partners Crackers<br>20232 72nd Ave S<br>Kent, WA 98032 | trade debt | | 101,547.00 |
| Norka Company, Inc.<br>3001 E. Newberry Street<br>Appleton, WI 54915 | Norka Company, Inc.<br>3001 E. Newberry Street<br>Appleton, WI 54915 | trade debt | | 98,062.78 |
| Carl Buddig & Co<br>950 W. 175th St<br>South Holland, IL 60430 | Carl Buddig & Co<br>950 W. 175th St<br>South Holland, IL 60430 | trade debt | | 93,456.48 |
| Contract Comestibles<br>2004 Beulah Ave<br>East Troy, WI 53120 | Contract Comestibles<br>2004 Beulah Ave<br>East Troy, WI 53120 | trade debt | | 76,080.57 |
| Niagara Natural Fruit Snack Co. Inc<br>793 Centre Street<br>St. David's, ON L0S 1P0<br>Canada | Niagara Natural Fruit Snack Co. Inc<br>793 Centre Street<br>St. David's, ON L0S 1P0<br>Canada | trade debt | | 75,295.00 |
| Sunrise Commodities<br>140 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 | Sunrise Commodities<br>140 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 | trade debt | | 68,292.68 |

B4 (Official Form 4) (12/07) - Cont.

In re  GoPicnic Brands, Inc.                                          Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Aaron Thomas Company 7421 Chapman Avenue Garden Grove, CA 92841 | Aaron Thomas Company 7421 Chapman Avenue Garden Grove, CA 92841 | Trade debt | | 55,155.25 |
| Dr. Lucy's LLC 930 Denison Ave Suite 101-A Norfolk, VA 23513 | Dr. Lucy's LLC 930 Denison Ave Suite 101-A Norfolk, VA 23513 | trade debt | | 53,510.40 |
| LaunchPad Consulting 1519 W Estes Ave. Chicago, IL 60626 | LaunchPad Consulting 1519 W Estes Ave. Chicago, IL 60626 | trade debt | | 47,008.97 |
| FedEx PO Box 94515 Palatine, IL 60094-4515 | FedEx PO Box 94515 Palatine, IL 60094-4515 | Trade debt | | 46,492.29 |
| Bridgford Foods 170 N Green St Los Angeles, CA 90084-3251 | Bridgford Foods 170 N Green St Los Angeles, CA 90084-3251 | Trade debt | | 45,120.00 |
| Batavia Container, Inc. 1400 Paramount Pkwy. Batavia, IL 60510 | Batavia Container, Inc. 1400 Paramount Pkwy. Batavia, IL 60510 | trade debt | | 42,931.84 |
| TH Foods, Inc. 9056 Paysphere Circle Loves Park, IL 61111 | TH Foods, Inc. 9056 Paysphere Circle Loves Park, IL 61111 | trade debt | | 40,635.00 |
| Rapid Snack Inc. dba Yourbarfactory 7232 Cordner LaSalle, Quebec H8N2W Canada | Rapid Snack Inc. dba Yourbarfactory 7232 Cordner LaSalle, Quebec H8N2W Canada | trade debt | | 36,636.90 |
| Dairyfood USA, Inc. 2819 County Road F Blue Mounds, WI 53517 | Dairyfood USA, Inc. 2819 County Road F Blue Mounds, WI 53517 | trade debt | | 35,906.51 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  December  3, 2014                    Signature  /s/ Bret Lorenc
                                                      Bret Lorenc
                                                      Chief Financial Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B4 (Official Form 4) (12/07) - Cont.

In re   GoPicnic Brands, Inc.                                            Case No.                           

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Aaron Thomas Company<br>7421 Chapman Avenue<br>Garden Grove, CA 92841 | Aaron Thomas Company<br>7421 Chapman Avenue<br>Garden Grove, CA 92841 | Trade debt | | 55,155.25 |
| Dr. Lucy's LLC<br>930 Denison Ave Suite 101-A<br>Norfolk, VA 23513 | Dr. Lucy's LLC<br>930 Denison Ave Suite 101-A<br>Norfolk, VA 23513 | trade debt | | 53,510.40 |
| LaunchPad Consulting<br>1519 W Estes Ave.<br>Chicago, IL 60626 | LaunchPad Consulting<br>1519 W Estes Ave.<br>Chicago, IL 60626 | trade debt | | 47,008.97 |
| FedEx<br>PO Box 94515<br>Palatine, IL 60094-4515 | FedEx<br>PO Box 94515<br>Palatine, IL 60094-4515 | Trade debt | | 46,492.29 |
| Bridgford Foods<br>170 N Green St<br>Los Angeles, CA 90084-3251 | Bridgford Foods<br>170 N Green St<br>Los Angeles, CA 90084-3251 | Trade debt | | 45,120.00 |
| Batavia Container, Inc.<br>1400 Paramount Pkwy.<br>Batavia, IL 60510 | Batavia Container, Inc.<br>1400 Paramount Pkwy.<br>Batavia, IL 60510 | trade debt | | 42,931.84 |
| TH Foods, Inc.<br>9056 Paysphere Circle<br>Loves Park, IL 61111 | TH Foods, Inc.<br>9056 Paysphere Circle<br>Loves Park, IL 61111 | trade debt | | 40,635.00 |
| Rapid Snack Inc. dba Yourbarfactory<br>7232 Cordner<br>LaSalle, Quebec H8N2W<br>Canada | Rapid Snack Inc. dba Yourbarfactory<br>7232 Cordner<br>LaSalle, Quebec H8N2W<br>Canada | trade debt | | 36,636.90 |
| Dairyfood USA, Inc.<br>2819 County Road F<br>Blue Mounds, WI 53517 | Dairyfood USA, Inc.<br>2819 County Road F<br>Blue Mounds, WI 53517 | trade debt | | 35,906.51 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   December 3, 2014                     Signature     *Bret Lorenc*

                                               Bret Lorenc<br>                                             Chief Financial Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

