IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 Cases |
| | ) | |
| | ) | |
| **GoPicnic Brands, Inc.** | ) | **Case No. 14-43382** |
| | ) | |
| | ) | |
| Debtors. | ) | Hon. Jacqueline P. Cox |

## NOTICE OF FILING

To:  See Attached Service List

     PLEASE TAKE NOTICE that on December 17, 2014, the United States Trustee by his attorney, Kathryn Gleason, caused a copy of the **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto and herewith served upon you.


                                        By:/s/ Kathryn M. Gleason
                                          Kathryn M. Gleason, Trial Attorney
                                          Office of the U.S. Trustee
                                          219 S. Dearborn St., Room 873
                                          Chicago, IL 60604
                                          312-886-3327

## **CERTIFICATE OF SERVICE**

      I, Kathryn Gleason, an attorney, state that pursuant to Local Rule 9013-1(D) the above **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** was filed on December 17, 2014, and served on all persons identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via Electronic Mail or First Class Mail, as indicated, before 5:00 p.m. on December 17, 2014.

      /S/    *Kathryn Gleason*

## **SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice for Registrants:**

David R. Doyle
Email: ddoyle@shawfishman.com

Brian L. Shaw
Email: bshaw@shawfishman.com

**Parties Served via Electronic Mail:**

| | |
|---|---|
| Thomas Bacon | Andy Gehl |
| Aaron Thomas Co., Inc | Contract Comestibles, LLC |
| tbacon@packaging.com | andygehl@contractcomestibles.com |
| | |
| John Boot | Peter Maciejewski |
| Niagara Natural Fruit Snack Co., Inc. | Carl Buddig & Co. |
| JBoot@naturalfruitsnacks.ca | peterm@buddig.com |
| | |
| Cara Figgins | Michael Miller |
| Partners A Tasteful Choice Co. | Bolke-Miller Company |
| caraf@partnerscrackers.com | mmiller@bolkemiller.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 Cases |
| | ) | |
| **GoPicnic Brands, Inc.** | ) | **Case No. 14-43382** |
| | ) | |
| Debtors. | ) | Hon. Jacqueline P. Cox |

**NOTICE OF APPOINTMENT OF COMMITTEE
OF UNSECURED CREDITORS**

The following persons, selected from unsecured creditors who are willing to serve, are hereby appointed as the creditors' committee in this case:

| **CREDITOR** | **REPRESENTATIVE** |
|---|---|
| Aaron Thomas Co., Inc.<br>7421 Chapman Ave<br>Garden Grove, CA 92841 | Thomas Bacon |
| Bolke-Miller Company<br>1585 S. Lakeside Drive<br>Waukegan, IL 60085 | Michael Miller |
| Carl Buddig & Co.<br>950 W. 175th Street<br>Homewood, IL 60430 | Peter Maciejewski |
| Contract Comestibles, LLC.<br>2004 Beulah Avenue<br>East Troy, WI 53120 | Andy Gehl |
| Niagara Natural Fruit Snack Company, Inc.<br>337 Four Mile Creek Road<br>P.O. Box 517<br>St. Davids, ON<br>L0S 1P0, Canada | John Boot |
| Partners A Tasteful Choice Company<br>20232 72nd Avenue S<br>Kent, WA 98032 | Cara Figgins |

                                                              RESPECTFULLY SUBMITTED,
                                                              PATRICK S. LAYNG
                                                              UNITED STATES TRUSTEE

DATE: December 17, 2014                By:  */s/  Kathryn Gleason*
                                                                          Kathryn M. Gleason, Trial Attorney
                                                                           Office of the U.S. Trustee
                                                                           219 S. Dearborn St., Room 873
                                                                           Chicago, IL 60604
                                                                           312-886-3327