# Exhibit 1

# Cash Collateral Budget

'(000's)

| Cash Disbursements: | Assumptions: | Full Week / Actual 12/5 Total Wk 1 | Actual 12/12 Total Wk 2 | 12/19 Total Wk 3 | Payroll 12/26 Total Wk 4 | 1/2 Total Wk 5 | Payroll 1/9 Total Wk 6 | 1/16 Total Wk 7 | Payroll 1/23 Total Wk 8 | 1/30 Total Wk 9 | Payroll 2/6 Total Wk 10 | 2/13 Total Wk 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NetSuite (NS) ERP license $11,653 qrtrly | 12/14 | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent - Schiller Park whse ($8,525) | 1st | 0 | 0 | 9 | 0 | 0 | 9 | 0 | 0 | 0 | 9 | 0 |
| Rent - Schiller Park office ($4,933 beg. Jan 1) | 1st | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 5 |
| BCBS Medical Insurance | 1st | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 15 |
| Wells Fargo ABL LOC interest & banking fees | 1st | 0 | 2 | 0 | 2 | 13 | 0 | 2 | 0 | 0 | 13 | 0 |
| Utilities, Phone, Internet, Trash, Pest Control $4K/mo | 1st | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 4 |
| Oper Leases - Forklift & Copier (Wells) | 1st | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| Office Phone & Internet $1.5K | 1st | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 |
| Business Insurance $42K pd monthly | EOM | 0 | 4 | 0 | 0 | 4 | 0 | 0 | 0 | 4 | 0 | 0 |
| Recall Insurance $20K pd monthly | ACH 18th | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |
| Acctg Review $23K (No) & Tax Returns $20K (TBD) | April 15th | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payroll, Temps, Taxes & 401K Match | bi-wkly 11/28 | 0 | 71 | 0 | 64 | 0 | 61 | 0 | 61 | 0 | 61 | 0 |
| Accrued PTO to be paid-out | one-time 12/26 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| IT, SEO, EDI Fees, Email, ERP Consultant & Phone Con | Periodic | 0 | 0 | 12 | 5 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Employee Expenses, Office Supplies, Sales/Use Tax | Weekly | 0 | 20 | 20 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Federal Express & LTL Carriers | Weekly | 0 | 0 | 10 | 24 | 12 | 10 | 12 | 12 | 10 | 10 | 10 |
| Inventory & Co-Packers | Weekly | 0 | 137 | 87 | 73 | 8 | 72 | 75 | 76 | 78 | 81 | 81 |
| Corrugated, Packaging, Postage, Office Supplies, R&M | Weekly | 0 | 0 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| Administrative & Legal Expenses | Beg. 12/22 | 0 | 0 | 0 | 70 | 25 | 25 | 25 | 25 | 25 | 5 | 0 |

| Summary of Cash & Sales: | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Receipts (collections) | | 137 | 316 | 359 | 85 | 89 | 76 | 100 | 122 | 140 | 155 | 169 |
| Less: Cash Disbursements | | 0 | (233) | (158) | (254) | (73) | (215) | (127) | (188) | (129) | (191) | (130) |
| Cash Surplus (Deficit) - Period to Date | | 137 | 83 | 200 | (169) | 16 | (139) | (27) | (66) | 11 | (36) | 39 |
| Cash Surplus (Deficit) - Life to Date | | 137 | 220 | 421 | 252 | 268 | 128 | 101 | 36 | 46 | 10 | 49 |
| | | | | | | | | | | | | |
| Accounts Receivable ending balance | | 1,244 | 905 | 512 | 535 | 453 | 601 | 732 | 838 | 929 | 1,013 | 1,081 |
| Inventory ending balance | | 2,668 | 2,629 | 2,625 | 2,562 | 2,654 | 2,624 | 2,586 | 2,551 | 2,518 | 2,478 | 2,515 |
| Gross Sales (including internet cash sales) | | 111 | 94 | 100 | 125 | 26 | 239 | 251 | 252 | 258 | 270 | 270 |
| Credit Memos & Cash Discounts | | (38) | (85) | (134) | (17) | (18) | (15) | (20) | (24) | (28) | (31) | (34) |