# United States Bankruptcy Court
## Northern District of Illinois

In re   GoPicnic Brands, Inc.
                                    Debtor(s)

Case No.   14-43382
Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Clif White Road Investments, LLC<br>1451 66th Street<br>San Francisco, CA 94111 | Common/Preferred | 7.80% | |
| Julia Stamberger<br>1519 W. Estes<br>Chicago, IL 60626 | Common | 22.85% | |
| Mary R Stamberger Declaration of Trust<br>332 Rustic View<br>Decatur, IL 62521 | Common/Preferred | 6.87% | |
| Partnership Capital Growth Investors III, LP<br>One Embarcadero Center #3810<br>San Francisco, CA 94111 | Common/Preferred | 31.41% | |

see attached listing for additional equity security holders

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   12/31/2014          Signature  *Bret Lorenc*
                                       Bret Lorenc

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Shareholder | Common Stock | Preferred Stock | Options | Warrants | Total Shares Outstanding | % Current | % Fully Diluted |
|---|---|---|---|---|---|---|---|
| PCGI III, LP | 293,507 | 1,117,753 | | | 1,411,260 | 31.41% | 28.34% |
| CWRI | 43,750 | 306,799 | | | 350,549 | 7.80% | 7.04% |
| Smith, Brian D. | 0 | 29,782 | | | 29,782 | 0.66% | 0.60% |
| Lane, Janica | 0 | 15,400 | | | 15,400 | 0.34% | 0.31% |
| Filipowski, Jennifer | 0 | 31,442 | | | 31,442 | 0.70% | 0.63% |
| OmniPresence | 0 | 46,135 | | | 46,135 | 1.03% | 0.93% |
| Plan-It Earth LLC | 0 | 149,252 | | | 149,252 | 3.32% | 3.00% |
| Riggio, Tom | 0 | 29,659 | | | 29,659 | 0.66% | 0.60% |
| Mary R. Stamberger Declaration of Trust Dated December 26 2003 | 293,446 | 14,985 | | | 308,431 | 6.87% | 6.19% |
| Brewer/Frey Partnership | 101,982 | 10,420 | | | 112,402 | 2.50% | 2.26% |
| Burns, Lew | 40,810 | 0 | | | 40,810 | 0.91% | 0.82% |
| Carrigan, Christine Allison | 5,208 | 0 | | | 5,208 | 0.12% | 0.10% |
| Cooper, Kim Muller | 113,138 | 0 | | | 113,138 | 2.52% | 2.27% |
| Romaker, Cynthia | 40,812 | 0 | | | 40,812 | 0.91% | 0.82% |
| Jelaca, Pamela | 137,500 | 0 | | | 137,500 | 3.06% | 2.76% |
| LOP Capital Partners, LLC | 28,284 | 0 | | | 28,284 | 0.63% | 0.57% |
| Marlene Heid Living Trust | 9,625 | 0 | | | 9,625 | 0.21% | 0.19% |
| Miller, Scott | 20,406 | 0 | | | 20,406 | 0.45% | 0.41% |
| Clayton, Fay | 20,406 | 0 | | | 20,406 | 0.45% | 0.41% |
| Schmitt, Cheri Lee | 98,277 | 18,061 | | | 116,338 | 2.59% | 2.34% |
| Schumacher, Jeffrey | 16,325 | 0 | | | 16,325 | 0.36% | 0.33% |
| Stamberger, Elizabeth Joy | 2,678 | 0 | | | 2,678 | 0.06% | 0.05% |
| Stamberger, Jeannie Ann | 2,678 | 0 | | | 2,678 | 0.06% | 0.05% |
| Stamberger, Julia | 1,026,714 | 0 | | | 1,026,714 | 22.85% | 20.62% |
| Shepelak, Judith | 20,406 | 0 | | | 20,406 | 0.45% | 0.41% |
| Daskal, Frona | 96,322 | 0 | | | 96,322 | 2.14% | 1.93% |
| Young, Craig | 20,406 | 0 | | | 20,406 | 0.45% | 0.41% |
| Cynthia S. Zender Trust | 82,901 | 0 | | | 82,901 | 1.85% | 1.66% |
| Burnham Growth | 0 | 13,884 | | | 13,884 | 0.31% | 0.28% |
| Pure Branding | 16,661 | 0 | | | 16,661 | 0.37% | 0.33% |
| Bank of Rantoul | 176,781 | 0 | | | 176,781 | 3.93% | 3.55% |
| Options - Issued | | | 184,009 | | 0 | 0.00% | 3.70% |
| Options - Unissued | | | 303,046 | | 0 | 0.00% | 6.09% |
| Total | 2,709,023 | 1,783,572 | 487,055 | 0 | 4,492,595 | 100.00% | 100.00% |