## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GOPICNIC BRANDS, INC., | ) | Hon. Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | Case No. 14-43382 |
| | ) | |

## FINAL REPORT AND ACCOUNT OF GOPICNIC BRANDS, INC.

GoPicnic Brands, Inc. (the "Debtor"), hereby submits its Final Report and Account pursuant to Fed. R. Bankr. P. 1019(5)(a)(ii).

1.     On December 3, 2014 (the "Petition Date"), the Debtor filed a voluntary petition in this Court for relief under chapter 11 of the Bankruptcy Code.  On January 22, 2016, the Court entered an order converting this case to a case under chapter 7 of the Bankruptcy Code.  Karen R. Goodman was appointed by the United States Trustee as the chapter 7 trustee (the "Trustee") for the Debtor's estate.

2.     A summary of the Debtor's Final Report and Account for the period of December 3, 2014 through January 22, 2016 is as follows:

| | | |
|---|---|---|
| a. | BEGINNING BALANCE | $33,587.21 |
| b. | RECEIPTS | $1,430,316.04 |
| c. | DISBURSEMENTS | $1,422,494.41 |
| d. | NET CASH available for Trustee | $41,408.84 |

Attached hereto as Exhibit A are copies of the first page of the Debtor's Monthly Operating Reports from the Petition Date through January 22, 2016.

3.     The Debtor has filed a Schedule of Unpaid Debts pursuant to Fed. R. Bankr. P.

1019(5)(a)(ii), and the total unpaid debts are unknown at this time.

Respectfully submitted,

GOPICNIC BRANDS, INC.

Dated:  February 22, 2016

By: _Bret Lorenc_____

Bret Lorenc, President

Brian L. Shaw (#6216834)
Mark L. Radtke (#6275738)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Il  60654
Phone: (312) 541-0151
Fax: (312) 980-3888
bshaw@shawfishman.com
mradtke@shawfishman.com

*Counsel for GoPicnic Brands, Inc.*

{11118-001 RPT A0428473.DOC}

# EXHIBIT A
# MONTHLY OPERATING REPORTS

{11118-001 RPT A0428473.DOC}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME    **GoPicnic Brands, Inc.**
CASE NO      **14-43382**

### SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Starting Dec 3, 2014, Ending Dec 31, 2014

| | | | |
|---|---|---|---:|
| Beginning Balance in All Accounts | | $ | 33,587.21 |
| **Receipts** | | | |
| | 1) Receipts from Operations | $ | 931,563.98 |
| | 2) Other Receipts | | |
| **Disbursements** | | | |
| | 3) Net Payroll | | |
| | a) Officers | $ | 20,902.55 |
| | b) Others | $ | 68,034.43 |
| | 4) Taxes | | |
| | a) Federal Incomes Taxes | $ | 17,516.32 |
| | b) FICA withholdings | $ | 7,101.13 |
| | c) Employee Withholdings | $ | 6,439.72 |
| | d) Employers' FICA | $ | 7,101.19 |
| | e) Federal Unemployment Taxes | $ | 18.62 |
| | f) State Income Tax | $ | 472.45 |
| | g) State Employee withholdings | $ | 5,639.13 |
| | h) All other State Taxes | $ | 128.00 |
| | 5) Necessary expenses: | | |
| | a) Rent or mortgage payment(s) | $ | 22,208.00 |
| | b) Utilities | $ | - |
| | C) Insurance | $ | 5,355.53 |
| | d) Merchandise bough for Manufacture or Sale | $ | 147,258.04 |
| | e) Other necessary Expenses | | |
| | EDI Charges | $ | 2,741.60 |
| | Freight | $ | 15,605.05 |
| | Legal | $ | 72,783.04 |
| | NetSuite | $ | 3,884.41 |
| | Equipment Financing | $ | 705.46 |
| | Payroll Services | $ | 383.63 |
| | Employee Expenses | $ | 39,135.03 |
| | Wells Fargo Dimmunition Charge | $ | 50,000.00 |
| | Bank Fees | $ | 2,229.33 |
| | Office | $ | 8,183.12 |
| | Packaging | $ | 3,150.00 |
| **Total Disbursements** | | $ | 506,975.78 |

