UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>GOPICNIC BRANDS, INC.<br><br><br>Debtor(s) | BK No.: 14-43382<br><br>Chapter: 11<br>Honorable Jacqueline Cox |

### ORDER GRANTING SECOND AND FINAL FEE APPLICATION OF FREEBORN & PETERS LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND REQUEST FOR APPROVAL OF LIMITED NOTICE

Upon the Second and Final Fee Application of Freeborn & Peters LLP ("F&P") as Counsel to the The Official Committee of Unsecured Creditors (the "Final Fee Application") for the period of December 15, 2014 through January 21, 2016 (the "Fee Application Period") and request for approval of limited notice; this Court having reviewed the Final Fee Application; due and adequate notice having been given under the circumstances and all persons with standing having been afforded the opportunity to be heard on the Final Fee Application;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Final Fee Application is hereby granted.

2. The Court hereby allows F&P, on a final basis, compensation in the amount of $ 4492.00 for the Fee Application Period as a chapter 11 administrative expense of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code.

3. The Court hereby allows F&P, on a final basis, reimbursement of expenses in the amount of $         for the Fee Application Period as a chapter 11 administrative expense of the Debtor's estate.

4. The Court authorizes payment to F&P of $ 0   , representing all unpaid amounts due and owing to F&P on account of this Final Fee Application.

5. The Court approves the limited notice requested in the Final Fee Application.

Enter:

*/s/ Jacqueline P. Cox*

Dated: 3/17/16

United States Bankruptcy Judge

**Prepared by:**
Elizabeth L. Janczak
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606

Rev: 20130104_bko