# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| GOPICNIC BRANDS, INC. | § | Case No. 14-43382 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  of the United States Bankruptcy Code was filed on 12/03/2014 . The case was converted to one under Chapter 7 on 01/21/2016 . The undersigned trustee was appointed on 01/22/2016 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of       $     163,483.38

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 30,665.17 |
| Bank service fees | 4,027.21 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 128,791.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  05/02/2016  and the deadline for filing governmental claims was  06/01/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 11,424.17 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 11,424.17 , for a total compensation of $ 11,424.17 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  11/15/2018 _____          By:/s/KAREN R. GOODMAN _____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 14-43382 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | KAREN R. GOODMAN |

| Case Name: | GOPICNIC BRANDS, INC. | | | | Date Filed (f) or Converted (c): | 01/21/2016 (c) |

| | | | | | 341(a) Meeting Date: | 03/09/2016 |

| For Period Ending: | 11/15/2018 | | | | Claims Bar Date: | 05/02/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Petty cash | 380.23 | 380.23 | | 0.00 | FA |
| 2.  PNC checking account | 13,891.30 | 13,891.30 | | 0.00 | FA |
| 3.  Wells Fargo Operating Account | 138.41 | 138.41 | | 0.00 | FA |
| 4.  Wells Fargo Depository Account | 28,863.91 | 28,863.91 | | 0.00 | FA |
| 5.  Cybersource credit card deposit account - unclea | 2,616.65 | 2,616.65 | | 0.00 | FA |
| 6.  Security Deposit with KTR Capital Partners | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 7.  Security Deposit with KTR Capital Partners for S | 6,500.00 | 6,500.00 | | 0.00 | FA |
| 8.  Liberty Insurance - Directors & Officers/Employm | Unknown | 0.00 | | 0.00 | FA |
| 9.  Cincinnati Insurance Company - General Liability | Unknown | 0.00 | | 0.00 | FA |
| 10. XL Insurance - Product Recall Insurance Policy | Unknown | 0.00 | | 0.00 | FA |
| 11. Accounts Receivable | 1,337,791.98 | 1,337,791.98 | | 0.00 | FA |
| 12. Accounts Receivable/Notes Receivable - GP Concep | 361,149.16 | 361,149.16 | | 0.00 | FA |
| 13. Accounts Receivable/AR Affiliate - GP Concept La | 545,212.52 | 545,212.52 | | 0.00 | FA |
| 14. Accounts Receivable - AR other - GP Concept Labs | 31,960.97 | 31,960.97 | | 0.00 | FA |
| 15. Intellectual Property - Trade Name See attached | 85,761.00 | 85,761.00 | | 0.00 | FA |
| 16. Intellectual Property - Web Domains | Unknown | 0.00 | | 0.00 | FA |
| 17. Intellectual Property- Trademarks | 22,041.92 | 22,041.92 | | 0.00 | FA |
| 18. Intellectual Property - Canadian Trademarks | 564.55 | 564.55 | | 0.00 | FA |
| 19. Machinery & Equipment See Exhibit Attached. | 219,329.55 | 219,329.55 | | 0.00 | FA |
| 20. Various meals, snacks, breakfasts & components | 2,674,297.40 | 2,674,297.40 | | 0.00 | FA |
| 21. Preference recoveries in Chapter 11 | 0.00 | 41,291.84 | | 41,291.84 | FA |
| 22. CT--Refund for overpayment of prepayment of 2014 fee for filing Annual Report                              (u) | 0.00 | 2,346.87 | | 2,346.87 | FA |
| 23. PREFERENCE ACTION AGAINST SUNRISE COMMODITIES, INC. (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-43382 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|---|---|---|
| Case Name: | GOPICNIC BRANDS, INC. | | | | Date Filed (f) or Converted (c): | 01/21/2016 (c) |
| | | | | | 341(a) Meeting Date: | 03/09/2016 |
| For Period Ending: | 11/15/2018 | | | | Claims Bar Date: | 05/02/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24.  PREFERENCE ACTION against Calumet Carton Sales (u) | 0.00 | 5,500.00 | | 5,500.00 | FA |
| 25.  PREFERENCE ACTION AGAINST EDMONDS, INC. (u) | 0.00 | 6,000.00 | | 6,000.00 | FA |
| 26.  PREFERENCE ACTION against FedEx (u) | 0.00 | 22,000.00 | | 22,000.00 | FA |
| 27.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 28.  PREFERENCE ACTION against Popchips, Inc. (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 29.  PREFERENCE ACTION against Andros Products, LLC (u) | 0.00 | 12,000.00 | | 12,000.00 | FA |
| 30.  PREFERENCE ACTION agains Waymouth Farms (u) | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 31.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 32.  PREFERENCE ACTION against Julia Stamberger & GPCL (u) | 0.00 | 3,286.10 | | 3,286.10 | FA |
| 33.  PREFERENCE ACTION against Dell Financial Services (u) | 0.00 | 10,058.57 | | 10,058.57 | FA |
| 34.  Remnants (u) | 0.00 | 4,000.00 | | 6,000.00 | FA |
| 35.  PREFERENCE ACTION agains Waymouth Farms | 0.00 | 0.00 | | 0.00 | 0.00 |
| 36.  PREFERENCE ACTION against US Packaging LLC (u) | 0.00 | 199,860.05 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $5,355,499.55 | $5,716,842.98 | | $163,483.38 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/30/18: TFR submitted to UST, awaiting approval

Exhibit A

3/31/18:  Complete claims objections; file final tax return, file TFR

12/31/17: Claims review and file any necessary objections; file TFR

9/30/17: Pursue  collection of judgment in final outstanding preference action.

6/30/17: Pursue remaining preference actions; investigate possible malpractice action against Debtor's former corporate counsel and venture capital investors.

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 2 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 3 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 4 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 5 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 6 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 7 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 8 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 9 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 10 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 11 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 12 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 13 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 14 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 15 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 16 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 17 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 18 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 19 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 20 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 22 | -- | Refund for overpayment of prepayment of 2014 payment of  fee for filing Annual Report. |
| RE PROP # | 32 | -- | Settlement per Court Order dated 6/8/17 |
| RE PROP # | 36 | -- | US Packaging LLC presented complete defenses to the preference action and the Trustee dismissed the Complaint with prejudice. |

Initial Projected Date of Final Report (TFR): 06/30/2017          Current Projected Date of Final Report (TFR): 09/30/2018

Case 14-43382    Doc 208    Filed 11/16/18    Entered 11/16/18 14:55:41    Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document    Page 6 of 32

Exhibit B

Case No: 14-43382

Case Name: GOPICNIC BRANDS, INC.

