# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| GoPicnic Brands, Inc., | ) | |
| | ) | CASE NO. 14-43382 |
| Debtor(s) | ) | |
| | ) | HONORABLE: JACQUELINE P. COX |
| | ) | |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:  Alan D. Lasko & Associates, P.C.

Authorized to Provide
Professional Services to:  Trustee

Date of Order Authorizing Employment:  February 16, 2016

Period for Which
Compensation is sought:  March 14, 2018 through August 30, 2018 (Fourth and  Final Application)

Amount of Fees sought:  $734.00

Amount of Expense
Reimbursement sought:  $25.30

This is an:         Interim Application ___X___         Final Application _____

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| March 9, 2017 | February 16, 2016 – January 5, 2017 | $ 30,576.00 | $ 30,576.00 |
| | January 6, 2017 – August 7, 2017 | $ 654.10 | $ |
| | August 8, 2017 – March 13, 2018 | $ 946.10 | $ |
| | | $ | $ |
| | | $ | $ |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:

$ 30,576.00

Date:  09/27/2018                    By:  Alan D. Lasko & Associates, P.C.
                                              Applicant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GoPicnic Brands, Inc.** | ) | **No. 14 B 43382** |
| | ) | |
| | ) | **Chapter 7** |
| Debtor | ) | |
| | ) | **Hon. Jacqueline P. Cox** |

**FOURTH AND FINAL INTERIM APPLICATION
OF ALAN D. LASKO & ASSOCIATES, P.C.
FOR ALLOWANCE OF COMPENSATION AND EXPENSES**

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C. ("ADLPC"),** Certified Public Accountants, request fourth and final compensation of $734.00 and expenses of $25.30 for the time period from March 14, 2018 through August 30, 2018. A detail is provided herein for the Estate, which identifies by subject matter the services performed by the Applicant. Additional detail is provided to reflect the function and individual performing said services. Lastly, each individual's classification and hourly rate is also reflected. In addition, attached is the Affidavit pursuant to Bankruptcy Rule 2016.

**INTRODUCTION**

This Court has jurisdiction over this Fourth and Final Fee Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## GOPICNIC BRANDS, INC.

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates and other employees, or (b) any compensation another person or party has received or may receive in these cases.

## GENERAL

The Debtor filed a petition under Chapter 11 on or about December 3, 2014. The case converted to one under Chapter 7 on January 21, 2016. A Trustee was then appointed. On or about February 16, 2016, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee. Reflected in this Fee Application is the Applicant's time for the preparation of the final 2018 income tax returns.

## GOPICNIC BRANDS, INC.

### FEE APPLICATION

The fees sought by this Fourth and Final Fee Application reflect an aggregate of 11.0 hours of ADLPC's time spent and recorded in performing services during the Fourth and Final Compensation Period. This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which fourth and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADLPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive. No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

3

## GOPICNIC BRANDS, INC.

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

## BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

Cost　　　　　$125.00

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.2 | $  300.00 | $     60.00 |
| C. Wilson, Staff | 1.0 | 65.00 | 65.00 |
|  | 1.2 |  | $   125.00 |

## TAX PREPARATION

The Applicant incurred 9.8 hours in the preparation of the Debtor's 2017 income tax returns.

Cost　　　　　$1,509.50

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 1.7 | $  300.00 | $    510.00 |
| K. Seyller, Supervisor | 2.0 | 210.00 | 420.00 |
| M. Ross, Staff | 6.1 | 95.00 | 579.50 |
|  | 9.8 |  | $  1,509.50 |

4

## GOPICNIC BRANDS, INC.

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| | | | |
|---|---|---|---|
| Owner | $290 | - | $300 |
| Manager/Director | 260 | - | 300 |
| Supervisors | 190 | - | 290 |
| Senior | 140 | - | 190 |
| Assistant | 65 | - | 140 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its fourth and final fee period are as follows:

| Recap by Project | First Interim Application | Second Interim Application | Third Interim Application |
|---|---|---|---|
| Billing | $ 710.40 | $ 123.00 | $ 125.00 |
| Tax Preparation - Net | 19,770.30 | 510.00 | 799.40 |
| Preference Review | 9,993.10 | - | - |
| Net Request | $ 30,473.80 | $ 633.00 | $ 924.40 |

| Recap by Project | Fourth and Final Application | Total |
|---|---|---|
| Billing | $ 125.00 | $ 1,083.40 |
| Tax Preparation - Net | 1,509.50 | 22,589.20 |
| Voluntary Reduction | (900.50) | (900.50) |
| Preference Review | - | 9,993.10 |
| Net Request | $ 734.00 | $ 32,765.20 |

