## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| GOPICNIC BRANDS, INC. § | Case No. 14-43382 |
| § | |
| Debtor § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
             219 S. Dearborn Street
             Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/20/2018 in Courtroom 680,
             Clerk of the Bankruptcy Court
             219 S. Dearborn
             Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/19/2018                    By: /s/ Karen R. Goodman
                                                                                  Trustee

*KAREN R. GOODMAN*
*111 East Wacker Drive*
*Suite 2800*
*Chicago, IL 60601*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| GOPICNIC BRANDS, INC. | § § | Case No. 14-43382 |
| Debtor | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 163,483.38 |
| and approved disbursements of | $ | 34,692.38 |
| leaving a balance on hand of[1] | $ | 128,791.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: KAREN R. GOODMAN | $ 11,424.17 | $ 0.00 | $ 11,424.17 |
| Attorney for Trustee Fees: TAFT STETTINIUS & HOLLISTER LLP | $ 38,843.50 | $ 0.00 | $ 38,843.50 |
| Attorney for Trustee Expenses: TAFT STETTINIUS & HOLLISTER LLP | $ 5,095.70 | $ 0.00 | $ 5,095.70 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 32,765.20 | $ 30,473.80 | $ 2,291.40 |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ 170.30 | $ 102.20 | $ 68.10 |
| Other: OFFICE OF THE U.S. TRUSTEE | $ 649.99 | $ 0.00 | $ 649.99 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 58,372.86 |
| Remaining Balance | $ 70,418.14 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other Prior Chapter Professional Fees: Shaw Fishman Glantz & Towbin LLC | $ 173,114.00 | $ 0.00 | $ 34,882.00 |
| Other Prior Chapter Professional Expenses: Shaw Fishman Glantz & Towbin LLC | $ 6,006.51 | $ 0.00 | $ 1,210.30 |
| Prior Chapter Administrative Rent: HAYES PROPERTIES, INC. | $ 13,242.58 | $ 0.00 | $ 2,668.34 |
| Other Prior Chapter Administrative Expenses: CINEMA SCENE MARKETING & PROMOTIONS, LLC | $ 1,539.62 | $ 0.00 | $ 310.23 |
| Other Prior Chapter Professional Expenses: MorrisAnderson & Associates | $ 68,650.92 | $ 0.00 | $ 13,832.97 |
| Other Prior Chapter Professional Expenses: Freeborn & Peters LLP | $ 86,920.78 | $ 0.00 | $ 17,514.30 |

Total to be paid for prior chapter administrative expenses    $  70,418.14

Remaining Balance    $  0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 181,547.27 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 36P | Dr. Lucy's LLC | $ 22,579.20 | $ 0.00 | $ 0.00 |
| 38 | Priority 1 Inc. | $ 1,362.12 | $ 0.00 | $ 0.00 |
| 48 | BURNETTE FOODS, INC. | $ 35,543.00 | $ 0.00 | $ 0.00 |
| 55 | U.S. PACKAGING, LLC | $ 108,855.44 | $ 0.00 | $ 0.00 |
| 58 | Cinema Scene Marketing & Promotions, LLC | $ 827.07 | $ 0.00 | $ 0.00 |
| 65 | Kyle Kett | $ 5,000.00 | $ 0.00 | $ 0.00 |
| 67 | Kyle Kett | $ 5,000.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 14P | Illinois Department of Employment Security | $ 2,380.44 | $ 0.00 | $ 0.00 |

