UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>GOPICNIC BRANDS, INC.,<br><br><br>Debtor(s) | BK No.:   14-43382<br><br>Chapter: 7<br>Honorable Jacqueline Cox |

### ORDER ALLOWING FOURTH AND FINAL INTERIM APPLICATION FOR COMPENSATION AND APPROVING REIMBURSEMENT OF EXPENSES TO ALAN D. LASKO & ASSOCIATES

The matter having come before the Court on the Fourth and Final Interim Application for Compensation and Reimbursement of Expenses to Alan D. Lasko & Associates, P.C., accountant to the Trustee (the "Application"); it appearing that (a) the Court has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§157 and 1334, (b) the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b), and (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Application and having heard the statements in support of the relief requested therein at a hearing before the Court,

IT IS HEREBY ORDERED that the Applicant hereby is awarded and allowed final compensation and expenses in the amounts of $734.00 and $25.30, respectively (the "Allowed Compensation and Expenses"), pursuant to the Fourth and Final Application for accounting services rendered to the Trustee during the period from March 14, 2018, through August 30, 2018, which Allowed Compensation and Expenses shall be allowed costs of administration under 11 U.S.C. § 503(a)(2).

All interim compensation and expenses previously allowed to Applicant pursuant to Applicant's First, Second and Third Interim Apparitions for Compensation and Reimbursement of Expenses are allowed as final compensation.

Enter:

*/s/ Jacqueline P. Cox*

United States Bankruptcy Judge

Dated: DEC 20 2018

**Prepared by:**

Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone: (312) 527-4000
Facsimile: (312) 966-8480
kgoodman@taftlaw.com

Rev: 20130104_bko