# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| GOPICNIC BRANDS, INC. | § | Case No. 14-43382 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 5,355,499.55 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  0.00 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  163,483.38 | |

3) Total gross receipts of $ 163,483.38  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 163,483.38  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 78,783.06 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 101,052.23 | 93,065.24 | 93,065.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 349,474.41 | 349,474.41 | 70,418.14 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 181,547.27 | 181,547.27 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 7,781,299.61 | 7,781,299.61 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 8,492,156.58 | $ 8,405,386.53 | $ 163,483.38 |

4) This case was originally filed under chapter on  12/03/2014 , and it was converted to chapter 7 on  01/21/2016 .  The case was pending for 38 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/07/2019                     By:/s/KAREN R. GOODMAN
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference recoveries in Chapter 11 | 1141-000 | 41,291.84 |
| Remnants | 1229-000 | 6,000.00 |
| PREFERENCE ACTION agains Waymouth Farms | 1241-000 | 25,000.00 |
| PREFERENCE ACTION against Andros Products, LLC | 1241-000 | 12,000.00 |
| PREFERENCE ACTION against Calumet Carton Sales | 1241-000 | 5,500.00 |
| PREFERENCE ACTION against Dell Financial Services | 1241-000 | 10,058.57 |
| PREFERENCE ACTION AGAINST EDMONDS, INC. | 1241-000 | 6,000.00 |
| PREFERENCE ACTION against FedEx | 1241-000 | 22,000.00 |
| PREFERENCE ACTION against Julia Stamberger & GPCL | 1241-000 | 3,286.10 |
| PREFERENCE ACTION against Popchips, Inc. | 1241-000 | 15,000.00 |
| PREFERENCE ACTION AGAINST SUNRISE COMMODITIES, INC. | 1241-000 | 15,000.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CT--Refund for overpayment of prepayment of 2014 fee for filing Annual Report | 1290-000 | 2,346.87 |
| **TOTAL GROSS RECEIPTS** | | **$ 163,483.38** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 50S | GP Concept Labs, Inc. | 4110-000 | NA | 75,150.00 | 0.00 | 0.00 |
| 39 | IPFS Corporation | 4110-000 | NA | 3,633.06 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 78,783.06** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | NA | 11,424.17 | 11,424.17 | 11,424.17 |
| KAREN R. GOODMAN | 2200-000 | NA | 0.00 | 0.00 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 18.85 | 18.85 | 18.85 |
| International Sureties, Ltd. | 2300-000 | NA | 38.51 | 38.51 | 38.51 |
| Ltd. International Sureties | 2300-000 | NA | 22.09 | 22.09 | 22.09 |
| Associated Bank | 2600-000 | NA | 3,846.98 | 3,846.98 | 3,846.98 |
| Rabobank, N.A. | 2600-000 | NA | 180.23 | 180.23 | 180.23 |
| State of New Jersey Division of Employer Accounts | 2820-000 | NA | 9.72 | 9.72 | 9.72 |
| OFFICE OF THE U.S. TRUSTEE | 2950-000 | NA | 649.99 | 0.00 | 0.00 |
| OFFICE OF THE U.S. TRUSTEE | 2990-000 | NA | 1,298.99 | 649.99 | 649.99 |
| POPCHIPS, INC. | 2990-000 | NA | 6,688.00 | 0.00 | 0.00 |
| TAFT STETTINIUS & HOLLISTER LLP | 3110-000 | NA | 38,843.50 | 38,843.50 | 38,843.50 |
| TAFT STETTINIUS & HOLLISTER LLP | 3120-000 | NA | 5,095.70 | 5,095.70 | 5,095.70 |
| ALAN D. LASKO | 3410-000 | NA | 32,765.20 | 32,765.20 | 32,765.20 |
| ALAN D. LASKO | 3420-000 | NA | 170.30 | 170.30 | 170.30 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 101,052.23 | $ 93,065.24 | $ 93,065.24 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|--------------------|------------------|-----------------|----------------|-------------|
| Other Prior Chapter Professional Fees: Shaw Fishman Glantz & Towbin LLC | 6700-000 | NA | 173,114.00 | 173,114.00 | 34,882.00 |
| Other Prior Chapter Professional Expenses: Freeborn & Peters LLP | 6710-000 | NA | 86,920.78 | 86,920.78 | 17,514.30 |
| Other Prior Chapter Professional Expenses: MorrisAnderson & Associates | 6710-000 | NA | 68,650.92 | 68,650.92 | 13,832.97 |
| Other Prior Chapter Professional Expenses: Shaw Fishman Glantz & Towbin LLC | 6710-000 | NA | 6,006.51 | 6,006.51 | 1,210.30 |
| Prior Chapter Administrative Rent: HAYES PROPERTIES, INC. | 6920-000 | NA | 13,242.58 | 13,242.58 | 2,668.34 |