7-eleven FOA of Central Florida
8131 Vineland Ave
#255
Orlando, FL 32821


7-Eleven FOAC
1424 S Circle Dr
Mount Prospect, IL 60056


7-Eleven Inc.
P.O. Box 139081
Suite 1000
Dallas, TX 75221


Aaron Thomas Company
7421 Chapman Avenue
Garden Grove, CA 92841


Abbey Spring
1583 Rose Ave
Santa Rosa, CA 95407


ABF Freight System, Inc.
400 E Touhy Ave
Des Plaines, IL 60018-2608


ACC Label Inc.
2001 University Street - Suite 1700
Montreal, QC H3A 2A6
Canada


Acosta, Inc.
6600 Corporate Center Parkway
Jacksonville, FL 32216


Adobe Systems Incorporated
75 Remittance Drive, Suite 1025
Chicago, IL 60675


ADP, Inc.
One ADP Drive MS-600
Augusta, GA 30909

Advantage Sales & Marketing LLC
18100 Von Karman Ave
Suite 1000
Irvine, CA 92612


Afuang, Cesar
5830 N St. Louis
Chicago, IL 60659


Ahold USA
Ahold Financial Services
3213 Paysphere Circle
Chicago, IL 60674


Air-Tran HVAC
6230 N Oakley
Chicago, IL 60659


Aire Services
2432 Brockton Circle
Naperville, IL 60565


Airport Revenue News
4371 Northlake Blvd. #365
Palm Beach Gardens, FL 33410


All Seasons Movers
8703 W Emerson St
Niles, IL 60714


Allin, Rob
5953 N. Kenmore Ave
#103
Chicago, IL 60660


Amazing Lock Service, Inc.
3165 N Halsed
Chicago, IL 60657


Amber's Organizing LLC
7401 W. Howard St.
Chicago, IL 60631

American Blanching Company
155 Rip Wiley Road
Fitzgerald, GA 31750


American Chartered Bank
20 N Martingale Road
Suite 600
Schaumburg, IL 60173


American Express
Box 0001
Los Angeles, CA 90096-8000


Ameruso, Laura
3 Ursula Drive
Roslyn, NY 11576


Anderson Daymon Worldwide LLC
PO Box 749486
Los Angeles, CA 90074-9486


Andrew Steele
3 Stone Gate Rd.
Montgomery, TX 77316


Andros
BP1
Harrison, NY 10528


Annie's
Attn: Account Receivable
1610 Fifth Street
Napa, CA 94710-1715


Anonymous Consulting & Sales LLC
134 Playmoor Place
Montgomery, TX 77316


Anthony And Associates
13904 NW 52nd Ave
Vancouver, WA 98685

Antonelli Group S.R.L.
Via Casilina km 37,500
Labico (Roma) 00030-0000
Italy


Apex Material Handling Corporation
391 Charles Court
West Chicago, IL 60185


Appraisal Economics Inc.
140 East Ridgewood Ave
Suite 380N
Paramus, NJ 07652


Arriaga, Daniel
3120 W. Ainslie #Bsmt
Chicago, IL 60625


Asian American Retailers Association
239 U.S. 22 East
Suite 3A
Green Brook, NJ 08834


Assemblers, Inc.
2850 W. Columbus Ave
Chicago, IL 60652


Assured Pest Control, Inc.
2506 Royal Lytham Dr.
St. Charles, IL 60174


AT&T
PO Box 60197-5014
Carol Stream, IL 60197-5014


Avanti Magazine
740 Front Street
Suite 170
Santa Cruz, CA 95060


Averitt Express Inc.
P.O. Box 3166
Cookeville, TN 38502-3166

AVL Growth Partners
8921 Aztec Dr.
Suite 3
Eden Prairie, MN 55347


B Management Corporation
5 Lake Gillilan Ct
Algonquin, IL 60102


B&N College
120 Mountainview Blvd
Basking Ridge, NJ 07920


Baldwin, Duane K
639 W. Patterson Apt. #35
Chicago, IL 60613


Bancorp of Rantoul, Inc.
Dennis B. Long
201 E. Champaign Ave.
Rantoul, IL 61866


Banner Life Insurance Company
P.O. Box 740523
Northfield, IL 60093


Bare Fruit
340 S Lemon Ave
5475N
Walnut, WA 98841


Barney's Premium Foods
2925 S. Elm Avenue
Fresno, CA 93706


Barrel O' Fun Snack Foods Company
PO Box 230
Perham, MN 56573


Batavia Container, Inc.
1400 Paramount Pkwy.
Batavia, IL 60510

Bayer, Charles
1428 W Irving Park Rd #4
Chicago, IL 60613


BB&G
1873 Deo Dara Drive
Hoover, AL 35226


Bedemco Export-Import, Inc.
381 Vineyard Avenue
Suite 325
White Plains, NY 12528


Berman, Elaine C
3150 E. Elm Street
Brea, CA 92823


Better Health Store
42875 Grand River Ave
Suite 100
Novi, MI 48375


Bissel, Nicholas A
18 Angela Circle
Hazlet, NJ 07730


BJ's Wholesale Club
25 Research Drive
Westborough, MA 01581


Bleecker, Brodey & Andrews
9247 N Meridian St
Suite 101
Indianaopolis, IN 46260


Blue Cross Blue Shield
25550 Network Place
Chicago, IL 60673-1255


Blue Grace Logistics
PO BOX 864477
Orlando, FL 32886-4477

Bolke Miller Company
1585 Lakeside Dr
Waukegan, IL 60085


Bourget, Dawn
235 Thomas St.
Middleboro, MA 02346


Bowman
P.O. Box 37552
Mt. Jackson, VA 22842


Boxoffice Media LLC
230 Park Ave
Ste 1000
New York, NY 10169


Bozzuto's Inc.
P.O. Box 340
Cheshire, CT 06410


Bracket Studios, Inc.
1824 West Grand Ave
Chicago, IL 60622


Bradshaw Photography
121R Fermanagh Ave
Toronto, ON M6R 1M1
Canada


Brent Celek's Take Flight Foundation
59 Cavalier Boulevard, Suite 310
Florence, KY 41012


Bret Lorenc
926 Elm St
Park Ridge, IL 60087


Brewer/Frey Partnership
885 Square Lake Court
Villa Hills, KY 41017

Brian D. Smith
Piper Jaffray
50 California Street, Suite 3100
San Francisco, CA 94111


Brian Tawlks Creative Design
14260 West 94th Ave
Saint John, IN 46373


Bridgford Foods
170 N Green St
Los Angeles, CA 90084-3251


Bridgford Foods
Wells Fargo Bk Bridgford Marketing
Dept 32521
Los Angeles, CA 90084-3251


Brown & Haley
PO Box 1596
Tacoma, WA 98484


Brown, Reginald
2214 W. Thome
Apt 1-A
Chicago, IL 60659


Budroe, James
9 Bayberry Dr
Eliot, ME 03903


Burgos, Angel
1904 N. Kedvale
Chicago, IL 60639


Burnette Foods, Inc.
87171 C.R. 687
Hartford, MI 49079


Burnham Growth Ventures, LLC
730 W. Randolph, Suite 600
Chicago, IL 60661

Calumet Carton Company
PO Box 405
South Holland, IL 60473


Capital Solutions
12751 World Plaza Lane
Fort Myers, FL 33907


Cardinal Packaging Products, LLC
300 Exchange Drive
Suite a
Crystal Lake, IL 60014