OPERATING REPORT Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME    **GoPicnic Brands, Inc.**
CASE NO      **14-43382**

| | | | |
|---|---|---|---|
| Net Receipts (Disbursements) for the Current Periods | | $ | 424,588.20 |
| | | | |
| Ending Balance | WF Escrow | $ | 430,941.56 |
| Ending Balance | WF Depository | $ | 17,509.29 |
| Ending Balance | WF Operating | $ | 9,153.27 |
| Ending Balance | PNC | $ | - |
| Ending Balance | CyberSource | $ | 571.29 |
| | | | |
| Ending Balance All Accounts | | $ | 458,175.41 |

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

CASE NAME      **GoPicnic Brands, Inc.**

CASE NO      **14-43382**

<u>SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS</u>

For Month Ending Jan 31, 2015

| | | | |
|---|---|---|---:|
| Beginning Balance in All Accounts | | $ | 458,175.41 |
| | | | |
| Receipts | | | |
| | 1) Receipts from Operations | $ | 351,434.07 |
| | 2) Other Receipts | | |
| Disbursements | | | |
| | 3) Net Payroll | | |
| | a) Officers | $ | 10,966.11 |
| | b) Others | $ | 55,308.21 |
| | 4) Taxes | | |
| | a) Federal Incomes Taxes | $ | 13,674.32 |
| | b) FICA withholdings | $ | 7,349.44 |
| | c) Employee Withholdings | $ | 6,369.19 |
| | d) Employers' FICA | $ | 7,349.48 |
| | e) Federal Unemployment Taxes | $ | 496.18 |
| | f) State Income Tax | $ | 2,126.22 |
| | g) State Employee withholdings | $ | 3,421.61 |
| | h) All other State Taxes | $ | 177.00 |
| | 5) Necessary expenses: | | |
| | a) Rent or mortgage payment(s) | $ | 13,783.50 |
| | b) Utilities | $ | 5,353.22 |
| | C) Insurance | $ | 41,220.26 |
| | d) Merchandise bough for Manufacture or Sale | $ | 55,564.58 |
| | e) Other necessary Expenses | | |
| | EDI Charges | $ | 2,756.80 |
| | Freight | $ | 25,736.57 |
| | Legal | $ | 30,000.00 |
| | NetSuite | $ | 5,204.42 |
| | Equipment Financing | $ | 1,019.53 |
| | Payroll Services | $ | 723.41 |
| | Employee Expenses | $ | 6,224.63 |
| | Bank Fees | $ | 3,138.28 |
| | Office | $ | 563.82 |
| | Packaging | $ | 6,734.00 |
| | | | |
| Total Disbursements | | $ | 305,260.78 |

OPERATING REPORT Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME       **GoPicnic Brands, Inc.**
CASE NO         **14-43382**

| | | | |
|---|---|---|---:|
| Net Receipts (Disbursements) for the Current Periods | | $ | 46,173.29 |
| | | | |
| Ending Balance | WF Escrow | $ | 462,011.93 |
| Ending Balance | WF Depository | $ | 21,188.26 |
| Ending Balance | WF Operating | $ | 11,639.41 |
| Ending Balance | PNC | $ | 3,117.54 |
| Ending Balance | CyberSource | $ | 6,638.48 |
| | | | |
| Ending Balance All Accounts | | $ | 504,595.62 |

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME    **GoPicnic Brands, Inc.**
CASE NO      **14-43382**

### SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending Feb 28, 2015

| | | |
|---|---|---:|
| Beginning Balance in All Accounts | **$** | **504,595.62** |
| | | |
| Receipts | | |
| 1) Receipts from Operations | **$** | **98,250.87** |
| 2) Other Receipts | $ | 2,010.15 |
| Disbursements | | |
| 3) Net Payroll | | |
| a) Officers | $ | 9,610.19 |
| b) Others | $ | 47,470.50 |
| 4) Taxes | | |
| a) Federal Incomes Taxes | $ | 9,801.61 |
| b) FICA withholdings | $ | 5,841.81 |
| c) Employee Withholdings | $ | 2,845.18 |
| d) Employers' FICA | $ | 5,841.79 |
| e) Federal Unemployment Taxes | $ | 100.64 |
| f) State Income Tax | $ | 1,281.91 |
| g) State Employee withholdings | $ | 2,671.12 |
| h) All other State Taxes | $ | - |
| I) Payroll Services | $ | 324.31 |
| 5) Necessary expenses: | | |
| a) Rent or mortgage payment(s) | $ | - |
| b) Utilities | $ | 1,035.66 |
| C) Insurance | $ | - |
| d) Merchandise bough for Manufacture or Sale | $ | 21,282.32 |
| e) Other necessary Expenses | | |
| EDI Charges | $ | 1,164.55 |
| Freight | $ | 21,060.68 |
| Legal | $ | - |
| NetSuite | $ | 80.00 |
| Equipment Financing | $ | - |
| Employee Expenses | $ | 9,968.68 |
| Wells Fargo Diminution Charge | $ | 50,000.00 |
| US Trustees | $ | 4,875.00 |
| Bank Fees | $ | 2,615.35 |
| Office | $ | 79.16 |
| Packaging | $ | - |
| Wells Fargo Loan | $ | 13,821.49 |
| Wells Fargo Cash Collateral | $ | 392,680.95 |
| | | |
| Total Disbursements | **$** | **604,452.90** |

OPERATING REPORT Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| CASE NAME | GoPicnic Brands, Inc. |
| CASE NO | 14-43382 |

| | | | |
|---|---|---|---|
| Net Receipts (Disbursements) for the Current Periods | | $ | (504,191.88) |
| | | | |
| Ending Balance | WF Escrow | $ | - |
| Ending Balance | WF Depository | $ | - |
| Ending Balance | WF Operating | $ | - |
| Ending Balance | PNC | $ | - |
| Ending Balance | CyberSource | $ | - |
| | | | |
| Ending Balance All Accounts | | $ | - |

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

CASE NAME **GoPicnic Brands, Inc.**

CASE NO **14-43382**

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending March 31, 2015

| | | |
|---|---|---|
| Beginning Balance in All Accounts | $ | - |
| **Receipts** | | |
| 1) Receipts from Operations | $ | - |
| 2) Other Receipts | $ | - |
| **Disbursements** | | |
| 3) Net Payroll | | |
| a) Officers | $ | - |
| b) Others | $ | - |
| 4) Taxes | | |
| a) Federal Incomes Taxes | $ | - |
| b) FICA withholdings | $ | - |
| c) Employee Withholdings | $ | - |
| d) Employers' FICA | $ | - |
| e) Federal Unemployment Taxes | $ | - |
| f) State Income Tax | $ | - |
| g) State Employee withholdings | $ | - |
| h) All other State Taxes | $ | - |
| i) Payroll Services | $ | - |
| 5) Necessary expenses: | | |
| a) Rent or mortgage payment(s) | $ | - |
| b) Utilities | $ | - |
| C) Insurance | $ | - |
| d) Merchandise bough for Manufacture or Sale | $ | - |
| e) Other Expenses | | |
| **Total Disbursements** | $ | - |

OPERATING REPORT Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME      **GoPicnic Brands, Inc.**
CASE NO        **14-43382**

| | | | |
|---|---|---|---|
| Net Receipts (Disbursements) for the Current Periods | | $ | - |
| | | | |
| Ending Balance | WF Escrow | $ | - |
| Ending Balance | WF Depository | $ | - |
| Ending Balance | WF Operating | $ | - |
| Ending Balance | PNC | $ | - |
| Ending Balance | CyberSource | $ | - |
| | | | |
| Ending Balance All Accounts | | $ | - |