Trustee Name: KAREN R. GOODMAN

Bank Name: Associated Bank

Account Number/CD#: XXXXXX3243

Checking

Taxpayer ID No: XX-XXX6021

For Period Ending: 11/15/2018

Blanket Bond (per case limit): $54,646,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/27/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $43,439.63 | | $43,439.63 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $43,429.63 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.55 | $43,365.08 |
| 06/29/16 | 1001 | State of New Jersey Division of Employer Accounts PO Box 059 Trenton, NJ 08646-0059 | Balance Due NJ Dept. of Labor and Workforce Development Quarter Ended 12/31/2014 | 2820-000 | | $9.72 | $43,355.36 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.39 | $43,292.97 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.37 | $43,228.60 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.26 | $43,164.34 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.11 | $43,102.23 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.08 | $43,038.15 |
| 12/06/16 | 23 | Sunrise Commodities | Preference settlement per Court Order | 1241-000 | $15,000.00 | | $58,038.15 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.92 | $57,976.23 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.59 | $57,893.64 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.08 | $57,807.56 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals:    $58,439.63    $632.07

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-43382 | Trustee Name: KAREN R. GOODMAN |
| Case Name: GOPICNIC BRANDS, INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3243 |
| | Checking |
| Taxpayer ID No: XX-XXX6021 | Blanket Bond (per case limit): $54,646,000.00 |
| For Period Ending: 11/15/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/21/17 | 24 | Calumet Carton Sales Co. 16920 State Street P.O. Box 405 South Holland, IL 60473-2841 | Settlement of preference action against Calumet Carton Sales Co. | 1241-000 | $5,500.00 | | $63,307.56 |
| 02/21/17 | 25 | Edmonds, Inc. 626 Executive Drive Willowbrook, IL 60527 | Settlement of preference action | 1241-000 | $6,000.00 | | $69,307.56 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.04 | $69,225.52 |
| 03/13/17 | 1002 | Ltd. International Sureties Suite 420 701 Poydras Street New Orleans, LA 70139 | Payment of 2017 Bond | 2300-000 | | $22.09 | $69,203.43 |
| 03/15/17 | 26 | FedEx | Settlement proceeds from preference action per Court Order dated 3/8/17 | 1241-000 | $22,000.00 | | $91,203.43 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $120.83 | $91,082.60 |
| 04/11/17 | 1003 | Alan D. Lasko 205 West Randolph Street, Suite 1150 Chicago, Illinois 60606 | Partial payment of compensation per Court Order dated March 30, 2017 | 3410-000 | | $15,000.00 | $76,082.60 |
| 04/11/17 | 1004 | ALAN D. LASKO ALAN D. LASKO & ASSOCIATES 205 WEST RANDOLPH STREET, SUITE 1150 CHICAGO, IL  60606 | Payment of Expenses per Court Order dated March 30, 2017 | 3420-000 | | $102.20 | $75,980.40 |
| 04/26/17 | 28 | Popchips, Inc 5510 Lincoln Blvd. Suite 425 Playa Vista, CA90094 | Preference settlement per Court Order | 1241-000 | $15,000.00 | | $90,980.40 |
| 05/03/17 | 29 | Bowman Andros Products, LLC Mt. Jackson VA 22842 | Settlement of preference action per Court Order | 1241-000 | $12,000.00 | | $102,980.40 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $125.23 | $102,855.17 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*            Page Subtotals:            $60,500.00      $15,452.39

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 14-43382
Case Name: GOPICNIC BRANDS, INC.

Trustee Name:  KAREN R. GOODMAN
Bank Name:  Associated Bank
Account Number/CD#:  XXXXXX3243
Checking

Taxpayer ID No: XX-XXX6021
For Period Ending: 11/15/2018

Blanket Bond (per case limit): $54,646,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/31/17 | 30 | Waymouth Farms, Inc. 5300 Boone Avenue, North/new Hope, MN 55428 | 1st Installment Preference Settlement per Court Order Full settlement is for $25,000 | 1241-000 | $10,000.00 | | $112,855.17 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $152.23 | $112,702.94 |
| 06/20/17 | 32 | GoPicnic, Inc 4011 N. Ravenswood Avenue, Suite 112 Chicago, Illinois 60613-5665 | Preference settlement per Court Order dated 6/8/17 Settlement with Julia Stamberger and GPCL | 1241-000 | $3,286.10 | | $115,989.04 |
| 07/06/17 | 30 | Waymouth Farms, Inc | 2nd Installment of Preference Settlement per Court Order | 1241-000 | $7,500.00 | | $123,489.04 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $163.73 | $123,325.31 |
| 08/02/17 | 30 | Waymouth Farms, Inc. | Final Installment of Preference Settlement per Court Order | 1241-000 | $7,500.00 | | $130,825.31 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $181.57 | $130,643.74 |
| 08/17/17 | 1005 | Alan D. Lasko 205 West Randolph Street, Suite 1150 Chicago, Illinois 60606 | Final Installment of Interim Compensation per Court Order of March 30, 2017 | 3410-000 | | $15,473.80 | $115,169.94 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $191.64 | $114,978.30 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $165.44 | $114,812.86 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $170.69 | $114,642.17 |
| 11/08/17 | 33 | Dell Financial Services | Payment of Judgment in Preference action Satisfaction in full of Judgment | 1241-000 | $10,058.57 | | $124,700.74 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $176.04 | $124,524.70 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Page Subtotals:                                                        $38,344.67        $16,675.14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-43382 | Trustee Name: KAREN R. GOODMAN |
| Case Name: GOPICNIC BRANDS, INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3243 |
| | Checking |
| Taxpayer ID No: XX-XXX6021 | Blanket Bond (per case limit): $54,646,000.00 |
| For Period Ending: 11/15/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/04/18 | 34 | GPB Stockholder Group LLC | Remnant sale per Court Order | 1229-000 | $6,000.00 | | $130,524.70 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $185.13 | $130,339.57 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $192.92 | $130,146.65 |
| 02/14/18 | 1006 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Payment of 2018 Bond No. 016073584 Reversal Error in processing Bond Payment | 2300-000 | | ($40.31) | $130,186.96 |
| 02/14/18 | 1006 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Payment of 2018 Bond No. 016073584 | 2300-001 | | $40.31 | $130,146.65 |
| 02/14/18 | 1007 | International Surreties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Payment of 2018 Bond Premium - Bond No. 016073584 | 2300-000 | | $38.51 | $130,108.14 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $174.76 | $129,933.38 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $193.17 | $129,740.21 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $186.66 | $129,553.55 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $192.61 | $129,360.94 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $186.12 | $129,174.82 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $192.06 | $128,982.76 |