5

## GOPICNIC BRANDS, INC.

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 9.1 | $ 1,083 40 | $ 119.05 |
| Tax Preparation - Net | 176.0 | 21,688.70 | $ 123 23 |
| Preference Review | 34.8 | 9,993.10 | $ 287.16 |
| | 219.9 | $ 32,765 20 | $ 149 00 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| | First Interim Application | Second Interim Application | Third Interim Application |
|---|---|---|---|
| Copy Costs | $ 75.20 | $ 11.10 | $ 11.70 |
| Delivery | 27.00 | 10.00 | 10.00 |
| | $ 102.20 | $ 21.10 | $ 21.70 |

| | Fourth and Final Application | Total |
|---|---|---|
| Copy Costs | $ 15.30 | $ 113.30 |
| Delivery | 10.00 | 57.00 |
| | $ 25.30 | $ 170.30 |

## GOPICNIC BRANDS, INC.

The Applicant has received its First Interim Compensation as follows:

| | Compensation | Expenses |
|---|---|---|
| 02/16/16-01/05/17 | $ 30,473.80 | $ 102.60 |

The Applicant has not yet received its Second and Third Interim Compensation as follows:

| | Compensation | Expenses |
|---|---|---|
| 01/06/17-08/07/17 | $ 633.00 | $ 21.10 |
| 08/08/17-03/13/18 | 924.40 | 21.70 |

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.
>
> (A)    the time spent on such services;

**GOPICNIC BRANDS, INC.**

    (B)    the rates charged for such services;

    (C)    whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

    (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and

    (E)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this Fourth and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate. ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. As shown by this Fourth and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort. In addition, the work involved, and thus the time expended, was carefully

8

**GOPICNIC BRANDS, INC.**

assigned in view of the experience and expertise required for a particular task. Accordingly, approval of the fourth and final compensation sought herein for the Compensation Period is warranted.

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested fourth and final compensation of $734.00 and expenses of $25.30 should be allowed for services by your Applicant for the period March 14, 2018 through August 30, 2018.

Alan D. Lasko

Alan D. Lasko & Associates, P.C.
205 West Randolph Street
Suite 1150
Chicago, Illinois 60606
(312) 332-1302

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GoPicnic Brands, Inc. | ) | No. 14 B 43382 |
| | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Jacqueline P. Cox |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
           )      SS.
COUNTY OF COOK )

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.    I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Karen R. Goodman, Chapter 7 Trustee in this case ("Trustee").

2.    I have read the Fourth and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.    Lasko has previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

4.    The Applicant has received its First Interim Compensation as follows:

| | Compensation | Expenses |
|---|---|---|
| 02/16/16-01/05/17 | $ 30,473.80 | $ 102.60 |

10

5.    The Applicant has not received its Second and Third Interim Compensation as follows:

|  | Compensation | Expenses |
|---|---|---|
| 01/06/17-08/07/17 | $   633.00 | $   21.10 |
| 08/08/17-03/13/18 | 924.40 | 21.70 |

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this _30th_ day of August, 2018.

_____
Notary Public

```
OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC  STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/10/20
```

11

**<u>EXHIBIT A</u>**

**<u>ORDER OF EMPLOYMENT</u>**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-43382 |
| GOPICNIC BRANDS, INC., | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

THIS CAUSE COMING on to be heard upon the Trustee's Motion to Employ Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, Inc. ("Lasko"), as accountants for the Trustee, due notice having been given and the Court finding that Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, Inc., are disinterested persons within the meaning of 11 U.S.C. §101(14);

IT IS HEREBY ORDERED that the Trustee is authorized to employ Alan D. Lasko of the accounting firm of Alan D. Lasko & Associates, Inc., certified public accountants, and with all compensation to be paid as an administrative expense in such amount as this Court may hereinafter determine and allow upon proper application.