    Total to be paid to priority creditors      $ 0.00

    Remaining Balance      $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,748,690.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | National Association Wells Fargo Bank | $ 1,947,931.33 | $ 0.00 | $ 0.00 |
| 2 | Wells Fargo Equipment Finance | $ 12,372.89 | $ 0.00 | $ 0.00 |
| 35 | Dr. Lucy's LLC | $ 22,579.20 | $ 0.00 | $ 0.00 |
| 36U | Dr. Lucy's LLC | $ 30,931.20 | $ 0.00 | $ 0.00 |
| 46 | NIAGARA NATURAL FRUIT SNACK CO. INC. | $ 0.00 | $ 0.00 | $ 0.00 |
| 71 | Carl Buddig and Company | $ 93,456.48 | $ 0.00 | $ 0.00 |
| 72 | HAYES PROPERTIES, INC. | $ 36,340.32 | $ 0.00 | $ 0.00 |
| 3 | Utah State Tax Commission | $ 1,600.00 | $ 0.00 | $ 0.00 |
| 4 | Wells Fargo Financial Leasing, Inc. | $ 10,500.83 | $ 0.00 | $ 0.00 |
| 5 | Prairie State Graphics, Inc. | $ 19,422.31 | $ 0.00 | $ 0.00 |
| 6 | Harry S Field | $ 1,798.84 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Commonwealth Edison Company | $ 501.89 | $ 0.00 | $ 0.00 |
| 8 | G Debbas Chocolatier, Inc | $ 24,256.24 | $ 0.00 | $ 0.00 |
| 9 | Johnvince Foods c/o Kevin E Posen | $ 18,705.65 | $ 0.00 | $ 0.00 |
| 10 | FedEx TechConnect, Inc | $ 54,225.13 | $ 0.00 | $ 0.00 |
| 11 | Bedemco Inc | $ 29,816.19 | $ 0.00 | $ 0.00 |
| 12 | Carl Buddig and Company | $ 93,456.48 | $ 0.00 | $ 0.00 |
| 13 | Bridgford Foods Corporation | $ 45,120.00 | $ 0.00 | $ 0.00 |
| 14U | Illinois Department of Employment Security | $ 172.12 | $ 0.00 | $ 0.00 |
| 15 | Partners a tasteful choice company | $ 100,094.07 | $ 0.00 | $ 0.00 |
| 16-2 | Source Alliance Network, LLC | $ 17,259.92 | $ 0.00 | $ 0.00 |
| 17 | JC Ehrlich Pest Control | $ 171.59 | $ 0.00 | $ 0.00 |
| 18 | Technical Information Electronics Co | $ 5,269.00 | $ 0.00 | $ 0.00 |
| 19 | Edict Systems Inc | $ 115.70 | $ 0.00 | $ 0.00 |
| 20 | Shoutlet, Inc. | $ 32,083.37 | $ 0.00 | $ 0.00 |
| 21 | Batavia Container, Inc. | $ 42,931.84 | $ 0.00 | $ 0.00 |
| 22 | et al LLP Pattishall McAuliffe | $ 1,128.67 | $ 0.00 | $ 0.00 |
| 23 | Norka Incorporated | $ 98,062.78 | $ 0.00 | $ 0.00 |
| 24 | Partnership Cap Growth Investors | $ 46,494.40 | $ 0.00 | $ 0.00 |
| 25 | Partnership Capital Growth | $ 1,788,866.67 | $ 0.00 | $ 0.00 |
| 26-3 | nicor gas | $ 1,435.67 | $ 0.00 | $ 0.00 |
| 27 | Advantage Sales & Marketing LLC | $ 12,344.83 | $ 0.00 | $ 0.00 |
| 28 | Red River Foods, Inc. | $ 8,743.70 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 29 | Ryken Consulting, Inc. | $ 2,809.97 | $ 0.00 | $ 0.00 |
| 30 | Partnership Cap Growth Investors | $ 46,494.40 | $ 0.00 | $ 0.00 |
| 31 | Partnership Capital Growth | $ 1,788,866.67 | $ 0.00 | $ 0.00 |
| 32 | Inka Crops NA Inc | $ 22,226.40 | $ 0.00 | $ 0.00 |
| 33 | Bedemco Inc | $ 29,816.19 | $ 0.00 | $ 0.00 |
| 34 | First Communications, LLC | $ 1,304.74 | $ 0.00 | $ 0.00 |
| 37 | Kirkland & Ellis LLP | $ 178,196.32 | $ 0.00 | $ 0.00 |
| 40 | Dairyfood USA, Inc. | $ 46,964.44 | $ 0.00 | $ 0.00 |
| 41 | Hayes Properties, Inc | $ 36,340.32 | $ 0.00 | $ 0.00 |
| 43 | Sunrise Commodities | $ 68,292.68 | $ 0.00 | $ 0.00 |
| 44 | Peanut Butter & Co, Inc | $ 28,500.00 | $ 0.00 | $ 0.00 |
| 45 | Consolidated Sales Network | $ 2,276.93 | $ 0.00 | $ 0.00 |
| 47 | Waymouth Farms, Inc. | $ 3,734.68 | $ 0.00 | $ 0.00 |
| 49 | Bolke Miller Company | $ 121,658.88 | $ 0.00 | $ 0.00 |
| 51 | Julia Stamberger | $ 0.00 | $ 0.00 | $ 0.00 |
| 52 | Manufacturing Solutions International LLC | $ 13,843.82 | $ 0.00 | $ 0.00 |
| 53 | U.S. Packaging, LLC | $ 417,408.81 | $ 0.00 | $ 0.00 |
| 54 | U.S. Packaging, LLC | $ 180,239.05 | $ 0.00 | $ 0.00 |
| 56 | Julia Stamberger | $ 98,058.38 | $ 0.00 | $ 0.00 |
| 57 | Thomas Riggio | $ 1,000.00 | $ 0.00 | $ 0.00 |
| 60 | Uline Shopping Supplies | $ 830.13 | $ 0.00 | $ 0.00 |
| 62 | Popchips, Inc. | $ 6,688.00 | $ 0.00 | $ 0.00 |
| 63 | Mark-It-Express, LLC | $ 10,093.40 | $ 0.00 | $ 0.00 |
| 64 | Hartford Fire Insurance Company | $ 22,253.00 | $ 0.00 | $ 0.00 |
| 68 | Source Alliance Network, LLC | $ 17,259.92 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 69 | Technical Information Electronics Co | $ 5,269.00 | $ 0.00 | $ 0.00 |
| 70 | American InfoSource LP as agent for | $ 74.76 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $    0.00