| Other Prior Chapter Administrative Expenses: CINEMA SCENE MARKETING & PROMOTIONS, LLC | 6990-000 | NA | 1,539.62 | 1,539.62 | 310.23 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ 349,474.41 | $ 349,474.41 | $ 70,418.14 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 48 | BURNETTE FOODS, INC. | 5200-000 | NA | 35,543.00 | 35,543.00 | 0.00 |
| 36P | Dr. Lucy's LLC | 5200-000 | NA | 22,579.20 | 22,579.20 | 0.00 |
| 38 | Priority 1 Inc. | 5200-000 | NA | 1,362.12 | 1,362.12 | 0.00 |
| 55 | U.S. PACKAGING, LLC | 5200-000 | NA | 108,855.44 | 108,855.44 | 0.00 |
| 58 | Cinema Scene Marketing & Promotions, LLC | 5300-000 | NA | 827.07 | 827.07 | 0.00 |
| 65 | Kyle Kett | 5300-000 | NA | 5,000.00 | 5,000.00 | 0.00 |
| 67 | Kyle Kett | 5300-000 | NA | 5,000.00 | 5,000.00 | 0.00 |
| 14P | Illinois Department of Employment Security | 5800-000 | NA | 2,380.44 | 2,380.44 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 181,547.27 | $ 181,547.27 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 27 | Advantage Sales & Marketing LLC | 7100-000 | NA | 12,344.83 | 12,344.83 | 0.00 |
| 70 | American InfoSource LP as agent for | 7100-000 | NA | 74.76 | 74.76 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 21 | Batavia Container, Inc. | 7100-000 | NA | 42,931.84 | 42,931.84 | 0.00 |
| 11 | Bedemco Inc | 7100-000 | NA | 29,816.19 | 29,816.19 | 0.00 |
| 33 | Bedemco Inc | 7100-000 | NA | 29,816.19 | 29,816.19 | 0.00 |
| 49 | Bolke Miller Company | 7100-000 | NA | 121,658.88 | 121,658.88 | 0.00 |
| 13 | Bridgford Foods Corporation | 7100-000 | NA | 45,120.00 | 45,120.00 | 0.00 |
| 12 | Carl Buddig and Company | 7100-000 | NA | 93,456.48 | 93,456.48 | 0.00 |
| 71 | Carl Buddig and Company | 7100-000 | NA | 93,456.48 | 93,456.48 | 0.00 |
| 7 | Commonwealth Edison Company | 7100-000 | NA | 501.89 | 501.89 | 0.00 |
| 45 | Consolidated Sales Network | 7100-000 | NA | 2,276.93 | 2,276.93 | 0.00 |
| 40 | Dairyfood USA, Inc. | 7100-000 | NA | 46,964.44 | 46,964.44 | 0.00 |
| 35 | Dr. Lucy's LLC | 7100-000 | NA | 22,579.20 | 22,579.20 | 0.00 |
| 36U | Dr. Lucy's LLC | 7100-000 | NA | 30,931.20 | 30,931.20 | 0.00 |
| 19 | Edict Systems Inc | 7100-000 | NA | 115.70 | 115.70 | 0.00 |
| 22 | et al LLP Pattishall McAuliffe | 7100-000 | NA | 1,128.67 | 1,128.67 | 0.00 |
| 10 | FedEx TechConnect, Inc | 7100-000 | NA | 54,225.13 | 54,225.13 | 0.00 |
| 34 | First Communications, LLC | 7100-000 | NA | 1,304.74 | 1,304.74 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | G Debbas Chocolatier, Inc | 7100-000 | NA | 24,256.24 | 24,256.24 | 0.00 |
| 50U | GP Concept Labs, Inc. | 7100-000 | NA | 32,609.41 | 32,609.41 | 0.00 |
| 6 | Harry S Field | 7100-000 | NA | 1,798.84 | 1,798.84 | 0.00 |
| 64 | Hartford Fire Insurance Company | 7100-000 | NA | 22,253.00 | 22,253.00 | 0.00 |
| 41 | Hayes Properties, Inc | 7100-000 | NA | 36,340.32 | 36,340.32 | 0.00 |
| 72 | HAYES PROPERTIES, INC. | 7100-000 | NA | 36,340.32 | 36,340.32 | 0.00 |
| 14U | Illinois Department of Employment Security | 7100-000 | NA | 172.12 | 172.12 | 0.00 |
| 32 | Inka Crops NA Inc | 7100-000 | NA | 22,226.40 | 22,226.40 | 0.00 |
| 17 | JC Ehrlich Pest Control | 7100-000 | NA | 171.59 | 171.59 | 0.00 |
| 9 | Johnvince Foods c/o Kevin E Posen | 7100-000 | NA | 18,705.65 | 18,705.65 | 0.00 |
| 51 | Julia Stamberger | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 56 | Julia Stamberger | 7100-000 | NA | 98,058.38 | 98,058.38 | 0.00 |
| 37 | Kirkland & Ellis LLP | 7100-000 | NA | 178,196.32 | 178,196.32 | 0.00 |
| 52 | Manufacturing Solutions International LLC | 7100-000 | NA | 13,843.82 | 13,843.82 | 0.00 |
| 63 | Mark-It-Express, LLC | 7100-000 | NA | 10,093.40 | 10,093.40 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | National Association Wells Fargo Bank | 7100-000 | NA | 1,947,931.33 | 1,947,931.33 | 0.00 |
| 46 | NIAGARA NATURAL FRUIT SNACK CO. INC. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 26-3 | nicor gas | 7100-000 | NA | 1,435.67 | 1,435.67 | 0.00 |
| 23 | Norka Incorporated | 7100-000 | NA | 98,062.78 | 98,062.78 | 0.00 |
| 15 | Partners a tasteful choice company | 7100-000 | NA | 100,094.07 | 100,094.07 | 0.00 |
| 24 | Partnership Cap Growth Investors | 7100-000 | NA | 46,494.40 | 46,494.40 | 0.00 |
| 30 | Partnership Cap Growth Investors | 7100-000 | NA | 46,494.40 | 46,494.40 | 0.00 |