Carl Buddig & Co
950 W. 175th St
South Holland, IL 60430


Catersource
2909 Hennepin Avenue South
Minneapolis, MN 55408


Celiac Disease Foundation
20350 Ventura Blvd.
Suite 240
Woodland Hills, CA 91364


Celiac Disease Foundation: Greater Phoen
2602 W. Larkspur Dr.
Phoenix, AZ 85029


Center for Celiac Research
20 Penn St.
Room S303B
Baltimore, MD 21201


Central States Store Fixtures
8559 W. Puetz Road
Franklin, WI 53132


CH Robinson
PO Box 9121
Minneapolis, MN 55480-9121

Chander, Shallu
1101 Hobart Ave.
Downers Grove, IL 60516


Chang, Jennifer
1620 S. Michigan Ave.
Unit 1016
Chicago, IL 60616


Charter 3 Global
975 E. Nerge Rd
Suite S-50
Roselle, IL 60172


Chase
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153


CHEP USA
15226 Collections Center Drive
Chicago, IL 60693


Cheri Lee/John Schmitt
921 S. Spring Ave.
La Grange, IL 60525


Cherry Central
P.O. Box 988
Traverse City, MI 49685-0988


Chicago Messenger Service
1600 S. Ashland Ave
Chicago, IL 60608-2013


Chicago Office Technology Group (COTG)
PO Box 5940
Lock Box 20-COE001
Carol Stream, IL 60440-3558


Chicago Show
851 Asbury Drive
Buffalo Grove, IL 60089

Christine Allison Carrigan
7004 Green Spring Drive
Louisville, KY 40241


Chu, Ring & Hazel LLP
241 A Street, Ste 300
Boston, MA 02210


Cindy Silke
1932 Trails End Ct
Naperville, IL 60565


Cinema Scene Marketing
9200 Indian Creek Pkwy
#200
Overland, KS 66210


Clasen Quality Coatings, Inc.
5126 West Terrace Drive
Suite 100
Madison, WI 53718


Clayton Trucking LLC
1235 Liberty Pike
Liberty, IN 47353


Clear Lam Packaging, Inc.
Thermoforming Division
39583 Treasury Center
Elk Grove, IL 60694


Clif White Road Investments
1451 66th Street
Attn Deven Clemens
Emeryville, CA 94608-1004


Clife White Road Investments, LLC
1451 66th Street
San Francisco, CA 94111


Clinton, Connor
515 W Barry #251
Chicago, IL 60657

Club Demonstration Services, Inc.
PO Box 9468
Uniondale, NY 90189-4502


Cobb Galleria Centre
Two Galleria Parkway
Atlanta, GA 30339


Code 42 Software
1 Main St. #400
Minneapolis, MN 55414


Colbert Packaging
Dept. CH 17596
PALATINE, IL 60055-7596


Colorado Department of Labor & Employmen
PO Box 956
Denver, CO 80201-0956


Comcast Cable
P.O. Box 3001
Southeastern, PA 19398-3001


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Commerce Hub
25736 Network Place
Chicago, IL 60673-1257


Connect Communications
3704 N. Kostner Avenue
Chicago, IL 60641


Connect PR Corp dba Konnect Public Relat
888 S. Figueroa St.
Suite 1000
Los Angeles, CA 90017


Connect2One
NW 5801
P.O. Box 1450
Minneapolis, MN 55485-5801

Connected
4951 Wind Song Ave
La Palma, CA 90623


Consolidated Sales Network
2355 Fairview Avenue, #118
Roseville, MN 55113


Continental Concession Supplies
250 Fulton Ave
New Hyde Park, NY 11040


Contract Comestibles
2004 Beulah Ave
East Troy, WI 53120


Coopsta
56, Mirlaw Road
Cramlington, Northumbeland NE 236UA
United Kingdom


CoreMark KY Division
P.O. Box 4609
Leitchfield, KY 42755-4609


Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808


Costco
11000 Garden Grove Blvd
Suite 201
Garden Grove, CA 92843


Costco Wholesale
45940 Horseshoe Drive
Sterling, VA 20166


CouponSurfer, Inc.
1 DeAngelo Drive - Suite H
Bedford, MA 01730-2230


Coyote Logistics
PO Box 535244
Atlanta, GA 30353-5244

Craig Young
7104 Ravens Run
Cincinnati, OH 45244


Create It Packaging
2420 E. Oakton St. Unit D
Arlington Heights, IL 60005


Creativity Foods LLC
1288 Summit Avenue
Suite 107-185
Oconomowoc, WI 53066


CSP Business Media, LLC
1911 S. Lindsay Road
Mesa, AZ 85204


CST Brand LLP
6413 Tri-County Pkwy
Schertz, TX 78154


CST USA Inc.
PO Box 690350
San Antonio, TX 78269


CyberSource
PO BOX 742842
Los Angeles, CA 90074-2842


Cynthia Romaker
16728 Circa Del Sur, Box 8410
Rancho Santa Fe, CA 92067


Cynthia S. Zender Trust
Blackrock Merrill Lynch
225 W. Wacker Dr., Ste. 1400
Chicago, IL 60606


Dairyfood USA, Inc.
2819 County Road F
Blue Mounds, WI 53517


Dayton Foods, Inc.
8400 Brookfield Avenue
Brookfield, IL 60513

Dearborn National Life Insurance Co.
36788 Eagle Way
Chicago, IL 60678-1367


Deibel Laboratories
PO Box 1056
Osprey, FL 34229-1056


Delight Gluten Free Magazine
407 West 51st Street 1B
New York, NY 10019


Dell Financial Services
PO Box 5275
Carol Stream, IL 60197-5275


Demaree, James W
700 S. Walton Blvd. 3rd Floor
Bentonville, AR 72712


Demo Me
950 E 400 N
Greenfield, IN 46140


Department of Revenue
P.O. Box 803100
Chicago, IL 60680-3100


digitalhub
1040 North Halsted Street
Chicago, IL 60642


Dixon Marketing, Inc.
8505 Freeport Parkway
Suite 370
Irving, TX 75063


Dobbins Group DBA Strategic Project Plan
49 Sherwood Terrace, Suite P
Lake Bluff, IL 60044