OPERATING REPORT Page 2

BM 4/20/15

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

CASE NAME **GoPicnic Brands, Inc.**

CASE NO **14-43382**

<u>SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS</u>

For Month Ending April 30, 2015

| | | |
|---|---|---|
| Beginning Balance in All Accounts | $ | - |
| **Receipts** | | |
| 1) Receipts from Operations | $ | - |
| 2) Other Receipts | $ | - |
| **Disbursements** | | |
| 3) Net Payroll | | |
| a) Officers | $ | - |
| b) Others | $ | - |
| 4) Taxes | | |
| a) Federal Incomes Taxes | $ | - |
| b) FICA withholdings | $ | - |
| c) Employee Withholdings | $ | - |
| d) Employers' FICA | $ | - |
| e) Federal Unemployment Taxes | $ | - |
| f) State Income Tax | $ | - |
| g) State Employee withholdings | $ | - |
| h) All other State Taxes | $ | - |
| i) Payroll Services | $ | - |
| 5) Necessary expenses: | | |
| a) Rent or mortgage payment(s) | $ | - |
| b) Utilities | $ | - |
| C) Insurance | $ | - |
| d) Merchandise bough for Manufacture or Sale | $ | - |
| e) Other Expenses | | |
| **Total Disbursements** | $ | - |

OPERATING REPORT Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME     **GoPicnic Brands, Inc.**
CASE NO       **14-43382**

Net Receipts (Disbursements) for the Current Periods                    $            -

|                  |              |     |   |
|------------------|--------------|-----|---|
| Ending Balance   | WF Escrow    | $   | - |
| Ending Balance   | WF Depository| $   | - |
| Ending Balance   | WF Operating | $   | - |
| Ending Balance   | PNC          | $   | - |
| Ending Balance   | CyberSource  | $   | - |

Ending Balance All Accounts                                             $            -

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME      **GoPicnic Brands, Inc.**
CASE NO        **14-43382**

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending May 31, 2015

| | | |
|---|---|---|
| Beginning Balance in All Accounts | $ | - |
| | | |
| Receipts | | |
| 1) Receipts from Operations | $ | - |
| 2) Other Receipts | $ | - |
| Disbursements | | |
| 3) Net Payroll | | |
| a) Officers | $ | - |
| b) Others | $ | - |
| 4) Taxes | | |
| a) Federal Incomes Taxes | $ | - |
| b) FICA withholdings | $ | - |
| c) Employee Withholdings | $ | - |
| d) Employers' FICA | $ | - |
| e) Federal Unemployment Taxes | $ | - |
| f) State Income Tax | $ | - |
| g) State Employee withholdings | $ | - |
| h) All other State Taxes | $ | - |
| i) Payroll Services | $ | - |
| 5) Necessary expenses: | | |
| a) Rent or mortgage payment(s) | $ | - |
| b) Utilities | $ | - |
| C) Insurance | $ | - |
| d) Merchandise bough for Manufacture or Sale | $ | - |
| e) Other Expenses | | |
| | | |
| Total Disbursements | $ | - |

OPERATING REPORT Page 1

*AL 6/9/15*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME      **GoPicnic Brands, Inc.**
CASE NO        **14-43382**

Net Receipts (Disbursements) for the Current Periods                    $          -

| | | |
|---|---|---|
| Ending Balance | WF Escrow | $    - |
| Ending Balance | WF Depository | $    - |
| Ending Balance | WF Operating | $    - |
| Ending Balance | PNC | $    - |
| Ending Balance | CyberSource | $    - |

Ending Balance All Accounts                                             $          -

OPERATING REPORT Page 2

BAC 6/19/15

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| CASE NAME | **GoPicnic Brands, Inc.** | |
| CASE NO | **14-43382** | |