| Page Subtotals: | $6,000.00 | $1,541.94 |
|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 14-43382 | Trustee Name: KAREN R. GOODMAN | Exhibit B |
| Case Name: GOPICNIC BRANDS, INC. | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX3243 | |
| | Checking | |
| Taxpayer ID No: XX-XXX6021 | Blanket Bond (per case limit): $54,646,000.00 | |
| For Period Ending: 11/15/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $191.76 | $128,791.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $163,284.30 | $34,493.30 |
| Less: Bank Transfers/CD's | $43,439.63 | $0.00 |
| Subtotal | $119,844.67 | $34,493.30 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $119,844.67 | $34,493.30 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 14-43382 | Trustee Name: KAREN R. GOODMAN | |
| Case Name: GOPICNIC BRANDS, INC. | Bank Name: Rabobank, N.A. | |
| | Account Number/CD#: XXXXXX66 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX6021 | Blanket Bond (per case limit): $54,646,000.00 | |
| For Period Ending: 11/15/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/29/16 | 21 | GOPICNIC BRANDS, INC./PNCBANKCINCI | Incoming Wire Transfer- Turnover of Preference Settlements {POST FROM PENDING} | 1141-000 | $41,291.84 | | $41,291.84 |
| 02/22/16 | 101 | ARTHUR B. LEVINE COMPANY Surety Bond Agency 60 East 42nd Street, Room 965 New York, NY  10165 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2016 FOR CASE #14-43382, BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF FEBRUARY 1, 2016 | 2300-000 | | ($18.85) | $41,310.69 |
| 02/22/16 | 101 | ARTHUR B. LEVINE COMPANY Surety Bond Agency 60 East 42nd Street, Room 965 New York, NY  10165 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2016 FOR CASE #14-43382, BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF FEBRUARY 1, 2016 | 2300-001 | | $18.85 | $41,291.84 |
| 02/22/16 | 102 | ARTHUR B. LEVINE COMPANY Surety Bond Agency 60 East 42nd Street, Room 965 New York, NY  10165 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2016 FOR CASE #14-43382, Bond #10BSBGR6291 | 2300-000 | | $18.85 | $41,272.99 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $57.25 | $41,215.74 |
| 03/14/16 | 22 | CT 111Eighth Avenue New York, NY  10011 | Refund  for overpayment of prepayment of 2014 payment of fee for filing of Annual Report. | 1290-000 | $2,346.87 | | $43,562.61 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $66.83 | $43,495.78 |
| 04/27/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank Service Fee | 2600-000 | | $56.15 | $43,439.63 |
| 04/27/16 | | Transfer to Acct # xxxxxx3243 | Transfer of Funds | 9999-000 | | $43,439.63 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $43,638.71 | $43,638.71 |
| Page Subtotals: | $43,638.71 | $43,638.71 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Exhibit B

| | | |
|---|---|---|
| Less: Bank Transfers/CD's | $0.00 | $43,439.63 |
| Subtotal | $43,638.71 | $199.08 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $43,638.71 | $199.08 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 14-43382 | Trustee Name: KAREN R. GOODMAN | Exhibit B |
| Case Name: GOPICNIC BRANDS, INC. | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX0024 | |
| | Checking | |
| Taxpayer ID No: XX-XXX6021 | Blanket Bond (per case limit): $54,646,000.00 | |
| For Period Ending: 11/15/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $0.00 | $0.00 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $0.00 | $0.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*        Page Subtotals:        $0.00        $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0024 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX3243 - Checking | $119,844.67 | $34,493.30 | $128,791.00 |
| XXXXXX66   - Checking Account | $43,638.71 | $199.08 | $0.00 |
| | $163,483.38 | $34,692.38 | $128,791.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | 
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $163,483.38 |
| Total Gross Receipts: | $163,483.38 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-43382-JPC

Debtor Name: GOPICNIC BRANDS, INC.

Claims Bar Date: 5/2/2016

Date: November 15, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | KAREN R. GOODMAN Taft Stettinius & Hollister, LLP kgoodman@taftlaw.com | Administrative | | $0.00 | $11,424.17 | $11,424.17 |
| 100 2200 | KAREN R. GOODMAN Taft Stettinius & Hollister, LLP kgoodman@taftlaw.com | Administrative | | $0.00 | $0.00 | $0.00 |
| 74 100 2950 | OFFICE OF THE U.S. TRUSTEE 219 S. DEARBORN ST. ROOM 873 CHICAGO, IL 60604 | Administrative | Withdrawn by UST per Docket #198 | $0.00 | $649.99 | $0.00 |
| 61 100 2990 | POPCHIPS, INC. <B>(ADMINISTRATIVE)</B> 5510 LINCOLN BLVD STE. #425 PLAYA VISTA, CA 90094 | Administrative | Claim waived per order of 5/11/17 settling preference action | $0.00 | $6,688.00 | $0.00 |
| 66 100 2990 | OFFICE OF THE U.S. TRUSTEE <B>(ADMINISTRATIVE)</B> 219 S. DEARBORN STREET ROOM 873 CHICAGO, IL 60604 | Administrative | | $0.00 | $649.99 | $649.99 |
| 73 100 2990 | OFFICE OF THE U.S. TRUSTEE <B>(ADMINISTRATIVE)</B> 219 S. DEARBORN STREET ROOM 873 CHICAGO, IL 60604 | Administrative | Withdrawn by UST by Docket # 198 | $0.00 | $649.00 | $0.00 |
| 100 3110 | TAFT STETTINIUS & HOLLISTER LLP 111 EAST WACKER DRIVE SUITE 2800 CHICAGO, IL 60601 | Administrative | | $0.00 | $38,843.50 | $38,843.50 |
| 100 3120 | TAFT STETTINIUS & HOLLISTER LLP 111 EAST WACKER DRIVE SUITE 2800 CHICAGO, IL 60601 | Administrative | | $0.00 | $5,095.70 | $5,095.70 |
| 100 3410 | ALAN D. LASKO ALAN D. LASKO & ASSOCIATES 205 WEST RANDOLPH STREET, SUITE 1150 CHICAGO, IL 60606 | Administrative | 2nd Interim Application for Compensation | $0.00 | $633.00 | $633.00 |