Enter:

*Jacqueline P. Cox*
*J. Cox*

Dated:   FEB 16 2016

United States Bankruptcy Judge

Prepared by:
Karen R. Goodman (I.D. #1008242)
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois  60601-3713
Telephone:  (312) 527-4000

**<u>EXHIBIT B</u>**

**<u>PERSONNEL</u>**

## GOPICNIC BRANDS, INC.

The following represents a description of the primary individuals in this engagement.

### Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 32 years.  He brings his 42 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases.  Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements.  Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF).  Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society.  Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics.  Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

### Karen Seyller, JD – Supervisor

Ms. Seyller has worked on various insolvency and litigation matters for 4 years.  She has also worked on numerous Chapter 11 and 7 matters, as well as Receivership-related work and civil litigation support work.  Prior to joining the Firm, Ms. Seyller had worked as a part-time intern for a tax law practice preparing income tax returns over two tax seasons.  Subsequently, Ms. Seyller then had worked full time as a tax accountant for a medical care company over the last 5 years.  Duties included the preparation of various types of tax returns of the business including but not limited to income tax returns, gross receipts returns, sales and use tax returns, as well as being involved in other general ledger duties of the company.  Ms. Seyller has a Bachelor's Degree in

**GOPICNIC BRANDS, INC.**

Accounting from Saint Xavier University.  She has completed her work at John Marshall Law School.

Matthew A. Ross – Staff

Mr. Ross is a staff accountant performing accounting and tax services.  Mr. Ross has recently completed his Bachelor's Degree in Accounting from the University of Iowa.

**EXHIBIT C**

**STAFF LEVELS**

## GOPICNIC BRANDS, INC.

### STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

#### SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

#### SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

#### ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**<u>EXHIBIT D</u>**

**<u>ACTUAL TIME FROM TIME SLIPS</u>**

**<u>EXHIBIT D-1</u>**

**<u>TAX PREPARATION</u>**

8/30/2018
2 18 PM                                    Pre-bill Worksheet                              Page    1

---

Selection Criteria

---

Clie Selection            Include  GoPicnic Brands 002, GoPicnic Brands 012

---

Nickname          GoPicnic Brands 002 | 4934
Full Name         GoPicnic Brands, Inc
Address           c/o Karen R  Goodman, Trustee
                  111 E  Wacker Drive
                  Suite 2800
                  Chicago, IL 60601-3713
Phone                                      Fax
Home                                       Other
In Ref To
                  tax preparation
Fees Arrg         By billing value on each slip
Expense Arrg      By billing value on each slip
Tax Profile       Exempt
Last bill         3/13/2018
Last charge       8/26/2018
Last payment      8/24/2017           Amount      $15,473 80

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/10/2018 166089 | M  Ross 800 | 95 00 | 1 80 | 171 00 | Billable |
| | prepared work papers for 2018 tax return | | | | |
| 8/10/2018 166090 | M  Ross 800 | 95 00 | 0 90 | 85 50 | Billable |
| | Prepared 2018 tax return | | | | |
| 8/13/2018 166131 | M  Ross 800 | 95 00 | 0 70 | 66 50 | Billable |
| | Prepared 2018 tax return | | | | |
| 8/15/2018 166198 | K  Seyller 800 | 210 00 | 0 30 | 63 00 | Billable |
| | Met with staff to review tax questions for 2018 final tax return | | | | |
| 8/15/2018 166206 | K  Seyller 800 | 210 00 | 1 40 | 294 00 | Billable |
| | Reviewed final 2018 short period work papers and tax return | | | | |
| 8/15/2018 166207 | M  Ross 800 | 95 00 | 0 80 | 76 00 | Billable |
| | Prepared work papers to reflect new information about claims balances | | | | |
| 8/15/2018 166208 | M  Ross 800 | 95 00 | 0 70 | 66 50 | Billable |
| | Prepared 2018 tax return for additional information received | | | | |

8/30/2018
2 18 PM                                    Pre-bill Worksheet                              Page      2