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Karen R. Goodman
Trustee

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| GOPICNIC BRANDS, INC., | ) | CASE NO:   14-43382 |
| | ) | |
| DEBTOR. | ) | HONORABLE JACQUELINE P. COX |
| | ) | U.S. BANKRUPTCY JUDGE |
| | ) | |

## CERTIFICATE OF SERVICE

    I, Karen R. Goodman, an attorney, certify that I served true and correct copies of the Notice of Final Report to the Debtor, the Debtor's attorney, all parties in interest, and all creditors that hold claims for which proof of claims have been filed (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 111 East Wacker Drive, Chicago, Illinois at or before 5:00 p.m. on November 20, 2018.

                                        /s/ Karen R. Goodman

Karen R. Goodman (#1008242)
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Phone:  (312) 527-4000
Fax: (312) 966-8480

23415638.1

## SERVICE LIST

Advantage Sales & Marketing LLC
18100 Von Karman Ave
Suite 1000
Irvine, CA 92612

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

Batavia Container, Inc.
1400 Paramount Pkwy.
Batavia, IL 60510

Bedemco Inc
Eli Demeshulam
Bedemco Inc
3 Barker Ave Suite 325
White Plains, NY 10601

Bolke Miller Company
Jeffrey T Peterson
225 W Wacker Dr. Suite 1515
Chicago, IL 60606

Bridgford Foods Corporation
Attn John Kengen
PO Box 3773
Anaheim, CA 92803

Burnette Foods, Inc.
**(ADMINISTRATIVE)**
87171 C.R. 687
Hartford, MI 49079

Carl Buddig and Company
950 West 175th Street
Homewood, IL 60430

Wells Fargo Financial Leasing, Inc.
800 Walnut Street
MAC N0005-055
Des Moines, IA 50309

Cinema Scene Marketing & Promotions, LLC
9200 Indian Creek Pkwy
#200
Overland, KS 66210

Commonwealth Edison Company
3 Lincoln Center
Attn: Bankruptcy Department
Oakbrook Terrace, IL 60181

Consolidated Sales Network
2355 Fairview Avenue, #118
Roseville, MN 55113

Dairyfood USA, Inc.
2819 County Road F
Blue Mounds, WI 53517

Dr. Lucy's LLC
Paul Harrison
930 Denison Ave
Suite 101-A
Norfolk, VA 23513

Edict Systems Inc
2434 Esquire Dr
Beavercreek, OH 45431-2573

FedEx TechConnect, Inc
Attn Revenue Recovery/Bankruptcy
3965 Airways Blvd Module G 3rd Floor
Memphis, TN 38116

Harry S Field
Law Offices of Harry S Field
77 West Washington Suite 519
Chicago, IL 60602

First Communications, LLC
3340 W Market St
Akron, OH 44333

G Debbas Chocolatier, Inc
5877 E Brown Avenue
Fresno, CA 93727

GP Concept Labs, Inc.
c/o Julia Stamberger, President
1519 W. Estes
Chicago, IL 60626