| 25 | Partnership Capital Growth | 7100-000 | NA | 1,788,866.67 | 1,788,866.67 | 0.00 |
| 31 | Partnership Capital Growth | 7100-000 | NA | 1,788,866.67 | 1,788,866.67 | 0.00 |
| 44 | Peanut Butter & Co, Inc | 7100-000 | NA | 28,500.00 | 28,500.00 | 0.00 |
| 62 | Popchips, Inc. | 7100-000 | NA | 6,688.00 | 6,688.00 | 0.00 |
| 5 | Prairie State Graphics, Inc. | 7100-000 | NA | 19,422.31 | 19,422.31 | 0.00 |
| 28 | Red River Foods, Inc. | 7100-000 | NA | 8,743.70 | 8,743.70 | 0.00 |
| 29 | Ryken Consulting, Inc. | 7100-000 | NA | 2,809.97 | 2,809.97 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20 | Shoutlet, Inc. | 7100-000 | NA | 32,083.37 | 32,083.37 | 0.00 |
| 16-2 | Source Alliance Network, LLC | 7100-000 | NA | 17,259.92 | 17,259.92 | 0.00 |
| 68 | Source Alliance Network, LLC | 7100-000 | NA | 17,259.92 | 17,259.92 | 0.00 |
| 43 | Sunrise Commodities | 7100-000 | NA | 68,292.68 | 68,292.68 | 0.00 |
| 18 | Technical Information Electronics Co | 7100-000 | NA | 5,269.00 | 5,269.00 | 0.00 |
| 69 | Technical Information Electronics Co | 7100-000 | NA | 5,269.00 | 5,269.00 | 0.00 |
| 57 | Thomas Riggio | 7100-000 | NA | 1,000.00 | 1,000.00 | 0.00 |
| 53 | U.S. Packaging, LLC | 7100-000 | NA | 417,408.81 | 417,408.81 | 0.00 |
| 54 | U.S. Packaging, LLC | 7100-000 | NA | 180,239.05 | 180,239.05 | 0.00 |
| 60 | Uline Shopping Supplies | 7100-000 | NA | 830.13 | 830.13 | 0.00 |
| 3 | Utah State Tax Commission | 7100-000 | NA | 1,600.00 | 1,600.00 | 0.00 |
| 47 | Waymouth Farms, Inc. | 7100-000 | NA | 3,734.68 | 3,734.68 | 0.00 |
| 2 | Wells Fargo Equipment Finance | 7100-000 | NA | 12,372.89 | 12,372.89 | 0.00 |
| 4 | Wells Fargo Financial Leasing, Inc. | 7100-000 | NA | 10,500.83 | 10,500.83 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 7,781,299.61 | $ 7,781,299.61 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-43382 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | KAREN R. GOODMAN |
| Case Name: | GOPICNIC BRANDS, INC. | | | | Date Filed (f) or Converted (c): | 01/21/2016 (c) |
| | | | | | 341(a) Meeting Date: | 03/09/2016 |
| For Period Ending: | 03/07/2019 | | | | Claims Bar Date: | 05/02/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Petty cash | 380.23 | 380.23 | | 0.00 | FA |
| 2.  PNC checking account | 13,891.30 | 13,891.30 | | 0.00 | FA |
| 3.  Wells Fargo Operating Account | 138.41 | 138.41 | | 0.00 | FA |
| 4.  Wells Fargo Depository Account | 28,863.91 | 28,863.91 | | 0.00 | FA |
| 5.  Cybersource credit card deposit account - unclea | 2,616.65 | 2,616.65 | | 0.00 | FA |
| 6.  Security Deposit with KTR Capital Partners | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 7.  Security Deposit with KTR Capital Partners for S | 6,500.00 | 6,500.00 | | 0.00 | FA |
| 8.  Liberty Insurance - Directors & Officers/Employm | Unknown | 0.00 | | 0.00 | FA |
| 9.  Cincinnati Insurance Company - General Liability | Unknown | 0.00 | | 0.00 | FA |
| 10. XL Insurance - Product Recall Insurance Policy | Unknown | 0.00 | | 0.00 | FA |
| 11. Accounts Receivable | 1,337,791.98 | 1,337,791.98 | | 0.00 | FA |
| 12. Accounts Receivable/Notes Receivable - GP Concep | 361,149.16 | 361,149.16 | | 0.00 | FA |
| 13. Accounts Receivable/AR Affiliate - GP Concept La | 545,212.52 | 545,212.52 | | 0.00 | FA |
| 14. Accounts Receivable - AR other - GP Concept Labs | 31,960.97 | 31,960.97 | | 0.00 | FA |
| 15. Intellectual Property - Trade Name See attached | 85,761.00 | 85,761.00 | | 0.00 | FA |
| 16. Intellectual Property - Web Domains | Unknown | 0.00 | | 0.00 | FA |
| 17. Intellectual Property- Trademarks | 22,041.92 | 22,041.92 | | 0.00 | FA |
| 18. Intellectual Property - Canadian Trademarks | 564.55 | 564.55 | | 0.00 | FA |
| 19. Machinery & Equipment See Exhibit Attached. | 219,329.55 | 219,329.55 | | 0.00 | FA |
| 20. Various meals, snacks, breakfasts & components | 2,674,297.40 | 2,674,297.40 | | 0.00 | FA |
| 21. Preference recoveries in Chapter 11 | 0.00 | 41,291.84 | | 41,291.84 | FA |
| 22. CT--Refund for overpayment of prepayment of 2014 fee for filing Annual Report                      (u) | 0.00 | 2,346.87 | | 2,346.87 | FA |
| 23. PREFERENCE ACTION AGAINST SUNRISE COMMODITIES, INC. (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-43382          JPC | Judge:   Jacqueline P. Cox |
| Case Name: | GOPICNIC BRANDS, INC. | |
| For Period Ending: | 03/07/2019 | |