Dohrn Transfer Company
625 3rd Avenue
Rock Island, IL 61201

Domain Registry of America
2316 Delaware Avenue
#266
Buffalo, NY 14216-2687


Domestic Services Resource
2222 w. Charleston
Chicago, IL 60647


Door Systems Inc.
P.O. Box 915
Bedford Park, IL 60499


dotpress.us
1941 W. Fulton St.
Chicago, IL 60612


Dr. Lucy's LLC
930 Denison Ave Suite 101-A
Norfolk, VA 23513


Dr. Pepper Snapple Group
5301 Legacy Dr
Plano, TX 75024


Dynamex
12837 Collections Center Dr.
Chicago, IL 60693


Eclectic Gourmet Accessories Inc.
PO BOX 21728
Suite 101
South Euclid, OH 44121-1728


ECRM
Efficient Collaborative Retail Marketing
27070 Miles Road Suite A
Solon, OH 44139


Edict Systems, Inc.
PO Box L-3115
Columbus, OH 43260

Edlen Electrical Exhibition Svcs
1 West Pratt Street
Baltimore, MD 21201


Edmonds, Inc.
626 Executive Drive
Willowbrook, IL 60527


Edwards Label
2277 West Knoll Drive
Ventura, CA 93003


El Sol Foods LLC
566 E Germann Rd
Suite 109
Gilbert, AZ 85297


Elizabeth Joy Stamberger
755 S. Clarkson
Denver, CO 80209


Endangered Species
5846 W. 73rd St.
Indianapolis, IN 47278


Enjoy Life Foods
3810 N. River Road
Schiller Park, IL 60176


ESM Sales & Marketing
2 Van Riper RD
Montvale, NJ 07645-0409


Excel Display
4390 Liberty Street
Aurora, IL 60504


Farley, Jasmine
1037 W Newport Ave Apt 2
Chicago, IL 60657


Farrell, Margaret
5300 W. Berenice Ave
Chicago, IL 60641

Fathead Design
1329 W Loyola Ave., Suite G2
Chicago, IL 60626


Fay Clayton
Robinson Curley & Clayton, P.C.
300 S Wacker Dr
Chicago, IL 60606


FedEx
PO Box 94515
Palatine, IL 60094-4515


FedEx Freight
DEPT CH PO BOX 10306
PALATINE, IL 60055-0306


Fern Exposition & Event Services
645 Linn Street
Cincinnati, OH 45203


Ferrera, Reshaine
5628 N Luna Ave
Chicago, IL 60646


First Communications
Dept 781115
PO Box 78000
Detroit, MI 48278-1115


Flood Brothers
PO BOX 4560
Chicago, IL 60677-6005


Fond du Lac Express
W7096 Penny Lane
Fond du Lac, WI 54937-8438


Food Chain Global Advisors
504 N. 4th St
Fairfield, IA 52556

Food Export Assn of the Midwest
309 W Washington Ave
Suite 600
Chicago, IL 60606


FoodCalc, LLC
576 Sacramento Street
4th Floor
San Francisco, CA 94111


Fox Valley Fire and Safety
2730 Pinnacle Drive
Elgin, IL 60124


Franklin Park Plumbing Co. Inc.
2426 Rose Street
Franklin Park, IL 60131


Freeborn & Peters LLP
311 South Wacker Drive
Suite 300
Chicago, IL 60606-6677


Freeman
PO Box 650036
Dallas, TX 75265-0036


Frona Daskal
189 E. Lake Shore Drive
Chicago, IL 60611


Frontera Foods, Inc
449 N. Clark Street
Suite 205
Chicago, IL 60654


Funley's Delicious
11044 Ophir Drive, PH.E
Los Angeles, CA 90024


Fusion Gourmet, Inc.
14824 South Main Street
Gardena, CA 90248

G&J Marketing and Sales
Gitts Run Rd.
Suite 412
Winder, WI 98685


Gannon, Jennifer
15296 W. Warren Ave
Lakewood, CO 80228


Gant, Bailey
4011 N. Ravenswood
Chicago, IL 60659


Garber Bros., Inc.
P.O. Box 296
Randolph, MA 02368


Gardone, Glenn
112 Magnolia Dr
Chester Springs, PA 19425


Garvey Nut & Candy
8825 Mercury Lane
Pico Rivera, CA 90660


GBS
PO Box 2340
North Canton, OH 44720-0340


Gerald Klein DBA
9949 S 86th Ct.
Palos Hills, IL 60465


Gluten Free Classes LLC
900 Ogden Ave
#132
Downers Grove, IL 60515


Gluten Free Consumer, The
2392 W 360 N
Provo, UT 84601


Gluten Free Expo
PO Box 17494
Holladay, UT 84117

Gluten Free Living, Ltd.
13471 Clifty Falls Dr.
Carmel, IN 46032


Gluten Intolerance Group of North Americ
31214 124th Avenue SE
Auburn, WA 98092


Gluten-Free Saver, LLC
26441 Crown Valley Pkwy
#100
Mission Viejo, CA 92691


Go Packaging
1000 N Main Street
Lombard, IL 60148


GoDaddy
14455 North Hayden Road
Suite 219
Scottsdale, AZ 85260


Golden Boy Foods Ltd.
30 Citizen Court
Markham, ON L6G 1C4
Canada


Golick Martins, Inc.
140 Sylvan Avenue
Englewood Cliffs, NJ 07632


Golub Corporation
PO Box 1392
Williston, VT 05495-1392


GoodSeed LLC
P.O. Box 213
Oxnard, CA 93030


GoPicnic Concept Labs, Inc
1519 W Estes
Chicago, IL 60626

Grapevine Telephone Network Solutions LL
7337 N. Lincoln Ave
Suite 290
Lincolnwood, IL 60712


Great Lakes Packaging Corporation
W190 N11393 Carnegie Drive
Germantown, WI 53022


Great Northern Corporation
P.O. Box 044740
Racine, WI 53404-7016


Gregg Bagni- Alien Truth Communications
2507 Ravenwood Ln
Lafayette, CO 80026


Gross, Daniel
925 Cowper Street
Palo Alto, CA 94301


GS1 US
7887 Washington Village Drive
Suite 300
Dayton, OH 45459-8605


Guardian Life
PO Box 824454
Philadelphia, PA 19182-4454


Guray Associates, Inc.
7635 Knickerbocker Parkway
Hammond, IN 00046


Guy Debbas Chocolatier
5877 E. Brown Ave.
Fresno, CA 93727


GXS Inc.
PO Box 640371
Pittsburg, PA 15264-0371


HAC, Inc.
PO Box 25008
Oklahoma City, OK 73125

Hawkins Personnel Group
PO Box 2999
Phoenix, AZ 85062-2999


Hayes Properties
4043 N. Ravenswood Ave
Unit 210
Chicago, IL 60613


Heritage Family Specialty Foods, Inc.
901 Santerre Dr.
Grand Prairee, TX 75050


Hickory Farms, Inc.
3424 Solutions Center
Maumee, OH 60677-3004


Hildebrand, Merle
P.O. Box #460811
Escondido, CA 92046


Hudson Group
1 Meadowlands Plaza
Suite #902
East Rutherford, NJ 07073


Hussain, Murtaza
9324 Ewing
Evanston, IL 60203


Hutchison, Kyle
350 Ridge Avenue
Claredon Hills, IL 60514


IdeoClick
PO Box 4022
Suite 550
Seattle, WA 98194


IFSA/Kellen Company
1100 Johnson Ferry Road
Suite 300
Atlanta, GA 30342

Illinois Dep of Employment Security
Illinois Payment Contol Division
POB 4385
Chicago, IL 60680