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending June 30, 2015

| | | | |
|---|---|---|---:|
| Beginning Balance in All Accounts | | $ | - |
| | | | |
| Receipts | | | |
| | 1) Receipts from Operations | $ | - |
| | 2) Other Receipts | $ | 29,713.79 |
| Disbursements | | | |
| | 3) Net Payroll | | |
| | a) Officers | $ | - |
| | b) Others | $ | - |
| | 4) Taxes | | |
| | a) Federal Incomes Taxes | $ | - |
| | b) FICA withholdings | $ | - |
| | c) Employee Withholdings | $ | - |
| | d) Employers' FICA | $ | - |
| | e) Federal Unemployment Taxes | $ | - |
| | f) State income Tax | $ | - |
| | g) State Employee withholdings | $ | - |
| | h) All other State Taxes | $ | - |
| | i) Payroll Services | $ | - |
| | 5) Necessary expenses: | | |
| | a) Rent or mortgage payment(s) | $ | - |
| | b) Utilities | $ | - |
| | C) Insurance | $ | - |
| | d) Merchandise bough for Manufacture or Sale | $ | - |
| | e) Other Expenses - US Trustees | $ | 4,877.54 |
| | | | |
| Total Disbursements | | $ | **4,877.54** |

OPERATING REPORT Page 1

PKL 7/20/15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME    **GoPicnic Brands, Inc.**
CASE NO      **14-43382**

| | | | | |
|---|---|---|---|---|
| Net Receipts (Disbursements) for the Current Periods | | | $ | 24,836.25 |
| | Ending Balance | WF Escrow | $ | - |
| | Ending Balance | WF Depository | $ | - |
| | Ending Balance | WF Operating | $ | - |
| | Ending Balance | PNC | $ | 24,836.25 |
| | Ending Balance | CyberSource | $ | - |
| Ending Balance All Accounts | | | $ | 24,836.25 |

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME    **GoPicnic Brands, Inc.**
CASE NO      **14-43382**

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending July 31, 2015

| | | | |
|---|---|---|---|
| Beginning Balance in All Accounts | | $ | 24,836.25 |
| | | | |
| Receipts | | | |
| | 1) Receipts from Operations | $ | - |
| | 2) Other Receipts | $ | 9,500.00 |
| Disbursements | | | |
| | 3) Net Payroll | | |
| |    a) Officers | $ | - |
| |    b) Others | $ | - |
| | 4) Taxes | | |
| |    a) Federal Incomes Taxes | $ | - |
| |    b) FICA withholdings | $ | - |
| |    c) Employee Withholdings | $ | - |
| |    d) Employers' FICA | $ | - |
| |    e) Federal Unemployment Taxes | $ | - |
| |    f) State Income Tax | $ | - |
| |    g) State Employee withholdings | $ | - |
| |    h) All other State Taxes | $ | - |
| |    i) Payroll Services | $ | - |
| | 5) Necessary expenses: | | |
| |    a) Rent or mortgage payment(s) | $ | - |
| |    b) Utilities | $ | - |
| |    C) Insurance | $ | - |
| |    d) Merchandise bough for Manufacture or Sale | $ | - |
| |    e) Other Expenses - US Trustees | $ | 325.00 |
| | | | |
| Total Disbursements | | $ | 325.00 |

OPERATING REPORT Page 1

*PAL 8/18/15*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME    **GoPicnic Brands, Inc.**
CASE NO      **14-43382**

| Net Receipts (Disbursements) for the Current Periods | | $ | 9,175.00 |
|---|---|---|---|
| Ending Balance | WF Escrow | $ | - |
| Ending Balance | WF Depository | $ | - |
| Ending Balance | WF Operating | $ | - |
| Ending Balance | PNC | $ | 34,011.25 |
| Ending Balance | CyberSource | $ | - |
| Ending Balance All Accounts | | $ | 34,011.25 |

OPERATING REPORT Page 2

AL 8/18/15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME **GoPicnic Brands, Inc.**
CASE NO **14-43382**