Page 1

Printed: November 15, 2018

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-43382-JPC                                                                                    Date: November 15, 2018
Debtor Name: GOPICNIC BRANDS, INC.
Claims Bar Date: 5/2/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3410 | ALAN D. LASKO ALAN D. LASKO & ASSOCIATES 205 WEST RANDOLPH STREET, SUITE 1150 CHICAGO, IL 60606 | Administrative | 4th Interim Application for Compensation | $0.00 | $734.00 | $734.00 |
| 100 3410 | ALAN D. LASKO ALAN D. LASKO & ASSOCIATES 205 WEST RANDOLPH STREET, SUITE 1150 CHICAGO, IL 60606 | Administrative | 3rd Interim Application for Compensation | $0.00 | $924.40 | $924.40 |
| 100 3410 | ALAN D. LASKO ALAN D. LASKO & ASSOCIATES 205 WEST RANDOLPH STREET, SUITE 1150 CHICAGO, IL 60606 | Administrative | Interim fees per Court Order Dated 3/30/17 | $0.00 | $30,473.80 | $30,473.80 |
| 100 3420 | ALAN D. LASKO ALAN D. LASKO & ASSOCIATES 205 WEST RANDOLPH STREET, SUITE 1150 CHICAGO, IL 60606 | Administrative | Interim expenses per Court Order dated 3/30/17 | $0.00 | $102.20 | $102.20 |
| 100 3420 | ALAN D. LASKO ALAN D. LASKO & ASSOCIATES 205 WEST RANDOLPH STREET, SUITE 1150 CHICAGO, IL 60606 | Administrative | 2nd Interim Application for Compensation | $0.00 | $21.10 | $21.10 |
| 100 3420 | ALAN D. LASKO ALAN D. LASKO & ASSOCIATES 205 WEST RANDOLPH STREET, SUITE 1150 CHICAGO, IL 60606 | Administrative | Third Interim Application for Compensation | $0.00 | $21.70 | $21.70 |
| 100 3420 | ALAN D. LASKO ALAN D. LASKO & ASSOCIATES 205 WEST RANDOLPH STREET, SUITE 1150 CHICAGO, IL 60606 | Administrative | 4th Interim Application for Compensation | $0.00 | $25.30 | $25.30 |
| 39 100 4110 | IPFS Corporation 30 Montgomery Street Suite 1000 Jersey City, NJ 07302 | Secured | | $0.00 | $3,633.06 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-43382-JPC                                                                              Date: November 15, 2018
Debtor Name: GOPICNIC BRANDS, INC.
Claims Bar Date: 5/2/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 50S<br>100<br>4110 | GP Concept Labs, Inc.<br>c/o Julia Stamberger, President<br>1519 W. Estes<br>Chicago, IL  60626 | Secured | Waived per Court Order of 6/8/17 settlement of preference action | $0.00 | $75,150.00 | $0.00 |
| 150<br>6700 | Shaw Fishman Glantz & Towbin<br>LLC | Administrative | | $0.00 | $173,114.00 | $173,114.00 |
| 150<br>6710 | Shaw Fishman Glantz & Towbin<br>LLC | Administrative | | $0.00 | $6,006.51 | $6,006.51 |
| 150<br>6710 | MorrisAnderson & Associates | Administrative | | $0.00 | $68,650.92 | $68,650.92 |
| 150<br>6710 | Freeborn & Peters LLP | Administrative | Per Court Order dated 3/17/16 | $0.00 | $86,920.78 | $86,920.78 |
| 42<br>150<br>6920 | HAYES PROPERTIES, INC.<br><B>(ADMINISTRATIVE)</B><br>4043 NORTH RAVENSWOOD<br>AVENUE<br>SUITE 210<br>CHICAGO, IL 60613 | Administrative | | $0.00 | $13,242.58 | $13,242.58 |
| 59<br>150<br>6990 | CINEMA SCENE MARKETING<br>& PROMOTIONS, LLC<br><B>(ADMINISTRATIVE)</B><br>9200 INDIANA CREEK PKWY<br>STE. 200<br>OVERLAND PARK, KS 66210 | Administrative | | $0.00 | $1,539.62 | $1,539.62 |
| 36P<br>220<br>5200 | Dr. Lucy's LLC<br>Paul Harrison<br>930 Denison Ave,Suite 101-A<br>Norfolk, VA  23513 | Priority | | $0.00 | $22,579.20 | $22,579.20 |
| 38<br>220<br>5200 | Priority 1 Inc.<br>1800 E Roosevelt<br>Little Rock, AR  72206 | Priority | | $0.00 | $1,362.12 | $1,362.12 |

UST Form 101-7-TFR (5/1/2011) *(Page: 17)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-43382-JPC
Debtor Name: GOPICNIC BRANDS, INC.
Claims Bar Date: 5/2/2016