GoPicnic Brands 002 GoPicnic Brands, Inc  (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/15/2018 166223 | A  Lasko 800 | 300 00 | 0 30 | 90 00 | Billable |
| | assist staff with net operating loss adjustment on the state return - final | | | | |
| 8/16/2018 166066 | A  Lasko 800 | 300 00 | 0 90 | 270 00 | Billable |
| | tax review of work papers and final return for 2018 | | | | |
| 8/16/2018 166243 | A  Lasko 800 | 300 00 | 0 50 | 150 00 | Billable |
| | sign off of federal and state income tax returns and irs and illinois 60 day copies and letters for final return | | | | |
| 8/26/2018 166563 | M  Ross 800 | 95 00 | 1 20 | 114 00 | Billable |
| | Estimated time to prepare estate's final information return and cover letter to trustee | | | | |
| 8/26/2018 166564 | K  Seyller 800 | 210 00 | 0 30 | 63 00 | Billable |
| | Estimated time to review estate's final information tax return and cover letter to trustee | | | | |

| | | | Hours | Amount | Total |
|---|---|---|---|---|---|
| TOTAL | Billable Fees | | 9 80 | | $1,509 50 |

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 8/16/2018 166269 | C  Wilson 115 | 15 30 | 1 000 | 15 30 | Billable |
| | Photocopy costs for 2018 Forms 1120 income tax returns - 153 pages @ $ 10 per page | | | | |
| 8/16/2018 166270 | C  Wilson 116 | 10 00 | 1 000 | 10 00 | Billable |
| | Delivery of 2018 Forms 1120 income tax returns to Karen R  Goodman - confirmation #1096052 | | | | |

| | | | | Amount | Total |
|---|---|---|---|---|---|
| TOTAL | Billable Costs | | | | $25 30 |

8/30/2018
2 18 PM

Pre-bill Worksheet

Page    3

GoPicnic Brands 002 GoPicnic Brands, Inc  (continued)

---

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement  Slips | | |
| By billing value on each slip | | |
| Total of billable time slips | $1,509 50 | |
| Total of Fees (Time Charges) | | $1,509 50 |
| Costs Bill Arrangement  Slips | | |
| By billing value on each slip | | |
| Total of billable expense slips | $25 30 | |
| Total of Costs (Expense Charges) | | $25 30 |
| Total new charges | | $1,534 80 |
| Previous Balance | | |
| 120 Days | $821 10 | |
| Total Previous Balance | | $821 10 |
| New Balance | | |
| 120 Days | $821 10 | |
| Current | $1,534 80 | |
| Total New Balance | | $2,355 90 |
| Total Overdue   $821 10 | | |

**EXHIBIT D-2**

**BILLING TIME**

8/30/2018
2 18 PM                               Pre-bill Worksheet                        Page     4

Nickname        GoPicnic Brands 012 | 4935
Full Name       GoPicnic Brands, Inc
Address         c/o Karen R Goodman, Trustee
                111 E  Wacker Drive
                Suite 2800
                Chicago, IL 60601-3713

Phone                              Fax
Home                               Other
In Ref To
                fee petition
Fees Arrg       By billing value on each slip
Expense Arrg    By billing value on each slip
Tax Profile     Exempt
Last bill       3/13/2018
Last charge     8/30/2018
Last payment    8/24/2017          Amount     $124 00

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/30/2018 166593 | C  Wilson 800 | 65 00 | 1 00 | 65 00 | Billable |
|  | Prepared fee petition |  |  |  |  |
| 8/30/2018 166601 | A  Lasko 800 | 300 00 | 0 20 | 60 00 | Billable |
|  | Prepared fee petition |  |  |  |  |
| TOTAL | Billable Fees |  | 1 20 |  | $125 00 |

Total of billable expense slips                                                $0 00

─────────────────────────────────────────────────────

                          Calculation of Fees and Costs

                                                        Amount        Total

Fees Bill Arrangement  Slips
By billing value on each slip

Total of billable time slips                            $125 00
Total of Fees (Time Charges)                                          $125 00

Total of Costs (Expense Charges)                                      $0 00

Total new charges                                                     $125 00

Previous Balance
120 Days                                                $125 00

8/30/2018
2 18 PM                          Pre-bill Worksheet                          Page      5

GoPicnic Brands 012 GoPicnic Brands, Inc  (continued)

|  | Amount | Total |
|---|---|---|
| Total Previous Balance |  | $125 00 |
| New Balance |  |  |
| 120 Days | $125 00 |  |
| Current | $125 00 |  |
| Total New Balance |  | $250 00 |

Total Overdue  $125 00