Hartford Fire Insurance Company
Bankruptcy Unit, T-1-55
Hartford Plaza
Hartford, CT 06115

Hayes Properties, Inc
4043 North Ravenswood Avenue
Suite 210
Chicago, IL 60613

GoPicnic Brands, Inc.
4011 N Ravenswood Ave.
Suite 112
Chicago, IL 60613

IPFS Corporation
30 Montgomery Street
Suite 1000
Jersey City, NJ 07302

Illinois Department of Employment Security
33 South State Street
Attn: Bankruptcy Unit - 10th flr.
Chicago, Illinois 60603

Inka Crops NA Inc
7011 Sylvan Road Suite B
Citrus Heights, CA 95610

JC Ehrlich Pest Control
PO Box 13848
Reading, PA 19610

Johnvince Foods c/o Kevin E Posen
Teller, Levit & Silvertrust
19 S. LaSalle Street #701
Chicago, IL 60603

Kyle Kett
944 N Wood St Apt G
Chicago, IL 60622

Kirkland & Ellis LLP
Attn: Sallie G. Smylie, P.C.
300 North LaSalle
Chicago, IL 60654

Manufacturing Solutions International LLC
5900 Carslon Ave.
Portage, IN 46368

Mark-It-Express, LLC
7401 78th Avenue, Suite 100B
Bridgeview, IL 60455

Niagara Natural Fruit Snack Co. Inc.
337 Four Mile Creek Road
St. Davids, ON LOS 1PO
Canada

Nicor Gas
P.O. Box 549
Aurora, IL 60507

Norka Incorporated
Patzik, Frank & Samotny ltd.
c/o Louis J. Phillips
150 S. Wacker Drive
Suite 1500
Chicago, IL 60606

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Partners a tasteful choice company
Cara Figgins
20232 72nd Ave S
Kent, WA 98032

Partnership Cap Growth Investors
1 Embarcadero Center #3810
San Francisco, CA 94111

Partnership Capital Growth
Investors III, LP
One Embarcadero Center #3810
San Francisco, CA 94111

Pattishall, McAuliffe, et al LLP
200 S. Wacker Dr
Suite 2900
Chicago, IL 60606-5896

Peanut Butter & Co, Inc
S Columbus Circle
Suite 702
New York, NY 10019

David R Doyle
Mark L Radtke
Brian L Shaw
Shaw Fishman Glantz & Towbin LLC
321 N Clark Street, Suite 800
Chicago, IL 60610

Popchips, Inc.
5510 Lincoln Blvd Ste. #425
Playa Vista, CA 90094

Prairie State Graphics, Inc.
Coface North America Insurance Company
50 Millstone Rd., Bldg. 100, Ste. 360
East Windsor, NJ 08520

Priority 1 Inc.
1800 E Roosevelt
Little Rock, AR 72206

Red River Foods, Inc.
Keith Dickerson, Controller
9020 Stony Point Parkway
Suite 380
Richmond, VA 23235

Thomas Riggio
aka Tom Riggio
14 Wood Duck Run
Spencerport, NY 14559

Ryken Consulting, Inc.
502 S. Western Ave
Park Ridge, IL 60068

Shoutlet, Inc.
Attn Accounts Receivable
One Erdman Place
Suite 102
Madison, WI 53717

Source Alliance Network, LLC
6224 N. Kirkwood
Chicago, IL 60646

Adam P. Merrill
Sperling & Slater, P.C.
55 West Monroe, Suite 3200
Chicago, IL 60603

Sunrise Commodities
140 Sylvan Avenue
Englewood Cliffs, NJ 07632

Technical Information Electronics Co
TIEco EDI
P.O. Box 47127
Plymouth, MN 55447

William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602

U.S. Packaging, LLC
Fox, O'Neill & Shannon, S.C.
Attn: Thomas P. Shannon
622 North Water Street, Suite 500
Milwaukee, WI 53202

Uline Shopping Supplies
POB 88741
Chicago IL 60680-1741

Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134

Waymouth Farms, Inc.
c/o Thomas F. Miller, Esq.
1000 Superior Blvd.
Suite 303
Wayzata, MN 55391

Wells Fargo Bank, National Association
Attn: Phillip Goessler
2450 Colorado Ave., Suite 3000W
Santa Monica, CA 90404

Wells Fargo Equipment Finance
a division of Wells Fargo Bank NA
300 Tri-State International #400
Lincolnshire, IL 60069