| | |
|---|---|
| Trustee Name: | KAREN R. GOODMAN |
| Date Filed (f) or Converted (c): | 01/21/2016 (c) |
| 341(a) Meeting Date: | 03/09/2016 |
| Claims Bar Date: | 05/02/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 24.  PREFERENCE ACTION against Calumet Carton Sales (u) | 0.00 | 5,500.00 | | 5,500.00 | FA |
| 25.  PREFERENCE ACTION AGAINST EDMONDS, INC. (u) | 0.00 | 6,000.00 | | 6,000.00 | FA |
| 26.  PREFERENCE ACTION against FedEx (u) | 0.00 | 22,000.00 | | 22,000.00 | FA |
| 27.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 28.  PREFERENCE ACTION against Popchips, Inc. (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 29.  PREFERENCE ACTION against Andros Products, LLC (u) | 0.00 | 12,000.00 | | 12,000.00 | FA |
| 30.  PREFERENCE ACTION agains Waymouth Farms (u) | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 31.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 32.  PREFERENCE ACTION against Julia Stamberger & GPCL (u) | 0.00 | 3,286.10 | | 3,286.10 | FA |
| 33.  PREFERENCE ACTION against Dell Financial Services (u) | 0.00 | 10,058.57 | | 10,058.57 | FA |
| 34.  Remnants (u) | 0.00 | 4,000.00 | | 6,000.00 | FA |
| 35.  PREFERENCE ACTION agains Waymouth Farms | 0.00 | 0.00 | | 0.00 | 0.00 |
| 36.  PREFERENCE ACTION against US Packaging LLC (u) | 0.00 | 199,860.05 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $5,355,499.55 | $5,716,842.98 | | $163,483.38 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