Illinois Department of Agriculture
P.O. Box 19281
Springfield, IL 62794-9281


Illinois Department of Revenue
Collection Bureau
PO Box 19035
Springfield, IL 62794-9035


Illinois Department of Revenue
Bankrupcty Section
PO Box 64338
Chicago, IL 60644-0338


Imperial Capital
2000 Avenue of the Stars
9th Floor South
Los Angeles, CA 90067


Imprint Enterprises
555 N. Commons Drive
Aurora, IL 60504


Independent College Bookstore Associatio
526 Washington Street
Suite 3
Ashland, OR 97520


INKA CROPS
7011 Sylvan Road Suite B
Livermore, CA 95610


Interactions
P.O. Box 894511
Los Angeles, CA 90189-4511


Interlandi, James J
1759 W. Wellington, Suite 4000
Chicago, IL 60657

Internal Revenue Service
2001 Butterfield Rd
Downers Grove, IL 60515


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


International Paper
5300 W 73rd St
Bedford Park, IL 60638


IPFS Corporation
PO Box 905849
Suite 500
Charlotte, NC 37513


J.S. McCarthy Printers
15 Darin Drive
Augusta, ME 04330


J2 Global, Inc.
6922 Hollywood Blvd. 5th Floor
Hollywood, CA 90028


Jang, Jennifer
1464 S Michigan Ave
#1904
Chicago, MD 60605


Janica Lane
2409 Scott St., Apt. 6
San Francisco, CA 94115


Jean Murray Talent & Promotions
602 Harbour Ridge Lane
Downington, PA 19335


Jeannie Ann Stamberger
134 Beatrice St.
Mountain View, CA 94043

Jeffrey Schumacher
Reed Smith
10 S. Wacker Drive. 40th Floor
Chicago, IL 60606


Jennifer Filipowski
5250 Wilson Hill Ct.
Winston-Salem, NC 27104


Jennifer Napier
3616 Hoffman St
Plano, IL 60545


JFC Market Management Inc.
1929 W. Estes Park
Chicago, IL 60626


Jim Scherer Photography
1110 Washington Street
Dorchester, MA 02124


JM Search
1045 First Avenue
Suite 110
King of Prussia, PA 19406


Johnvince Foods
6195 El Camino Real
Downsview, ON M3J-2Z6


Johnvince Foods c/o Kevin E Posen
Teller, Levit & Silvertrust
19 S. LaSalle Street #701
Chicago, IL 60603


Jonathan Warobick Illustration
3255 South 10th Street
Milwaukee, WI 53215


Jonny Almond Nut Company
G-4254 Fenton Rd.
Flint, MI 48507

Jordan, James
1755 Devonshire Ct
Elgin, IL 60123


Judith Shepelak
201 S. Euclid Ave.
Oak Park, IL 60302


Julia Stamberger
1519 W. Estes
Chicago, IL 60626


Kara Foods, Inc.
177 Sibley Street
Fond du Lac, WI 54935


KeHe Distributors
900 North Schmidt Road
Romeoville, IL 60446


Keophoxay, Martell
4859 N. Lowell Ave
Chicago, IL 60630


KFM Foods International Inc
2385 Burrard Street
Vancouver, BC V6J 3J2
Canada


KIF Property Trust/KTR Capital Partners
PO Box 809227
Chicago, IL 60680-9227


Kim Muller Cooper
2633 Trenton Ave.
Philadelphia, PA 19125


King Kullen Grocery Co. Inc.
185 Central Ave
Bethpage, NY 11714


King Nut Company
PO Box 73377
Cleveland, OH 44193

Kirkland & Ellis LLC
300 N LaSalle St
Chicago, IL 60654


Kiyan, Steve
1715 Granger Circle
Castle Rock, CO 80109


Klean-Ko, Inc.
960 N. Lombard Road
Lombard, IL 60148


Krasdale Foods, Inc
65 West Red Oak Lane
White Plains, NY 10604


KTR Illinois, LLC c/o KIF Property
5 Tower Bridge
300 Barr Harbor Dr, #150
Conshohocken, PA 19428


Labor Temps II LLC
PO Box #2150
Bedford Park, IL 60499-2150


Lane, Janica
345 California Street
Suite 2400
San Francisco, CA 94111


Larsen Danish Seafood A/S
Postfach 11 51
Grönfahrtweg 20, 24955 Harrislee
Germany


Lassen's Ad Agency
4071 E. Main St.
Ventura, CA 93003


Late July Organic Snacks
3166 Main Street
P.O. Box 1078
Barnstable, MA 02630

LaunchPad Consulting
1519 W Estes Ave.
Chicago, IL 60626


Law Offices of Harry S. Field
77 West Washington
Suite 2111
Chicago, IL 60602


Leader Mutual Freight System Inc. (CHI)
1554 Carmen Dr.
Elk Grove Village, IL 60007


Lee, Aaron M
2434 Naples
Newport Beach, CA 92660


Left Brain/Right Brain Productions LLC
4707 N Braodway St. Ste 205
Chicago, IL 60640


Legacy Bakehouse
N8 W22100 Johnson Drive
Waukesha, WI 53186


Lew Burns
2649 Connolly Lane
West Dundee, IL 60118


LinkedIn Corporation
2029 Stierlin Ct.
Mountain View, CA 94043


LinkITes
IDA Scheme 98 Samwad Nagar
Navlakha Indore Madhya Prades452001
India


Lismore International
50 Essex Road
Winnetka, IL 60093


LOC Capital Partners, LLC
3646 Westfield Ln.
Glenview, IL 60026

Lomar Foods, Inc.
6405 Metcalf Avenue Suite 120
Omaha, NE 80234


Lone Shoe Graphics
512 E. Glover Ave.
Milwaukee, WI 53212


Loomis, Heather
2914 N. Burling St.
Chicago, IL 60657


Lopez, Jesus
5254 N Campbell Ave
Chicago, IL 60625


Lopez, John
33 Iroquois Dr.
Clarendon Hills, IL 60514


LP Group, INC
3769 Clubhouse Lane
Eagle Mountain, UT 84005


LS Travel Retail North American
370 King Street West 6th FL
Toronto, ON M5V 1J9
Canada