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending Aug 31, 2015

| | | |
|---|---|---|
| Beginning Balance in All Accounts | $ | 34,011.25 |
| | | |
| Receipts | | |
| 1) Receipts from Operations | $ | - |
| 2) Other Receipts | $ | - |
| Disbursements | | |
| 3) Net Payroll | | |
| a) Officers | $ | - |
| b) Others | $ | - |
| 4) Taxes | | |
| a) Federal Incomes Taxes | $ | - |
| b) FICA withholdings | $ | - |
| c) Employee Withholdings | $ | - |
| d) Employers' FICA | $ | - |
| e) Federal Unemployment Taxes | $ | - |
| f) State Income Tax | $ | - |
| g) State Employee withholdings | $ | - |
| h) All other State Taxes | $ | - |
| I) Payroll Services | $ | - |
| 5) Necessary expenses: | | |
| a) Rent or mortgage payment(s) | $ | - |
| b) Utilities | $ | - |
| C) Insurance | $ | - |
| d) Merchandise bough for Manufacture or Sale | $ | - |
| e) Other Expenses - US Trustees | $ | - |
| f) Bank Fees | $ | 65.25 |
| | | |
| Total Disbursements | $ | 65.25 |

OPERATING REPORT Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME      **GoPicnic Brands, Inc.**
CASE NO        **14-43382**

| | | | | |
|---|---|---|---|---|
| Net Receipts (Disbursements) for the Current Periods | | | $ | (65.25) |
| | Ending Balance | WF Escrow | $ | - |
| | Ending Balance | WF Depository | $ | - |
| | Ending Balance | WF Operating | $ | - |
| | Ending Balance | PNC | $ | 33,946.00 |
| | Ending Balance | CyberSource | $ | - |
| Ending Balance All Accounts | | | $ | 33,946.00 |

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME    GoPicnic Brands, Inc.
CASE NO      14-43382

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending Sep 30, 2015

| | | | |
|---|---|---|---|
| Beginning Balance in All Accounts | | $ | 33,946.00 |
| | | | |
| Receipts | | | |
| 1) Receipts from Operations | | $ | - |
| 2) Other Receipts | | $ | - |
| Disbursements | | | |
| 3) Net Payroll | | | |
| a) Officers | | $ | - |
| b) Others | | $ | - |
| 4) Taxes | | | |
| a) Federal Incomes Taxes | | $ | - |
| b) FICA withholdings | | $ | - |
| c) Employee Withholdings | | $ | - |
| d) Employers' FICA | | $ | - |
| e) Federal Unemployment Taxes | | $ | - |
| f) State Income Tax | | $ | - |
| g) State Employee withholdings | | $ | - |
| h) All other State Taxes | | $ | - |
| i) Payroll Services | | $ | - |
| 5) Necessary expenses: | | | |
| a) Rent or mortgage payment(s) | | $ | - |
| b) Utilities | | $ | - |
| C) Insurance | | $ | - |
| d) Merchandise bough for Manufacture or Sale | | $ | - |
| e) Other Expenses - US Trustees | | $ | - |
| f) Bank Fees | | $ | 48.00 |
| | | | |
| Total Disbursements | | $ | 48.00 |

OPERATING REPORT Page 1

PAC 10/20/15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME     GoPicnic Brands, Inc.
CASE NO       14-43382

| Net Receipts (Disbursements) for the Current Periods | | $ | (48.00) |
|---|---|---|---|
| Ending Balance | WF Escrow | $ | - |
| Ending Balance | WF Depository | $ | - |
| Ending Balance | WF Operating | $ | - |
| Ending Balance | PNC | $ | 33,898.00 |
| Ending Balance | CyberSource | $ | - |
| Ending Balance All Accounts | | $ | 33,898.00 |

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME     **GoPicnic Brands, Inc.**
CASE NO     14-43382

### SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending Oct 31, 2015

| | | |
|---|---|---:|
| Beginning Balance in All Accounts | $ | 33,898.00 |
| | | |
| **Receipts** | | |
| 1) Receipts from Operations | $ | - |
| 2) Other Receipts | $ | - |
| **Disbursements** | | |
| 3) Net Payroll | | |
| a) Officers | $ | - |
| b) Others | $ | - |
| 4) Taxes | | |
| a) Federal Incomes Taxes | $ | - |
| b) FICA withholdings | $ | - |
| c) Employee Withholdings | $ | - |
| d) Employers' FICA | $ | - |
| e) Federal Unemployment Taxes | $ | - |
| f) State Income Tax | $ | - |
| g) State Employee withholdings | $ | - |
| h) All other State Taxes | $ | - |
| i) Payroll Services | $ | - |
| 5) Necessary expenses: | | |
| a) Rent or mortgage payment(s) | $ | - |
| b) Utilities | $ | - |
| C) Insurance | $ | |
| d) Merchandise bough for Manufacture or Sale | $ | - |
| e) Other Expenses - US Trustees | $ | 333.16 |
| f) Bank Fees | $ | 39.00 |
| | | |
| Total Disbursements | $ | 372.16 |

OPERATING REPORT Page 1

ptc 11/20/15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME       GoPicnic Brands, Inc.
CASE NO         14-43382

| Net Receipts (Disbursements) for the Current Periods | | | $ | (372.16) |
|---|---|---|---|---|
| Ending Balance | WF Escrow | | $ | - |
| Ending Balance | WF Depository | | $ | - |
| Ending Balance | WF Operating | | $ | - |
| Ending Balance | PNC | | $ | 33,525.84 |
| Ending Balance | CyberSource | | $ | - |
| Ending Balance All Accounts | | | $ | 33,525.84 |

OPERATING REPORT Page 2

BAL  11/20/15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME    **GoPicnic Brands, Inc.**
CASE NO      **14-43382**

### SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending Nov 30, 2015

| | | |
|---|---|---:|
| Beginning Balance in All Accounts | $ | 33,525.84 |
| **Receipts** | | |
| 1) Receipts from Operations | $ | - |
| 2) Other Receipts | $ | - |
| **Disbursements** | | |
| 3) Net Payroll | | |
| a) Officers | $ | - |
| b) Others | $ | - |
| 4) Taxes | | |
| a) Federal Incomes Taxes | $ | - |
| b) FICA withholdings | $ | - |
| c) Employee Withholdings | $ | - |
| d) Employers' FICA | $ | - |
| e) Federal Unemployment Taxes | $ | - |
| f) State Income Tax | $ | - |
| g) State Employee withholdings | $ | - |
| h) All other State Taxes | $ | - |
| i) Payroll Services | $ | - |
| 5) Necessary expenses: | | |
| a) Rent or mortgage payment(s) | $ | - |
| b) Utilities | $ | - |
| C) Insurance | $ | - |
| d) Merchandise bough for Manufacture or Sale | $ | - |
| e) Other Expenses - US Trustees | $ | - |
| f) Bank Fees | $ | 39.00 |
| **Total Disbursements** | $ | 39.00 |

OPERATING REPORT Page 1

_BAL 12/18/15_

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME    **GoPicnic Brands, Inc.**
CASE NO      **14-43382**

| | | | | |
|---|---|---|---|---|
| Net Receipts (Disbursements) for the Current Periods | | | $ | (39.00) |
| | Ending Balance | WF Escrow | $ | - |
| | Ending Balance | WF Depository | $ | - |
| | Ending Balance | WF Operating | $ | - |
| | Ending Balance | PNC | $ | 33,486 84 |
| | Ending Balance | CyberSource | $ | - |
| Ending Balance All Accounts | | | $ | 33,486.84 |

OPERATING REPORT Page 2

BAC 12/18/15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME       GoPicnic Brands, Inc.
CASE NO         14-43382