Date: November 15, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 48<br>220<br>5200 | BURNETTE FOODS, INC.<br><B>(ADMINISTRATIVE)</B><br>87171 C.R. 687<br>HARTFORD, MI 49079 | Priority | | $0.00 | $35,543.00 | $35,543.00 |
| 55<br>220<br>5200 | U.S. PACKAGING, LLC<br><B>(ADMINISTRATIVE)</B><br>ATTN: RICK GEIGER<br>2735 MAIN STREET<br>EAST TROY, WI 53120 | Priority | | $0.00 | $108,855.44 | $108,855.44 |
| 58<br>230<br>5300 | Cinema Scene Marketing &<br>Promotions, LLC<br>9200 Indian Creek Pkwy<br>#200<br>Overland, KS 66210 | Priority | | $0.00 | $827.07 | $827.07 |
| 65<br>230<br>5300 | Kyle Kett<br>944 N Wood St Apt G<br>Chicago, IL 60622 | Priority | | $0.00 | $5,000.00 | $5,000.00 |
| 67<br>230<br>5300 | Kyle Kett<br>944 N Wood St Apt G<br>Chicago, IL 60622 | Priority | | $0.00 | $5,000.00 | $5,000.00 |
| 1<br>300<br>7100 | National Association Wells Fargo<br>Bank<br>Attn: Phillip Goessler<br>2450 Colorado Ave., Suite 3000W<br>Santa Monica, CA 90404 | Unsecured | | $0.00 | $1,947,931.33 | $1,947,931.33 |
| 2<br>300<br>7100 | Wells Fargo Equipment Finance<br>a division of Wells Fargo Bank NA<br>300 Tri-State International #400<br>Lincolnshire, IL 60069 | Unsecured | Pursuant to order entered on 5/3018, claim is disallowed as secured claim and allowed as unsecured claim. | $0.00 | $12,372.89 | $12,372.89 |
| 35<br>300<br>7100 | Dr. Lucy's LLC<br>Paul Harrison<br>930 Denison Ave,Suite 101-A<br>Norfolk, VA 23513 | Unsecured | | $0.00 | $22,579.20 | $22,579.20 |
| 36U<br>300<br>7100 | Dr. Lucy's LLC<br>Paul Harrison<br>930 Denison Ave,Suite 101-A<br>Norfolk, VA 23513 | Unsecured | | $0.00 | $30,931.20 | $30,931.20 |

UST Form 101-7-TFR (5/1/2011) *(Page: 18)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-43382-JPC
Debtor Name: GOPICNIC BRANDS, INC.
Claims Bar Date: 5/2/2016

Date: November 15, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 46 300 7100 | NIAGARA NATURAL FRUIT SNACK CO. INC. 337 FOUR MILE CREEK ROAD ST. DAVIDS, ON L0S 1P0 | Unsecured | No amount listed on Proof of Claim | $0.00 | $0.00 | $0.00 |
| 71 300 7100 | Carl Buddig and Company 950 West 175th Street Homewood, IL  60430 | Unsecured | | $0.00 | $93,456.48 | $93,456.48 |
| 72 300 7100 | HAYES PROPERTIES, INC. 4043 NORTH RAVENSWOOD AVENUE SUITE 210 CHICAGO, IL 60613 | Unsecured | | $0.00 | $36,340.32 | $36,340.32 |
| 14P 570 5800 | Illinois Department of Employment Security 33 South State Street Attn: Bankruptcy Unit - 10th flr. Chicago, IL  60603 | Priority | | $0.00 | $2,380.44 | $2,380.44 |
| 3 610 7100 | Utah State Tax Commission 210 N 1950 W Salt Lake City, UT  84134 | Unsecured | | $0.00 | $1,600.00 | $1,600.00 |
| 4 610 7100 | Wells Fargo Financial Leasing, Inc. 800 Walnut Street MAC N0005-055 Des Moines, IA  50309 | Unsecured | | $0.00 | $10,500.83 | $10,500.83 |
| 5 610 7100 | Prairie State Graphics, Inc. Coface North America Insurance Company 50 Millstone Rd., Bldg. 100, Ste. 360 East Windsor, NJ  08520 | Unsecured | | $0.00 | $19,422.31 | $19,422.31 |
| 6 610 7100 | Harry S Field Law Offices of Harry S Field 77 West Washington Suite 519 Chicago, IL  60602 | Unsecured | | $0.00 | $1,798.84 | $1,798.84 |
| 7 610 7100 | Commonwealth Edison Company 3 Lincoln Center Attn: Bankruptcy Department Oakbrook Terrace, IL  60181 | Unsecured | | $0.00 | $501.89 | $501.89 |

Printed: November 15, 2018

UST Form 101-7-TFR (5/1/2011) (Page: 19)

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-43382-JPC                                                                          Date: November 15, 2018
Debtor Name: GOPICNIC BRANDS, INC.
Claims Bar Date: 5/2/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8<br>610<br>7100 | G Debbas Chocolatier, Inc<br>5877 E Brown Avenue<br>Fresno, CA 93727 | Unsecured | | $0.00 | $24,256.24 | $24,256.24 |
| 9<br>610<br>7100 | Johnvince Foods c/o Kevin E<br>Posen<br>Teller, Levit & Silvertrust<br>19 S. LaSalle Street #701<br>Chicago, IL 60603 | Unsecured | | $0.00 | $18,705.65 | $18,705.65 |
| 10<br>610<br>7100 | FedEx TechConnect, Inc<br>Attn Revenue<br>Recovery/Bankruptcy<br>3965 Airways Blvd Module G 3rd<br>Floor<br>Memphis, TN 38116 | Unsecured | | $0.00 | $54,225.13 | $54,225.13 |
| 11<br>610<br>7100 | Bedemco Inc<br>Eli Demeshulam<br>Bedemco Inc,3 Barker Ave Suite<br>325<br>White Plains, NY 10601 | Unsecured | | $0.00 | $29,816.19 | $29,816.19 |
| 12<br>610<br>7100 | Carl Buddig and Company<br>950 West 175th Street<br>Homewood, IL 60430 | Unsecured | | $0.00 | $93,456.48 | $93,456.48 |
| 13<br>610<br>7100 | Bridgford Foods Corporation<br>Attn John Kengen<br>PO Box 3773<br>Anaheim, CA 92803 | Unsecured | | $0.00 | $45,120.00 | $45,120.00 |
| 14U<br>610<br>7100 | Illinois Department of Employment<br>Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Unsecured | | $0.00 | $172.12 | $172.12 |
| 15<br>610<br>7100 | Partners a tasteful choice company<br>Cara Figgins<br>20232 72nd Ave S<br>Kent, WA 98032 | Unsecured | | $0.00 | $100,094.07 | $100,094.07 |
| 16-2<br>610<br>7100 | Source Alliance Network, LLC<br>6224 N. Kirkwood<br>Chicago, IL 60646 | Unsecured | | $0.00 | $17,259.92 | $17,259.92 |