| RE PROP # | 1  | -- | Imported from original petition Doc# 65 |
| RE PROP # | 2  | -- | Imported from original petition Doc# 65 |
| RE PROP # | 3  | -- | Imported from original petition Doc# 65 |
| RE PROP # | 4  | -- | Imported from original petition Doc# 65 |
| RE PROP # | 5  | -- | Imported from original petition Doc# 65 |
| RE PROP # | 6  | -- | Imported from original petition Doc# 65 |
| RE PROP # | 7  | -- | Imported from original petition Doc# 65 |
| RE PROP # | 8  | -- | Imported from original petition Doc# 65 |
| RE PROP # | 9  | -- | Imported from original petition Doc# 65 |
| RE PROP # | 10 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 11 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 12 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 13 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 14 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 15 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 16 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 17 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 18 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 19 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 20 | -- | Imported from original petition Doc# 65 |
| RE PROP # | 22 | -- | Refund for overpayment of prepayment of 2014 payment of  fee for filing Annual Report. |
| RE PROP # | 32 | -- | Settlement per Court Order dated 6/8/17 |
| RE PROP # | 36 | -- | US Packaging LLC presented complete defenses to the preference action and the Trustee dismissed the Complaint with prejudice. |

Initial Projected Date of Final Report (TFR): 06/30/2017          Current Projected Date of Final Report (TFR): 09/30/2018

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 14-43382 | Trustee Name: KAREN R. GOODMAN | Exhibit 9 |
| Case Name: GOPICNIC BRANDS, INC. | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX3243 | |
| | Checking | |
| Taxpayer ID No: XX-XXX6021 | Blanket Bond (per case limit): $54,646,000.00 | |
| For Period Ending: 03/07/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/27/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $43,439.63 | | $43,439.63 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $43,429.63 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.55 | $43,365.08 |
| 06/29/16 | 1001 | State of New Jersey Division of Employer Accounts PO Box 059 Trenton, NJ 08646-0059 | Balance Due NJ Dept. of Labor and Workforce Development Quarter Ended 12/31/2014 | 2820-000 | | $9.72 | $43,355.36 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.39 | $43,292.97 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.37 | $43,228.60 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.26 | $43,164.34 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.11 | $43,102.23 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.08 | $43,038.15 |
| 12/06/16 | 23 | Sunrise Commodities | Preference settlement per Court Order | 1241-000 | $15,000.00 | | $58,038.15 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.92 | $57,976.23 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.59 | $57,893.64 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.08 | $57,807.56 |

| | | Page Subtotals: | | | $58,439.63 | $632.07 | |

## FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-43382 | Trustee Name: KAREN R. GOODMAN |
| Case Name: GOPICNIC BRANDS, INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3243 |
| | Checking |
| Taxpayer ID No: XX-XXX6021 | Blanket Bond (per case limit): $54,646,000.00 |
| For Period Ending: 03/07/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/21/17 | 24 | Calumet Carton Sales Co.<br>16920 State Street<br>P.O. Box 405<br>South Holland, IL 60473-2841 | Settlement of preference action against Calumet Carton Sales Co. | 1241-000 | $5,500.00 | | $63,307.56 |
| 02/21/17 | 25 | Edmonds, Inc.<br>626 Executive Drive<br>Willowbrook, IL 60527 | Settlement of preference action | 1241-000 | $6,000.00 | | $69,307.56 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $82.04 | $69,225.52 |
| 03/13/17 | 1002 | Ltd. International Sureties<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Payment of 2017 Bond | 2300-000 | | $22.09 | $69,203.43 |
| 03/15/17 | 26 | FedEx | Settlement proceeds from preference action per Court Order dated 3/8/17 | 1241-000 | $22,000.00 | | $91,203.43 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $120.83 | $91,082.60 |
| 04/11/17 | 1003 | Alan D. Lasko<br>205 West Randolph Street, Suite 1150<br>Chicago, Illinois 60606 | Partial payment of compensation per Court Order dated March 30, 2017 | 3410-000 | | $15,000.00 | $76,082.60 |
| 04/11/17 | 1004 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>205 WEST RANDOLPH STREET, SUITE 1150<br>CHICAGO, IL 60606 | Payment of Expenses per Court Order dated March 30, 2017 | 3420-000 | | $102.20 | $75,980.40 |
| 04/26/17 | 28 | Popchips, Inc<br>5510 Lincoln Blvd. Suite 425<br>Playa Vista, CA90094 | Preference settlement per Court Order | 1241-000 | $15,000.00 | | $90,980.40 |
| 05/03/17 | 29 | Bowman Andros Products, LLC<br>Mt. Jackson VA 22842 | Settlement of preference action per Court Order | 1241-000 | $12,000.00 | | $102,980.40 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $125.23 | $102,855.17 |