Lundberg Family Farms
5311 Midway
Richvale, CA 95974


Luu, Billy
3010 West Birchwood Avenue
North Town, IL 60645


Luu, Tien
941 Lakeside Place
Chicago, IL 60640


Ly, Dan
5439 N. Lovejoy Ave
Chicago, IL 60630

Mann Associates, Inc.
2610 Lake Cook Road
Suite 220
Riverwoods, IL 60015


Manufacturing Solutions International
5900 Carslon Ave.
Portage, IN 46368


Marcum, James
9925 Montague St.
Tampa, FL 33626


Mareblu Naturals
1150 N Red Gum St, Ste C
Anaheim, CA 92606


Mariani
500 Crocker Dr
Vacaville, CA 95688


Marilyn Cao
1420 W Argyle Ave
Chicago, IL 60640


Mark-it Express
4800 S. Central Ave
Suite 102
Chicago, IL 60638


Marlene Heid Living Trust
114 Whispering Way
Grafton, VA 23692


Martin Jay Sales
609 Landwehr Road
Northbrook, IL 60062


Martin Mack Fire & Safety Equipment Co.
4730 W. Armitage Ave
Chicago, IL 60639


Martin Paul Inc.
9307 IH-35N
Denton, TX 76207

Martin, Brown, Sullivan, Roadman & Hartn
135 South Lasalle St
Suite 3200
Chicago, IL 60603


Mary R Stamberger Dec of Trust
332 Rustic View
Decatur, IL 62521


Mary R Stamberger Declaration of Tr
332 Rustic View
Decatur, IL 62521


Master Tape and Label Printers
4517 N. Elston Avenue
Chicago, IL 60630


McLane, Heather J
3948 N. Bell Ave. Floor 2
Chicago, IL 60618


Mellace Family Brands
6195 El Camino Real
Downsview, ON M3J-2Z6
Canada


Midwest Conscious Marketing, Inc.
7144 N. Harlem Ave
#108
Chicago, IL 60631-1005


Miller Cooper & Co., Ltd.
1751 Lake Cook Road
Suite 400
Deerfield, IL 60015-5286


Miller, Connor
622 W Wellington #2
Chicago, IL 60657


Monoprice, Inc.
11701 6th Street
Rancho Cucamonga, CA 91730

Monster Worldwide, Inc.
7800 W. Brown Deer Rd.
Suite 200
Chicago, IL 60696-0364


Moz
1100 2nd Ave, Suite 500
Seattle, WA 98101


Mrs. Mays
860 E 238th Street
Carson, CA 90745


Mueller-Yurgae & Associates
1055 SE 28th Street
Grimes, IA 50111


Multi-Temps Staffing Inc.
1821 North Mannheim Road
Stone Park, IL 60165


NACS, Inc. - National Assoc. of College
500 East Lorain Street
Oberlin, OH 44074


NACS- Ntl. Assc. Convenience
PO Box 6930
McLean, VA 22106-9902


NACUFS Pacific Region
120 Tawanka
Cheney, WA 99004-2410


NASFT - National Association for the Spe
136 Madison Ave. 12th Fl
New York, NY 10016


National Association of Chain Drug Store
PO Box 34814
Alexandria, VA 22334-0814


National Coalition of Associations of 7-
3561 East Sunrise Drive
Suite 135
Tucson, AZ 85718

National Lift Truck, Inc.
Dept 20-3016
PO Box 5977
Carol Stream, IL 60197-5977


National Raisin
P.O. Box 219
Fowler, CA 93625


National Sports Forum
7290 Navajo Road Suite 204
San Diego, CA 92119


Natural Food Source, Inc.
52 E. Union Blvd.
Bethlehem, PA 18018


Natural Products Expo East
24654 Network Place
Chicago, IL 60673-1246


Natural Products Expo West
24654 Network Place
Chicago, IL 60673-1246


Nature's Best
6 Pointe Dr. Suite 300
Brea, CA 92821


NCH Retailer Services
155 Pfingsten Rd
Suite 200
Deerfield, IL 60015


Neiman Brothers Company, Inc
3322 West Newport Ave
Chicago, IL 60618


NetSuite, Inc.
2955 Campus Drive, Suite 100
San Mateo, IL 94403-2511

NewGen Business Solutions, Inc.
4355 Weaver Parkway
Suite 160
Warrenville, IL 60555


Nguyen, Dennis
5628 N Luna Ave
Chicago, IL 60646


Nguyen, John
2836 N. Milwaukee Ave
Chicago, IL 60618


Nguyen, Yen
1537 W. Ardmole
1W
Chicago, IL 60660


Niagara Natural Fruit Snack Co. Inc
793 Centre Street
St. David's, ON L0S 1P0
Canada


Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197-5407


Norka Company, Inc.
3001 E. Newberry Street
Appleton, WI 54915


Noto Group LLC
1100 NW Glisan St.
Suite 2C
Portland, OR 97209


NSF International
Dept. Loxbox # 771380
PO Box 77000
Detroit, MI 48227-1380


Nuts.com
125 Moen Street
Cranford, NJ 07016

Occupational Safety and Health Administr
701 Lee Street
Suite 950
Des Plaines, IL 60016


Office of UC Tax Services
PO Box 60848
Harrisburg, PA 17106-0848


Old Dominion Freight Line, Inc.
14933 Collection Center Dr
Chicago, IL 60693-4933


OmniPresence
Bill Lyons
12 Executive Ct.
South Barrington, IL 60010


onShore Networks LLC
1407 W. Chicago Ave
Chicago, IL 60642


Osler, Hoskin, & Harcourt LLP
1 First Canadian Place, PO Box 50
Toronto, ON M5X 1B8
Canada


Ozburn Hessey Logistics
15604 Collections Center Drive
Chicago, IL 60693


Ozlink
287 Turnpike Road
Suite 100
Westborough, MA 01581


Pamela Jelaca
2003 E. Sherwood Rd.
Arlington Heights, IL 60004


Panoply Foods
3 Marcus Blvd.
Suite 202
Albany, NY 12205

Paradigm Color Studio LLC
1822 W. Grand Ave
STE 200
Chicago, IL 60622


Partners Crackers
20232 72nd Ave S
Kent, WA 98032


Partnership Cap Growth Investors
1 Embarcadero Center #3810
San Francisco, CA 94111