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS
For Month Ending Dec 31, 2015

| | | |
|---|---|---:|
| Beginning Balance in All Accounts | $ | 33,486.84 |
| Receipts | | |
|     1) Receipts from Operations | $ | - |
|     2) Other Receipts | $ | 8,000.00 |
| Disbursements | | |
|     3) Net Payroll | | |
|         a) Officers | $ | - |
|         b) Others | $ | - |
|     4) Taxes | | |
|         a) Federal Incomes Taxes | $ | - |
|         b) FICA withholdings | $ | - |
|         c) Employee Withholdings | $ | - |
|         d) Employers' FICA | $ | - |
|         e) Federal Unemployment Taxes | $ | - |
|         f) State Income Tax | $ | - |
|         g) State Employee withholdings | $ | - |
|         h) All other State Taxes | $ | - |
|         i) Payroll Services | $ | - |
|     5) Necessary expenses: | | |
|         a) Rent or mortgage payment(s) | $ | - |
|         b) Utilities | $ | - |
|         C) Insurance | $ | - |
|         d) Merchandise bough for Manufacture or Sale | $ | - |
|         e) Other Expenses - US Trustees | $ | - |
|         f) Bank Fees | $ | 39.00 |
| Total Disbursements | $ | 39.00 |

OPERATING REPORT Page 1

BAC 1/20/2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME    GoPicnic Brands, Inc.
CASE NO      14-43382

Net Receipts (Disbursements) for the Current Periods              $        7,981.00

| | | | |
|---|---|---|---|
| Ending Balance | WF Escrow | $ | - |
| Ending Balance | WF Depository | $ | - |
| Ending Balance | WF Operating | $ | - |
| Ending Balance | PNC | $ | 41,447.84 |
| Ending Balance | CyberSource | $ | - |

Ending Balance All Accounts                                       $       41,447.84

OPERATING REPORT Page 2

_PM  1/20/2016_

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME    GoPicnic Brands, Inc.
CASE NO      14-43382

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending Jan 22, 2016

| | | | |
|---|---|---|---:|
| Beginning Balance in All Accounts | | $ | 41,447.84 |
| | | | |
| Receipts | | | |
| | 1) Receipts from Operations | $ | . |
| | 2) Other Receipts | $ | - |
| Disbursements | | | |
| | 3) Net Payroll | | |
| |    a) Officers | $ | - |
| |    b) Others | $ | - |
| | 4) Taxes | | |
| |    a) Federal Incomes Taxes | $ | - |
| |    b) FICA withholdings | $ | - |
| |    c) Employee Withholdings | $ | - |
| |    d) Employers' FICA | $ | - |
| |    e) Federal Unemployment Taxes | $ | - |
| |    f) State Income Tax | $ | - |
| |    g) State Employee withholdings | $ | - |
| |    h) All other State Taxes | $ | - |
| |    i) Payroll Services | $ | - |
| | 5) Necessary expenses: | | |
| |    a) Rent or mortgage payment(s) | $ | - |
| |    b) Utilities | $ | - |
| |    C) Insurance | $ | - |
| |    d) Merchandise bough for Manufacture or Sale | $ | - |
| |    e) Other Expenses - US Trustees | $ | - |
| |    f) Bank Fees | $ | 39.00 |
| | | | |
| Total Disbursements | | $ | 39.00 |

OPERATING REPORT Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME      GoPicnic Brands, Inc.
CASE NO        14-43382

Net Receipts (Disbursements) for the Current Periods                    $         (39.00)

|  | | | |
|---|---|---|---|
| Ending Balance | WF Escrow | $ | - |
| Ending Balance | WF Depository | $ | - |
| Ending Balance | WF Operating | $ | - |
| Ending Balance | PNC | $ | 41,408.84 |
| Ending Balance | CyberSource | $ | - |

Ending Balance All Accounts                                            $        41,408.84

OPERATING REPORT Page 2

BKC 2/19/16