UST Form 101-7-TFR (5/1/2011) *(Page: 20)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-43382-JPC                                                                      Date: November 15, 2018
Debtor Name: GOPICNIC BRANDS, INC.
Claims Bar Date: 5/2/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 17 610 7100 | JC Ehrlich Pest Control PO Box 13848 Reading, PA 19610 | Unsecured | | $0.00 | $171.59 | $171.59 |
| 18 610 7100 | Technical Information Electronics Co TIEco EDI P.O. Box 47127 Plymouth, MN 55447 | Unsecured | | $0.00 | $5,269.00 | $5,269.00 |
| 19 610 7100 | Edict Systems Inc 2434 Esquire Dr Beavercreek, OH 45431-2573 | Unsecured | | $0.00 | $115.70 | $115.70 |
| 20 610 7100 | Shoutlet, Inc. Attn Accounts Receivable One Erdman Place,Suite 102 Madison, WI 53717 | Unsecured | | $0.00 | $32,083.37 | $32,083.37 |
| 21 610 7100 | Batavia Container, Inc. 1400 Paramount Pkwy. Batavia, IL 60510 | Unsecured | | $0.00 | $42,931.84 | $42,931.84 |
| 22 610 7100 | et al LLP Pattishall McAuliffe 200 S. Wacker Dr Suite 2900 Chicago, IL 60606-5896 | Unsecured | | $0.00 | $1,128.67 | $1,128.67 |
| 23 610 7100 | Norka Incorporated Patzik, Frank & Samotny ltd.,c/o Louis J. Phillips,150 S. Wacker Drive,Suite 15 Chicago, IL 60606 | Unsecured | | $0.00 | $98,062.78 | $98,062.78 |
| 24 610 7100 | Partnership Cap Growth Investors 1 Embarcadero Center #3810 San Francisco, CA 94111 | Unsecured | | $0.00 | $46,494.40 | $46,494.40 |
| 25 610 7100 | Partnership Capital Growth Investors III, LP One Embarcadero Center #3810 San Francisco, CA 94111 | Unsecured | | $0.00 | $1,788,866.67 | $1,788,866.67 |

UST Form 101-7-TFR (5/1/2011) *(Page: 21)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-43382-JPC                                                                                           Date: November 15, 2018

Debtor Name: GOPICNIC BRANDS, INC.

Claims Bar Date: 5/2/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 26-3 610 7100 | nicor gas po box 549 Aurora, IL 60507 | Unsecured | | $0.00 | $1,435.67 | $1,435.67 |
| 27 610 7100 | Advantage Sales & Marketing LLC 18100 Von Karman Ave Suite 1000 Irvine, CA 92612 | Unsecured | | $0.00 | $12,344.83 | $12,344.83 |
| 28 610 7100 | Red River Foods, Inc. Keith Dickerson, Controller 9020 Stony Point Parkway,Suite 380 Richmond, VA 23235 | Unsecured | | $0.00 | $8,743.70 | $8,743.70 |
| 29 610 7100 | Ryken Consulting, Inc. 502 S. Western Ave Park Ridge, IL 60068 | Unsecured | | $0.00 | $2,809.97 | $2,809.97 |
| 30 610 7100 | Partnership Cap Growth Investors 1 Embarcadero Center #3810 San Francisco, CA 94111 | Unsecured | | $0.00 | $46,494.40 | $46,494.40 |
| 31 610 7100 | Partnership Capital Growth Investors III, LP One Embarcadero Center #3810 San Francisco, CA 94111 | Unsecured | | $0.00 | $1,788,866.67 | $1,788,866.67 |
| 32 610 7100 | Inka Crops NA Inc 7011 Sylvan Road Suite B Citrus Heights, CA 95610 | Unsecured | | $0.00 | $22,226.40 | $22,226.40 |
| 33 610 7100 | Bedemco Inc Eli Demeshulam Bedemco Inc,3 Barker Ave Suite 325 White Plains, NY 10601 | Unsecured | | $0.00 | $29,816.19 | $29,816.19 |
| 34 610 7100 | First Communications, LLC 3340 W Market St Akron, OH 44333 | Unsecured | | $0.00 | $1,304.74 | $1,304.74 |

UST Form 101-7-TFR (5/1/2011) *(Page: 22)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-43382-JPC                                                                          Date: November 15, 2018
Debtor Name: GOPICNIC BRANDS, INC.
Claims Bar Date: 5/2/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 37 610 7100 | Kirkland & Ellis LLP Attn: Sallie G. Smylie, P.C. 300 North LaSalle Chicago, IL  60654 | Unsecured | | $0.00 | $178,196.32 | $178,196.32 |
| 40 610 7100 | Dairyfood USA, Inc. 2819 County Road F Blue Mounds, WI  53517 | Unsecured | | $0.00 | $46,964.44 | $46,964.44 |
| 41 610 7100 | Hayes Properties, Inc 4043 North Ravenswood Avenue Suite 210 Chicago, IL  60613 | Unsecured | | $0.00 | $36,340.32 | $36,340.32 |
| 43 610 7100 | Sunrise Commodities 140 Sylvan Avenue Englewood Cliffs, NJ  07632 | Unsecured | | $0.00 | $68,292.68 | $68,292.68 |
| 44 610 7100 | Peanut Butter & Co, Inc S Columbus Circle Suite 702 New York, NY  10019 | Unsecured | | $0.00 | $28,500.00 | $28,500.00 |
| 45 610 7100 | Consolidated Sales Network 2355 Fairview Avenue, #118 Roseville, MN  55113 | Unsecured | | $0.00 | $2,276.93 | $2,276.93 |
| 47 610 7100 | Waymouth Farms, Inc. c/o Thomas F. Miller, Esq. 1000 Superior Blvd.,Suite 303 Wayzata, MN  55391 | Unsecured | | $0.00 | $3,734.68 | $3,734.68 |
| 49 610 7100 | Bolke Miller Company Jeffrey T Peterson 225 W Wacker Dr. Suite 1515 Chicago, IL  60606 | Unsecured | | $0.00 | $121,658.88 | $121,658.88 |
| 50U 610 7100 | GP Concept Labs, Inc. c/o Julia Stamberger, President 1519 W. Estes Chicago, IL  60626 | Unsecured | Claim was waived per settlement agreement with claimant approved by Court Order of 6/8/17 | $0.00 | $32,609.41 | $32,609.41 |