| | | | | Page Subtotals: | $60,500.00 | $15,452.39 | |

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-43382
Case Name: GOPICNIC BRANDS, INC.

Trustee Name: KAREN R. GOODMAN
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3243
Checking

Taxpayer ID No: XX-XXX6021
For Period Ending: 03/07/2019

Blanket Bond (per case limit): $54,646,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/31/17 | 30 | Waymouth Farms, Inc. 5300 Boone Avenue, North/new Hope, MN 55428 | 1st Installment Preference Settlement per Court Order Full settlement is for $25,000 | 1241-000 | $10,000.00 | | $112,855.17 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $152.23 | $112,702.94 |
| 06/20/17 | 32 | GoPicnic, Inc 4011 N. Ravenswood Avenue, Suite 112 Chicago, Illinois 60613-5665 | Preference settlement per Court Order dated 6/8/17 Settlement with Julia Stamberger and GPCL | 1241-000 | $3,286.10 | | $115,989.04 |
| 07/06/17 | 30 | Waymouth Farms, Inc | 2nd Installment of Preference Settlement per Court Order | 1241-000 | $7,500.00 | | $123,489.04 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $163.73 | $123,325.31 |
| 08/02/17 | 30 | Waymouth Farms, Inc. | Final Installment of Preference Settlement per Court Order | 1241-000 | $7,500.00 | | $130,825.31 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $181.57 | $130,643.74 |
| 08/17/17 | 1005 | Alan D. Lasko 205 West Randolph Street, Suite 1150 Chicago, Illinois 60606 | Final Installment of Interim Compensation per Court Order of March 30, 2017 | 3410-000 | | $15,473.80 | $115,169.94 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $191.64 | $114,978.30 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $165.44 | $114,812.86 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $170.69 | $114,642.17 |
| 11/08/17 | 33 | Dell Financial Services | Payment of Judgment in Preference action Satisfaction in full of Judgment | 1241-000 | $10,058.57 | | $124,700.74 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $176.04 | $124,524.70 |

Page Subtotals: $38,344.67   $16,675.14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-43382
Case Name: GOPICNIC BRANDS, INC.

Trustee Name: KAREN R. GOODMAN
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3243
Checking

Taxpayer ID No: XX-XXX6021
For Period Ending: 03/07/2019

Blanket Bond (per case limit): $54,646,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/04/18 | 34 | GPB Stockholder Group LLC | Remnant sale per Court Order | 1229-000 | $6,000.00 | | $130,524.70 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $185.13 | $130,339.57 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $192.92 | $130,146.65 |
| 02/14/18 | 1006 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Payment of 2018 Bond No. 016073584 Reversal Error in processing Bond Payment | 2300-000 | | ($40.31) | $130,186.96 |
| 02/14/18 | 1006 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Payment of 2018 Bond No. 016073584 | 2300-000 | | $40.31 | $130,146.65 |
| 02/14/18 | 1007 | International Surreties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Payment of 2018 Bond Premium - Bond No. 016073584 | 2300-000 | | $38.51 | $130,108.14 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $174.76 | $129,933.38 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $193.17 | $129,740.21 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $186.66 | $129,553.55 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $192.61 | $129,360.94 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $186.12 | $129,174.82 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $192.06 | $128,982.76 |

Page Subtotals:    $6,000.00    $1,541.94

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-43382
Case Name: GOPICNIC BRANDS, INC.