Partnership Capital Growth
Investors III, LP
One Embarcadero Center #3810
San Francisco, CA 94111


Patel, Bhavin
2020 N 17th Ave. Apt #7
Melrose Park, IL 60160


Patel, Dharmendra K
191 Basswood Ct.
Elk Grove Village, IL 60007


Pattishall McAuliffe
200 S Wacker Drive
Suite 2900
Chicago, IL 60606


Peanut Butter & Co
PO Box 380
West Hempstead, NY 11552


Peco Pallets
29990 Momentum Place
Building 4 Penthouse
Yonkers, NY 60689-5329


Pennsylvania Department of Revenue
PO Box 280405
Harrisburg, PA 17128-0405

Peoples Gas
PO Box 19100
Green Bay, WI 60687-0001


Perfect Stix
4416 US Highway 1
Vero Beach, FL 32967


Peterson, Jennifer
1822-C 5th St. S.
Minneapolis, MN 55454


Piper Jaffray & Co
345 California Street
Suite 2400
San Francisco, CA 94111


Pitney Bowes
PO Box 371874
Pitssburgh, PA 15250-7874


Plan-It Earth LLC
Christine Tzumas
12 Executive Ct.
South Barrington, IL 60010


Plourde Sales and Marketing
500 S. Garland Rd.
Prior Lake, OK 73702


PNC Bank
3556 N Ashland Ave
Chicago, IL 60657


Ponti, Gene
841 Woodmere Dr
Cliffwood Beach, NJ 07735


popchips
5510 Lincoln Blvd., Suite 425
Rancho Dominguez, CA 90221


Prairie State Group
11100 Addison Ave
Franklin Park, IL 60131

Presence Marketing
12 Executive Court
Suite #1
South Barrington, IL 60010


Presto-X
PO Box 13848
Reading, PA 60622-6694


Priority1 Inc.
P.O. Box 398
North Little Rock, AR 72115


Proudman & Company
2875 Exchange Boulevard
Southlake, TX 78092


Provide Support, LLC
37 West 47th Street
Suite 202
New York, NY 10036


Pure Branding, Inc.
196 Pleasant Street
Suite 301
Northhampton, MA 01060


Pursuit Logistics, Inc.
76 Maple Street
Ste 100
Stoneham, MA 02180


Quan, Calvin
6412 N. Bell Ave
Chicago, IL 60645


R3 Redistribution
2301 Lunt
Elk Grove Village, IL 60007


Rafkin, Stacy
535 N. Michigan #413
Chicago, IL 60611

Rally Capital Services LLC
350 N Lasalle St
Suite 1100
Chicago, IL 60654


Rapid Snack Inc. dba Yourbarfactory
7232 Cordner
LaSalle, Quebec H8N2W
Canada


Raw Indulgence, Ltd.
200 Saw Mill River Rd.
Hawthorne, NY 10532


Red Orchard Group LLC
PO Box 485
O Fallon, MO 63366


Red River Foods, Inc.
9020 Stony Point Parkway
Suite 380
Richmond, VA 23235


Regal Entertainment Group
9200 Indian Creek Parkway
STE 200
Overland Park, TN 66210