UST Form 101-7-TFR (5/1/2011) *(Page: 23)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-43382-JPC                                                          Date: November 15, 2018
Debtor Name: GOPICNIC BRANDS, INC.
Claims Bar Date: 5/2/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 51 610 7100 | Julia Stamberger 1519 W. Estes Chicago, IL 60626 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 52 610 7100 | Manufacturing Solutions International LLC 5900 Carslon Ave. Portage, IN 46368 | Unsecured | | $0.00 | $13,843.82 | $13,843.82 |
| 53 610 7100 | U.S. Packaging, LLC Fox, O'Neill & Shannon, S.C.,Attn: Thomas P. Shannon,622 North Water Street Milwaukee, WI 53202 | Unsecured | | $0.00 | $417,408.81 | $417,408.81 |
| 54 610 7100 | U.S. Packaging, LLC Fox, O'Neill & Shannon, S.C.,Attn: Thomas P. Shannon,622 North Water Street Milwaukee, WI 53202 | Unsecured | | $0.00 | $180,239.05 | $180,239.05 |
| 56 610 7100 | Julia Stamberger 1519 W. Estes Chicago, IL 60626 | Unsecured | | $0.00 | $98,058.38 | $98,058.38 |
| 57 610 7100 | Thomas Riggio aka Tom Riggio 14 Wood Duck Run Spencerport, NY 14559 | Unsecured | | $0.00 | $1,000.00 | $1,000.00 |
| 60 610 7100 | Uline Shopping Supplies POB 88741 Chicago, IL 60680-1741 | Unsecured | | $0.00 | $830.13 | $830.13 |
| 62 610 7100 | Popchips, Inc. 5510 Lincoln Blvd Ste. #425 Playa Vista, CA 90094 | Unsecured | | $0.00 | $6,688.00 | $6,688.00 |
| 63 610 7100 | Mark-It-Express, LLC 20012 W South Arsenal Road Wilmington, IL 60481 | Unsecured | | $0.00 | $10,093.40 | $10,093.40 |

UST Form 101-7-TFR (5/1/2011) (Page: 24)

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-43382-JPC                                                      Date: November 15, 2018

Debtor Name: GOPICNIC BRANDS, INC.

Claims Bar Date: 5/2/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 64 610 7100 | Hartford Fire Insurance Company Bankruptcy Unit, T-1-55 Hartford Plaza Hartford, CT  06115 | Unsecured | | $0.00 | $22,253.00 | $22,253.00 |
| 68 610 7100 | Source Alliance Network, LLC 6224 N. Kirkwood Chicago, IL  60646 | Unsecured | | $0.00 | $17,259.92 | $17,259.92 |
| 69 610 7100 | Technical Information Electronics Co TIEco EDI P.O. Box 47127 Plymouth, MN  55447 | Unsecured | | $0.00 | $5,269.00 | $5,269.00 |
| 70 610 7100 | American InfoSource LP as agent for Verizon PO Box 248838 Oklahoma City, OK  73124-8838 | Unsecured | | $0.00 | $74.76 | $74.76 |
| | Case Totals | | | $0.00 | $8,488,040.20 | $8,401,270.15 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: November 15, 2018

UST Form 101-7-TFR (5/1/2011) *(Page: 25)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-43382
Case Name: GOPICNIC BRANDS, INC.
Trustee Name: KAREN R. GOODMAN

Balance on hand                                    $         128,791.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: KAREN R. GOODMAN | $  11,424.17 | $  0.00 | $  11,424.17 |
| Attorney for Trustee Fees: TAFT STETTINIUS & HOLLISTER LLP | $  38,843.50 | $  0.00 | $  38,843.50 |
| Attorney for Trustee Expenses: TAFT STETTINIUS & HOLLISTER LLP | $  5,095.70 | $  0.00 | $  5,095.70 |
| Accountant for Trustee Fees: ALAN D. LASKO | $  32,765.20 | $  30,473.80 | $  2,291.40 |
| Accountant for Trustee Expenses: ALAN D. LASKO | $  170.30 | $  102.20 | $  68.10 |
| Fees: OFFICE OF THE U.S. TRUSTEE | $  0.00 | $  0.00 | $  0.00 |
| Other: OFFICE OF THE U.S. TRUSTEE | $  649.99 | $  0.00 | $  649.99 |

Total to be paid for chapter 7 administrative expenses      $      58,372.86

Remaining Balance      $      70,418.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Prior Chapter Professional Fees: Shaw Fishman Glantz & Towbin LLC | $ 173,114.00 | $ 0.00 | $ 34,882.00 |
| Other Prior Chapter Professional Expenses: Shaw Fishman Glantz & Towbin LLC | $ 6,006.51 | $ 0.00 | $ 1,210.30 |
| Prior Chapter Administrative Rent: HAYES PROPERTIES, INC. | $ 13,242.58 | $ 0.00 | $ 2,668.34 |
| Other Prior Chapter Administrative Expenses: CINEMA SCENE MARKETING & PROMOTIONS, LLC | $ 1,539.62 | $ 0.00 | $ 310.23 |
| Other Prior Chapter Professional Expenses: MorrisAnderson & Associates | $ 68,650.92 | $ 0.00 | $ 13,832.97 |
| Other Prior Chapter Professional Expenses: Freeborn & Peters LLP | $ 86,920.78 | $ 0.00 | $ 17,514.30 |

Total to be paid for prior chapter administrative expenses     $ 70,418.14

Remaining Balance     $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 181,547.27  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 36P | Dr. Lucy's LLC | $ 22,579.20 | $ 0.00 | $ 0.00 |
| 38 | Priority 1 Inc. | $ 1,362.12 | $ 0.00 | $ 0.00 |
| 48 | BURNETTE FOODS, INC. | $ 35,543.00 | $ 0.00 | $ 0.00 |
| 55 | U.S. PACKAGING, LLC | $ 108,855.44 | $ 0.00 | $ 0.00 |
| 58 | Cinema Scene Marketing & Promotions, LLC | $ 827.07 | $ 0.00 | $ 0.00 |
| 65 | Kyle Kett | $ 5,000.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 67 | Kyle Kett | $ 5,000.00 | $ 0.00 | $ 0.00 |
| 14P | Illinois Department of Employment Security | $ 2,380.44 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $_____ 0.00