Trustee Name: KAREN R. GOODMAN
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3243
Checking

Taxpayer ID No: XX-XXX6021
For Period Ending: 03/07/2019

Blanket Bond (per case limit): $54,646,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $191.76 | $128,791.00 |
| 11/29/18 | | Transfer to Acct # xxxxxx0024 | Transfer of Funds | 9999-000 | | $128,791.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $163,284.30 | $163,284.30 |
| Less: Bank Transfers/CD's | $43,439.63 | $128,791.00 |
| Subtotal | $119,844.67 | $34,493.30 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $119,844.67 | $34,493.30 |

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

Page Subtotals:                         $0.00        $128,982.76

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-43382
Case Name: GOPICNIC BRANDS, INC.

Trustee Name: KAREN R. GOODMAN
Bank Name: Rabobank, N.A.
Account Number/CD#: XXXXXX66
Checking Account

Taxpayer ID No: XX-XXX6021
For Period Ending: 03/07/2019

Blanket Bond (per case limit): $54,646,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/29/16 | 21 | GOPICNIC BRANDS, INC./PNCBANKCINCI | Incoming Wire Transfer- Turnover of Preference Settlements {POST FROM PENDING} | 1141-000 | $41,291.84 | | $41,291.84 |
| 02/22/16 | 101 | ARTHUR B. LEVINE COMPANY Surety Bond Agency 60 East 42nd Street, Room 965 New York, NY 10165 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2016 FOR CASE #14-43382, BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF FEBRUARY 1, 2016 | 2300-000 | | ($18.85) | $41,310.69 |
| 02/22/16 | 101 | ARTHUR B. LEVINE COMPANY Surety Bond Agency 60 East 42nd Street, Room 965 New York, NY 10165 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2016 FOR CASE #14-43382, BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF FEBRUARY 1, 2016 | 2300-000 | | $18.85 | $41,291.84 |
| 02/22/16 | 102 | ARTHUR B. LEVINE COMPANY Surety Bond Agency 60 East 42nd Street, Room 965 New York, NY 10165 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2016 FOR CASE #14-43382, Bond #10BSBGR6291 | 2300-000 | | $18.85 | $41,272.99 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $57.25 | $41,215.74 |
| 03/14/16 | 22 | CT 111Eighth Avenue New York, NY 10011 | Refund for overpayment of prepayment of 2014 payment of fee for filing of Annual Report. | 1290-000 | $2,346.87 | | $43,562.61 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $66.83 | $43,495.78 |
| 04/27/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank Service Fee | 2600-000 | | $56.15 | $43,439.63 |
| 04/27/16 | | Transfer to Acct # xxxxxx3243 | Transfer of Funds | 9999-000 | | $43,439.63 | $0.00 |

COLUMN TOTALS   $43,638.71   $43,638.71

Page Subtotals:   $43,638.71   $43,638.71

Exhibit 9

| | | |
|---|---|---|
| Less: Bank Transfers/CD's | $0.00 | $43,439.63 |
| Subtotal | $43,638.71 | $199.08 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $43,638.71 | $199.08 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 14-43382 | | Trustee Name: KAREN R. GOODMAN | Exhibit 9 |
| Case Name: GOPICNIC BRANDS, INC. | | Bank Name: Axos Bank | |
| | | Account Number/CD#: XXXXXX0024 | |
| | | Checking | |
| Taxpayer ID No: XX-XXX6021 | | Blanket Bond (per case limit): $54,646,000.00 | |
| For Period Ending: 03/07/2019 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/29/18 | | Transfer from Acct # xxxxxx3243 | Transfer of Funds | 9999-000 | $128,791.00 | | $128,791.00 |
| 12/20/18 | 2001 | KAREN R. GOODMAN<br>Taft Stettinius & Hollister, LLP | Final distribution per court order dated December 20, 2018 | 2100-000 | | $11,424.17 | $117,366.83 |
| 12/20/18 | 2002 | OFFICE OF THE U.S. TRUSTEE<br><B>(ADMINISTRATIVE)</B><br>219 S. DEARBORN STREET<br>ROOM 873<br>CHICAGO, IL 60604 | Final distribution to claim 66 per court order dated December 20, 2018 | 2990-000 | | $649.99 | $116,716.84 |
| 12/20/18 | 2003 | TAFT STETTINIUS & HOLLISTER LLP<br>111 EAST WACKER DRIVE<br>SUITE 2800<br>CHICAGO, IL 60601 | Final distribution per court order dated December 20, 2018 | 3110-000 | | $38,843.50 | $77,873.34 |
| 12/20/18 | 2004 | TAFT STETTINIUS & HOLLISTER LLP<br>111 EAST WACKER DRIVE<br>SUITE 2800<br>CHICAGO, IL 60601 | Final distribution per court order dated December 20, 2018 | 3120-000 | | $5,095.70 | $72,777.64 |
| 12/20/18 | 2005 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>205 WEST RANDOLPH STREET, SUITE 1150<br>CHICAGO, IL 60606 | Final distribution per court order dated December 20, 2018 | 3410-000 | | $924.40 | $71,853.24 |
| 12/20/18 | 2006 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>205 WEST RANDOLPH STREET, SUITE 1150<br>CHICAGO, IL 60606 | Final distribution per court order dated December 20, 2018 | 3410-000 | | $734.00 | $71,119.24 |
| 12/20/18 | 2007 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>205 WEST RANDOLPH STREET, SUITE 1150<br>CHICAGO, IL 60606 | Final distribution per court order dated December 20, 2018 | 3410-000 | | $633.00 | $70,486.24 |
| 12/20/18 | 2008 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>205 WEST RANDOLPH STREET, SUITE 1150<br>CHICAGO, IL 60606 | Final distribution per court order dated December 20, 2018 | 3420-000 | | $25.30 | $70,460.94 |

| | | Page Subtotals: | | | $128,791.00 | $58,330.06 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-43382
Case Name: GOPICNIC BRANDS, INC.

Trustee Name: KAREN R. GOODMAN
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0024
Checking
Blanket Bond (per case limit): $54,646,000.00
Separate Bond (if applicable):

Taxpayer ID No: XX-XXX6021
For Period Ending: 03/07/2019

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/20/18 | 2009 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>205 WEST RANDOLPH STREET, SUITE 1150<br>CHICAGO, IL 60606 | Final distribution per court order dated December 20, 2018 | 3420-000 | | $21.70 | $70,439.24 |
| 12/20/18 | 2010 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>205 WEST RANDOLPH STREET, SUITE 1150<br>CHICAGO, IL 60606 | Final distribution per court order dated December 20, 2018 | 3420-000 | | $21.10 | $70,418.14 |
| 12/20/18 | 2011 | Shaw Fishman Glantz & Towbin LLC | Final distribution per court order dated December 20, 2018 | 6700-000 | | $34,882.00 | $35,536.14 |
| 12/20/18 | 2012 | MorrisAnderson & Associates | Final distribution per court order dated December 20, 2018 | 6710-000 | | $13,832.97 | $21,703.17 |
| 12/20/18 | 2013 | Shaw Fishman Glantz & Towbin LLC | Final distribution per court order dated December 20, 2018 | 6710-000 | | $1,210.30 | $20,492.87 |
| 12/20/18 | 2014 | Freeborn & Peters LLP | Final distribution per court order dated December 20, 2018 | 6710-000 | | $17,514.30 | $2,978.57 |
| 12/20/18 | 2015 | HAYES PROPERTIES, INC.<br><B>(ADMINISTRATIVE)</B><br>4043 NORTH RAVENSWOOD AVENUE SUITE 210<br>CHICAGO, IL 60613 | Final distribution to claim 42 per court order dated December 20, 2018 | 6920-000 | | $2,668.34 | $310.23 |
| 12/20/18 | 2016 | CINEMA SCENE MARKETING & PROMOTIONS, LLC<br><B>(ADMINISTRATIVE)</B><br>9200 INDIANA CREEK PKWY STE. 200<br>OVERLAND PARK, KS 66210 | Final distribution to claim 59 per court order dated December 20, 2018 | 6990-000 | | $310.23 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $128,791.00 | $128,791.00 |
| Less: Bank Transfers/CD's | $128,791.00 | $0.00 |
| Subtotal | $0.00 | $128,791.00 |
| Page Subtotals: | $0.00 | $70,460.94 |

UST Form 101-7-TDR (10/1/2010) *(Page: 24)*

Exhibit 9

Less: Payments to Debtors          $0.00          $0.00

Net          $0.00          $128,791.00

Page Subtotals:          $0.00          $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0024 - Checking | $0.00 | $128,791.00 | $0.00 |
| XXXXXX3243 - Checking | $119,844.67 | $34,493.30 | $0.00 |
| XXXXXX66   - Checking Account | $43,638.71 | $199.08 | $0.00 |
| | $163,483.38 | $163,483.38 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $163,483.38 |
| Total Gross Receipts: | $163,483.38 |

Page Subtotals:                    $0.00                    $0.00