Resnick Distributors
25 Van Dyke Ave
New Brunswick, NJ 08901


Retail Services, Inc.
10500 Barkley, Suite 102
Overland Park, KS 66212


Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801


Richmond Baking of Georgia
PO Box 698
Richmond, IN 47375

Risk Strategies Company
160 Federal Street
Boston, MA 02110


Rob Bossi Photography
PO Box 1348
151 Morgan Hill Road
New London, NH 03257


Robert Rothschild Farm
Lock Box 2623
Columbus, OH 43260-2623


Rodriguez, Avery
3011 Fall Valley Dr.
San Antonio, TX 78247


Romer Labs, Inc.
PO Box 66971
St. Louis, MO 63166-6971


Royal Buying Group
2100 Western Court
Suite 350
Lisle, IL 60532


Royal Foods
2322 E. Minnesota
Indianapolis, IN 46203


Ryken Consulting, Inc.
502 S. Western Ave
Park Ridge, IL 60068


S Abraham & Sons
4001 3 Mile Rd NW
P.O. Box 1768
Grand Rapids, MI 49501


Saverino & Associates
538 Rand Road
Carol Stream, IL 60188

Scala-Wisell International
P.O. Box 226
Floral Park, NY 11001


Scheyer, Steven
470 Westly Rd
Glencoe, IL 60022


Schroeder, John
221 E Cullerton
#611
Chicago, IL 60616


Scott Miller
5190 Muirwoods Ct.
Cincinnati, OH 45242


Seafrigo USA Inc.
536 Dowd Avenue
Elizabeth, NJ 07201


Seapoint Farms
8410 Six Forks Rd, #104
Suite 102
Raleigh, NC 92648


Seawind International
5375 Avenida Encinas
Suite a
Carlsbad, CA 92008


Seay, Shannon
2510 W Irving Park Road
Unit 207
Chicago, IL 60618


Sentinel Technologies, Inc.
PO Box 85080
Chicago, IL 60680-0851


Seyfarth Shaw LLP
131 S Dearborn St.
Suite 2400
Chicago, IL 60603

Shandiz Trading Inc.
230 Ferrier Street
Markham, ON L3R 2Z5
Canada


Shoreline Sales and Marketing, Inc.
3615 Elk Ridge Lane
Valrico, FL 33596


Shoutlet, Inc.
One Erdman Place
Suite 102
Madison, WI 53717


Siegel, Jamie
2132 W Potomac
#1
Chicago, IL 60622


Sierra Food Group, Inc.
4067 W. Shaw Ave.
#101
Fresno, CA 93722


Signature Sales & Marketing
510 Oakmont Lane
Westmont, IL 60559


Simi, Mike
1902 W. Erie St.
Apt 3B
Chicago, IL 60622


SimplyFood
5555 W 78th St., Suite A
Minneapolis, MN 55439


Smart Bet Charity
505 N. Lasalle Street
Suite 500
Chicago, IL 60654


Snack Factory
PO Box 3562
Princeton, NJ 08543

Snap Infusion
23 Main Street
Andover, MA 01810


Source Alliance Network
PO Box 66631
C205
Chicago, IL 60666


Sprint
PO Box 4181
Carol Stream, IL 60197


Stamberger, Don
332 Rustic View Trail
Decatur, IL 62521


Stamberger, Julia
1519 W Estes
Chicago, IL 60626


Standard Insurance Company
PO BOX 5676
Portland, OR 97228-5676


Stephen Gould Corporation
35 S. Jefferson Blvd
Whippany, NJ 60143


Sterling Sales
4408 Briarwood Drive
Minnetonka, MN 55343


StS Productions, Inc.
6828 West Palatine Avenue
Chicago, IL 60631


Sun Organic Farm
411 S. Las Posas Road
San Marcos, CA 92078


SunButter LLC
P.O. Box 3022
501 42nd St. NW
Fargo, ND 58102

Sunland, Inc.
P.O. Box 1059
Portales, NM 88130


Sunopta Inc.
15 Regan Road, Unit 8-9
Brampton, ON L7A 1E3
Canada


Sunrise Commodities
140 Sylvan Avenue
Englewood Cliffs, NJ 07632


Sunrise Natural Foods
927 Julie Rivers Drive
Sugar Land, TX 77478


Supplair
The Woodlands at Riverside
Suite 200
Reston, VA 30168


Sutton Transport, Inc.
PO Box 378
Weston, WI 54476


Synergy Law Group LLC
730 W Randolph St.
Suite 600
Chicago, IL 60661


Tasty Brand, Inc
24003 Ventura Blvd Bld A
Calabasas, CA 91302


Technical Info Electronics Co
P.O. Box 47127
Suite 101
Plymouth, MN 55447


Temporaries on Stand-By
355 Kalamath Street
Denver, CO 80223

TH Foods, Inc.
9056 Paysphere Circle
Loves Park, IL 61111


The Cincinnati Insurance Company
PO Box 145620
Cincinnati, OH 45250-5620


The Federated Group
3025 West Salt Creek Lane
Arlington Heights, IL 60005


The Hartford
PO Box 660916
Dallas, TX 75266-0616


The Imprint Source, LLC
15 Charles St.
Westwood, NJ 07675


The Label Printers
1710 N. Landmark Rd.
Autora, IL 60506


The Paradies Shops
5950 Fulton Industrial Blvd SW.
Suite 400
Atlanta, GA 30339


The Sunflower Group
PO Box 414378
Kansas City, MO 64141


The Tides Commodity Trading Group, Inc.
PO Box 162527
Mount Pleasant, SC 30321


Thomas, Ryan
815 Harlem Ave
Glenview, IL 60025


Tom Riggio
14 Wood Duck Run
Spencerport, NY 14559

TopLine
8270 Lehigh Ave
Morton Grove, IL 60053


Total Packaging
PO Box 2892
Loves Park, IL 61132


Traffic Tech
6665 Cote De Liesse
Montreal, QC H4T 1Z5
Canada


Tri-Venture Sales
2525 Drane Field Road
Suite 1
Lakeland, FL 33811


Tributary Setup, LLC
2735 Thomas Ct
Pinole, CA 94564


Truong, Dai
4848 N. Winthrop
#310
Chicago, IL 60640


Tzumas, Christine
20816 Summit Dr
Kildeer, IL 60047


Uline
PO Box 88741
Chicago, IL 60680-1741


Unisource Worldwide, Inc.
P.O. Box 409884
Atlanta, GA 30384-9884


Universal Marketing Services, Inc.
PO Box 222510
Hollywood, FL 33022-2510

Upaya
4300 Stevens Creek Blvd.
Suite 218
San Jose, CA 95129


UPS
Lockbox 577
Carol Stream, IL 60613


UPS Freight
28013 Network Place
Chicago, IL 60673-1280


US Messenger & Logistics, Inc.
7790 Qunincy Street
Willowbrook, IL 60527


US Packaging, LLC
840 Walworth St.
Walworth, WI 53184


US Packaging, LLC
2735 E. Main Street
East Troy, WI 53120


Utah State Tax Commission
P.O. Box 31431
Salt Lake City, UT 84134-9988


Valero Retail Holdings
One Valero Way
San Antonio, TX 78269-6000


Valu Merchandisers Company
5000 Kansas Avenue
Kansas City, KS 66106


Van, Hoa N
941 W Lakeside # 2R
Chicago, IL 60640


Vedas, Dorie
743 S Cuyler Ave
Oak Park, IL 60304

Verizon Wireless
P.O. BOX 25505
Lehigh Valley, PA 18002-5505


Vermont Smoke and Cure
PO Box 567
10516 Route 116
Hinesburg, VT 05461


Village of Schiller Park
9526 W Irving Park Road
Schiller Park, IL 60176-1984


Vistar
301 Heron Drive
Swedesboro, NJ 08085


Walker, Chris
210 Surry Path Court
Winston-Salem, NC 27104


Warehouse Demo Services
330 4th St.
Kirkland, WA 98033


Waymouth Farms
PO Box 8805
New Hope, MN 60197-8805


Wells Fargo Bank, N.A.
2450 Colorado Ave, #3000W
Santa Monica, CA 90404


Wells Fargo Equipment Finance
P.O. Box 7777
San Francisco, CA 94120-7777


Wells Fargo Equipment Finance
300 Tri-State International #400
Lincolnshire, IL 60069


Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197-6434

Western Overseas Corporation
PO BOX 90099
Long Beach, CA 90809-0099


White, Chris
4704 W. Grace
Chicago, IL 60641


White, Kathie
4035 N. Kedvale
Unit 1E
Chicago, IL 60641


White, Terry
4035 N. Kedvale
#1E
Chicago, IL 60641


Winpak
9121 Paysphere Circle
Pekin, IL 61544


Woodstock Farms Manufacturing
96 Executive Avenue
Providence, RI 08817


Work Safe Solutions, Inc.
3309 N. Oakley Avenue
Chicago, IL 60618


Xpress Solutions, Inc.
9325 Gulfstream Road
Frankfort, IL 60423


Xue, Ting
721 S Carpenter St.
Unit 3F
Chicago, IL 60607


Young, Keith
1706 N Kedzie Ave
Chicago, IL 60647

Ziyad Brothers Inc.
5400 W 35th St
Cicero, IL 60804


Zucker, Mike
4116 Callery Road
Naperville, IL 60564

# United States Bankruptcy Court
## Northern District of Illinois

In re    GoPicnic Brands, Inc.

Debtor(s)

Case No. _____

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   GoPicnic Brands, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Partnership Capital Growth
Investors III, LP
One Embarcadero Center #3810
San Francisco, CA 94111

☐ None [*Check if applicable*]

December  3, 2014

Date

/s/ Brian L. Shaw

Brian L. Shaw 6216834

Signature of Attorney or Litigant

Counsel for   GoPicnic Brands, Inc.

Shaw Fishman Glantz & Towbin LLC

321 N. Clark Street
Suite 800
Chicago, IL 60654
312-541-0151 Fax:312-980-3888