Remaining Balance $_____ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,748,690.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | National Association Wells Fargo Bank | $ 1,947,931.33 | $ 0.00 | $ 0.00 |
| 2 | Wells Fargo Equipment Finance | $ 12,372.89 | $ 0.00 | $ 0.00 |
| 35 | Dr. Lucy's LLC | $ 22,579.20 | $ 0.00 | $ 0.00 |
| 36U | Dr. Lucy's LLC | $ 30,931.20 | $ 0.00 | $ 0.00 |
| 46 | NIAGARA NATURAL FRUIT SNACK CO. INC. | $ 0.00 | $ 0.00 | $ 0.00 |
| 71 | Carl Buddig and Company | $ 93,456.48 | $ 0.00 | $ 0.00 |
| 72 | HAYES PROPERTIES, INC. | $ 36,340.32 | $ 0.00 | $ 0.00 |
| 3 | Utah State Tax Commission | $ 1,600.00 | $ 0.00 | $ 0.00 |
| 4 | Wells Fargo Financial Leasing, Inc. | $ 10,500.83 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Prairie State Graphics, Inc. | $ 19,422.31 | $ 0.00 | $ 0.00 |
| 6 | Harry S Field | $ 1,798.84 | $ 0.00 | $ 0.00 |
| 7 | Commonwealth Edison Company | $ 501.89 | $ 0.00 | $ 0.00 |
| 8 | G Debbas Chocolatier, Inc | $ 24,256.24 | $ 0.00 | $ 0.00 |
| 9 | Johnvince Foods c/o Kevin E Posen | $ 18,705.65 | $ 0.00 | $ 0.00 |
| 10 | FedEx TechConnect, Inc | $ 54,225.13 | $ 0.00 | $ 0.00 |
| 11 | Bedemco Inc | $ 29,816.19 | $ 0.00 | $ 0.00 |
| 12 | Carl Buddig and Company | $ 93,456.48 | $ 0.00 | $ 0.00 |
| 13 | Bridgford Foods Corporation | $ 45,120.00 | $ 0.00 | $ 0.00 |
| 14U | Illinois Department of Employment Security | $ 172.12 | $ 0.00 | $ 0.00 |
| 15 | Partners a tasteful choice company | $ 100,094.07 | $ 0.00 | $ 0.00 |
| 16-2 | Source Alliance Network, LLC | $ 17,259.92 | $ 0.00 | $ 0.00 |
| 17 | JC Ehrlich Pest Control | $ 171.59 | $ 0.00 | $ 0.00 |
| 18 | Technical Information Electronics Co | $ 5,269.00 | $ 0.00 | $ 0.00 |
| 19 | Edict Systems Inc | $ 115.70 | $ 0.00 | $ 0.00 |
| 20 | Shoutlet, Inc. | $ 32,083.37 | $ 0.00 | $ 0.00 |
| 21 | Batavia Container, Inc. | $ 42,931.84 | $ 0.00 | $ 0.00 |
| 22 | et al LLP Pattishall McAuliffe | $ 1,128.67 | $ 0.00 | $ 0.00 |
| 23 | Norka Incorporated | $ 98,062.78 | $ 0.00 | $ 0.00 |
| 24 | Partnership Cap Growth Investors | $ 46,494.40 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 25 | Partnership Capital Growth | $ 1,788,866.67 | $ 0.00 | $ 0.00 |
| 26-3 | nicor gas | $ 1,435.67 | $ 0.00 | $ 0.00 |
| 27 | Advantage Sales & Marketing LLC | $ 12,344.83 | $ 0.00 | $ 0.00 |
| 28 | Red River Foods, Inc. | $ 8,743.70 | $ 0.00 | $ 0.00 |
| 29 | Ryken Consulting, Inc. | $ 2,809.97 | $ 0.00 | $ 0.00 |
| 30 | Partnership Cap Growth Investors | $ 46,494.40 | $ 0.00 | $ 0.00 |
| 31 | Partnership Capital Growth | $ 1,788,866.67 | $ 0.00 | $ 0.00 |
| 32 | Inka Crops NA Inc | $ 22,226.40 | $ 0.00 | $ 0.00 |
| 33 | Bedemco Inc | $ 29,816.19 | $ 0.00 | $ 0.00 |
| 34 | First Communications, LLC | $ 1,304.74 | $ 0.00 | $ 0.00 |
| 37 | Kirkland & Ellis LLP | $ 178,196.32 | $ 0.00 | $ 0.00 |
| 40 | Dairyfood USA, Inc. | $ 46,964.44 | $ 0.00 | $ 0.00 |
| 41 | Hayes Properties, Inc | $ 36,340.32 | $ 0.00 | $ 0.00 |
| 43 | Sunrise Commodities | $ 68,292.68 | $ 0.00 | $ 0.00 |
| 44 | Peanut Butter & Co, Inc | $ 28,500.00 | $ 0.00 | $ 0.00 |
| 45 | Consolidated Sales Network | $ 2,276.93 | $ 0.00 | $ 0.00 |
| 47 | Waymouth Farms, Inc. | $ 3,734.68 | $ 0.00 | $ 0.00 |
| 49 | Bolke Miller Company | $ 121,658.88 | $ 0.00 | $ 0.00 |
| 51 | Julia Stamberger | $ 0.00 | $ 0.00 | $ 0.00 |
| 52 | Manufacturing Solutions International LLC | $ 13,843.82 | $ 0.00 | $ 0.00 |
| 53 | U.S. Packaging, LLC | $ 417,408.81 | $ 0.00 | $ 0.00 |
| 54 | U.S. Packaging, LLC | $ 180,239.05 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 56 | Julia Stamberger | $ 98,058.38 | $ 0.00 | $ 0.00 |
| 57 | Thomas Riggio | $ 1,000.00 | $ 0.00 | $ 0.00 |
| 60 | Uline Shopping Supplies | $ 830.13 | $ 0.00 | $ 0.00 |
| 62 | Popchips, Inc. | $ 6,688.00 | $ 0.00 | $ 0.00 |
| 63 | Mark-It-Express, LLC | $ 10,093.40 | $ 0.00 | $ 0.00 |
| 64 | Hartford Fire Insurance Company | $ 22,253.00 | $ 0.00 | $ 0.00 |
| 68 | Source Alliance Network, LLC | $ 17,259.92 | $ 0.00 | $ 0.00 |
| 69 | Technical Information Electronics Co | $ 5,269.00 | $ 0.00 | $ 0.00 |
| 70 | American InfoSource LP as agent for | $ 74.76 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors  $_____ 0.00

Remaining Balance  $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE